| | |
|---|---|
| James M. Wagstaffe (95535)<br>Frank Busch (258288)<br>**WAGSTAFFE, VON LOEWENFELDT,<br>BUSCH & RADWICK LLP**<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>Tel: (415) 357-8900<br>Fax: (415) 357-8910<br>wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com<br><br>*Counsel for Plaintiff and the Proposed Classes* | Christian Levis (*pro hac vice* forthcoming)<br>Amanda Fiorilla (*pro hac vice* forthcoming)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>*Counsel for Plaintiff and the Proposed Classes* |

Jonathan Gardner (*pro hac vice* forthcoming)
Carol C. Villegas (*pro hac vice* forthcoming)
Michael P. Canty (*pro hac vice* forthcoming)
Melissa H. Nafash (*pro hac vice* forthcoming)
Ross M. Kamhi (*pro hac vice* forthcoming)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
mnafash@labaton.com
rkamhi@labaton.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>Flo Health, Inc., a Delaware corporation.<br><br>        Defendants. | Case No.<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

DATED:  January 29, 2021

/s/ _____
James M. Wagstaffe (95535)
Frank Busch (258288)
WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Plaintiff and the Proposed Classes*

Jonathan Gardner (*pro hac vice* forthcoming)
Carol C. Villegas (*pro hac vice* forthcoming)
Michael P. Canty (*pro hac vice* forthcoming)
Melissa H. Nafash (*pro hac vice* forthcoming)
Ross M. Kamhi (*pro hac vice* forthcoming)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
mnafash@labaton.com
rkamhi@labaton.com

Christian Levis (*pro hac vice* forthcoming)
Amanda Fiorilla (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Attorneys for Plaintiff and the Proposed Class*

*Counsel for Plaintiff and the Proposed Classes*