**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC.<br><br>Defendant. | Case No.: 4:21-cv-01485<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>COMPLAINT FILED: MARCH 2, 2021 |

Pursuant to Local Rule 3-12, Plaintiff Jennifer Chen files this administrative motion to consider whether case *Chen v. Flo Health, Inc.*, 4:21-cv-01485-KAW, should be related to cases *Frasco v. Flo Health, Inc.*, 3:21-cv00757-SK, *Wellman v. Flo Health, Inc.*, 4:21-cv-01099-KAW, and *Pietrzyk v. Flo Health, Inc.*, 3:21-cv-01141-SK. The *Frasco, Wellman, Pietrzyk,* and *Chen* matters are pending in this District. Cases are related when "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." L.R. 3- 12(a). Plaintiffs in all four of the above-referenced actions consent to this motion.

## STATEMENT OF RELEVANT FACTS

The above-mentioned actions concern substantially similar parties, arise from the same set of facts, and assert similar causes of action. Specifically, Plaintiffs in all cases assert nearly identical claims against Defendant Flo Health Inc. ("Defendant" or "Flo Health") and all seek to represent a class of users of Flo Health's Flo Period & Ovulation Tracker ("Flo App" or "App").

Plaintiffs allege that in order to use the Flo App, millions of users—including Plaintiffs and the Class—provide Flo Health with personally identifying information (e.g., their names, email addresses, dates of birth, and places of residence), along with intimate details about their sexual health, menstruation cycles, gynecological health, and physical well-being. Plaintiffs allege further that Defendant assured users in its privacy policy that it does not share this intimate personal information. However, these assurances were patently false: Flo Health had spent years disclosing the intimate health data that users entered into the Flo App to dozens of third parties, including major advertising companies such as Facebook, Inc. and Google, LLC, who were free to use this data for their own purposes.

1

*Chen v. Flo Health, Inc.,* Case No. 4:21-cv-01485
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Plaintiffs' overlapping claims against Flo Health include common law invasion of privacy – intrusion upon seclusion, breach of contract, breach of implied contract (in the alternative), unjust enrichment (in the alternative), violation of the Stored Communications Act (18 U.S.C. § 2702), and violations of the California Confidentiality of Medical Information Act.

## ARGUMENT

In consideration of substantial similarities between the *Frasco, Wellman, Pietrzyk,* and *Chen* matters, judicial economy is best served if the cases are related. The Court, parties, their counsel, and witnesses will be able to conserve resources by avoiding duplicative discovery. In addition, with common issues of law and fact in all cases, the risk of inconsistent pre-trial rulings will be prevented if the cases are coordinated with one another and overseen by one judge.

## CONCLUSION

Accordingly, *Frasco, Wellman, Pietrzyk,* and *Chen* should be related pursuant to Local Rule 3- 12, and the *Chen* matter should be reassigned to the Honorable Sallie Kim.

DATED: March 10 , 2021          Respectfully submitted,

/s/ Ronald A. Marron
Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
ALEXIS M. WOOD
*alexis@consumersadvocates.com*
KAS L. GALLUCCI
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006

Facsimile: (619) 564-6665

*** Attorney for Plaintiff and the Proposed Class ***

3

*Chen v. Flo Health, Inc.,* Case No. 4:21-cv-01485
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 10, 2021, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Ronald Marron*
Ronald Marron

4

*Chen v. Flo Health, Inc.,* Case No. 4:21-cv-01485
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED