# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-cv-00757-JD  (consolidated)<br><br>**[PROPOSED] ORDER GRANTING ANALYTICS DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED R. CIV. P. 12(B)(1) AND 12(B)(6) AND GRANTING REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. James Donato<br>Court: Courtroom 11 – 19th Floor<br>Date: February 10, 2022<br>Time: 10:00 a.m. |

# [PROPOSED] ORDER

This matter is before the Court on Defendants Google LLC, Facebook Inc., AppsFlyer Inc., and Flurry Inc.'s (together, "Analytics Defendants") Motion to Dismiss Counts 5 and 9 through 14 of the Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) ("Motion to Dismiss") and accompanying Request for Judicial Notice and Declarations in support thereof. After consideration of the briefs, Request for Judicial Notice and Declarations in support thereof, exhibits attached hereto, arguments of counsel, and all other matters presented, the Court concludes that Analytics Defendants' Motion to Dismiss should be granted pursuant to Federal Rule of Civil Procedure 12(b)(1) due to lack of subject-matter jurisdiction, and pursuant to Federal Rule of Procedure 12(b)(6) because Counts 5 and 9 through 14 in Plaintiffs' Consolidated Complaint fail to state a claim as a matter of law as to Analytics Defendants. Additionally, the Court denies leave to amend Counts 5 and 9 through 14 of Plaintiffs' Consolidated Complaint because any amendment would be futile.

The Court also grants Analytics Defendants' Request for Judicial Notice of Exhibits 1 through 17 pursuant to Federal Rule of Evidence 201.

Accordingly, IT IS HEREBY ORDERED THAT Analytics Defendants' Motion to Dismiss is **GRANTED**, and Counts 5 and 9 through 14 of the Consolidated Complaint are DISMISSED WITH PREJUDICE as to Analytics Defendants.

**IT IS SO ORDERED.**

Date: _____         By: _____
                                    HON. JAMES DONATO
                                    United States District Judge