| | |
|---|---|
| James M. Wagstaffe (95535)<br>Frank Busch (258288)<br>**WAGSTAFFE, VON LOEWENFELDT,**<br>**BUSCH & RADWICK LLP**<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>Tel: (415) 357-8900<br>Fax: (415) 357-8910<br>wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com<br><br>*Counsel for Plaintiffs Erica Frasco*<br>*and Sarah Wellman* | Christian Levis (*pro hac vice*)<br>Amanda Fiorilla (*pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>Fax: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>*Interim Co-Lead Counsel for Plaintiffs and*<br>*the Proposed Class* |
| Carol C. Villegas (*pro hac vice*)<br>Michael Canty (*pro hac vice*)<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>cvillegas@labaton.com<br>mcanty@labaton.com<br><br>*Interim Co-Lead Counsel for*<br>*Plaintiffs and the Proposed Class* | Diana J. Zinser (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF,**<br>**P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>dzinser@srkattorneys.com<br><br>*Interim Co-Lead Counsel for Plaintiffs and*<br>*the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>　　　　　Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**DECLARATION OF**<br>**CAROL C. VILLEGAS**<br><br>Judge:　　Hon. James Donato<br>Hearing:　February 10, 2022<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 11, 19th Floor<br>　　　　　450 Golden Gate Ave<br>　　　　　San Francisco, CA 94102<br>Date Filed: December 16, 2021 |

| | |
|---|---|
| SARAH WELLMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>        Defendants. | |
| JUSTINE PIETRZYK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>       Defendants. | |
| JENNIFER CHEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>       Defendants. | |

|   |   |
|---|---|
| 1 | |
| 2 | TESHA GAMINO, individually and on behalf of all others similarly situated, |
| 3 | Plaintiff, |
| 4 | |
| 5 | v. |
| 6 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 7 | |
| 8 | Defendants. |
| 9 | LEAH RIDGWAY and AUTUMN MEIGS, individually and on behalf of all others similarly situated, |
| 10 | |
| 11 | Plaintiff, |
| 12 | |
| 13 | v. |
| 14 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 15 | |
| 16 | Defendants. |
| 17 | MADELINE KISS, individually and on behalf of all others similarly situated, |
| 18 | |
| 19 | Plaintiff, |
| 20 | v. |
| 21 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 22 | |
| 23 | Defendants. |
| 24 | |

DECLARATION OF CAROL C. VILLEGAS
CASE NO. 3:21-CV-00757-JD

I, Carol C. Villegas, declare:

1. I am an attorney in good standing admitted pro hac vice before the Court for this action. I am a partner at Labaton Sucharow LLP and together with counsel at Lowey Dannenberg, P.C. and Spector Roseman & Kodroff, P.C. represent the Plaintiffs as Interim Co-Lead Counsel in the class action captioned *Frasco et al., v. Flo Health, Inc. et al.*, No. 3:21-cv-00757-JD.

2. Attached hereto as Exhibit A is a true and correct copy of the Federal Trade Commission Complaint against Flo Health, Inc. for violation of provisions of the Federal Trade Commission Act.

3. Attached hereto as Exhibit B is a true and correct copy of the New York State Department of Financial Services Report on Investigation of Facebook Inc. Data Privacy Concerns, dated February 18, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of December 2021.

*/s/ Carol C. Villegas*
Carol C. Villegas