| | | |
|---|---|---|
| 1 | James M. Wagstaffe (95535) | Christian Levis (*pro hac vice*) |
| 2 | Frank Busch (258288) | Amanda Fiorilla (*pro hac vice*) |
|   | **WAGSTAFFE, VON LOEWENFELDT,** | **LOWEY DANNENBERG, P.C.** |
| 3 | **BUSCH & RADWICK LLP** | 44 South Broadway, Suite 1100 |
|   | 100 Pine Street, Suite 725 | White Plains, NY 10601 |
| 4 | San Francisco, CA 94111 | Tel: (914) 997-0500 |
|   | Tel: (415) 357-8900 | Fax: (914) 997-0035 |
| 5 | Fax: (415) 357-8910 | clevis@lowey.com |
|   | wagstaffe@wvbrlaw.com | afiorilla@lowey.com |
| 6 | busch@wvbrlaw.com | |

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Carol C. Villegas (*pro hac vice*)
Michael Canty (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Diana J. Zinser (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-00757-JD |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING NON-FLO DEFENDANTS' MOTION TO DISMISS** |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | Judge:    Hon. James Donato<br>Hearing:   February 10, 2022<br>Time:      10:00 a.m.<br>Place:     Courtroom 11, 19th Floor<br>           450 Golden Gate Ave<br>           San Francisco, CA 94102 |
| Defendants. | Date Filed:   December 16, 2021 |

| | |
|---|---|
| SARAH WELLMAN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | |
| Defendants. | |
| JUSTINE PIETRZYK, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | |
| Defendants. | |
| JENNIFER CHEN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | |
| Defendants. | |

| |
|---|
| TESHA GAMINO, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| v. |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| Defendants. |
| LEAH RIDGWAY and AUTUMN MEIGS, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| v. |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| Defendants. |
| MADELINE KISS, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| v. |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| Defendants. |

1  Non-Flo Defendants' Motion to Dismiss the Consolidated Complaint was heard on
2  February 10, 2022, at 10:00 A.M. by this Court. Having considered all papers filed in support of
3  and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings
4  and papers on file herein, **IT IS HEREBY ORDERED** that Non-Flo Defendants' Motion is
5  **DENIED**.
6  Accordingly, Plaintiff's Consolidated Class Action Complaint is hereby **SUSTAINED**.
7  **IT IS SO ORDERED.**

Dated:_____              _____
                                                   Honorable James Donato