James M. Wagstaffe (95535)
Frank Busch (258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Carol C. Villegas (*pro hac vice*)
Michael Canty (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
dsaldamando@labaton.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Diana J. Zinser (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**JOINT DECLARATION OF PLAINTIFFS AND DEFENDANTS META PLATFORMS INC., GOOGLE LLC, AND FLURRY LLC PURSUANT TO COURT ORDER** |

| | |
|---|---|
| 1 | |
| 2 | SARAH WELLMAN, individually and on behalf of all others similarly situated, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | JUSTINE PIETRZYK, individually and on behalf of all others similarly situated, |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 13 | |
| 14 | Defendants. |
| 15 | |
| 16 | JENNIFER CHEN, individually and on behalf of all others similarly situated, |
| 17 | Plaintiff, |
| 18 | v. |
| 19 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 20 | |
| 21 | Defendants. |

JOINT DECLARATION OF PLAINTIFFS AND DEFENDANTS META PLATFORMS INC., GOOGLE LLC, AND FLURRY LLC PURSUANT TO COURT ORDER
[Case No. 3:21-cv-00757-JD]

|   |   |
|---|---|
| TESHA GAMINO, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | |
| Defendants. | |
| LEAH RIDGWAY and AUTUMN MEIGS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | |
| Defendants. | |
| MADELINE KISS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | |
| Defendants. | |

JOINT DECLARATION OF PLAINTIFFS AND DEFENDANTS META PLATFORMS INC., GOOGLE LLC, AND FLURRY LLC PURSUANT TO COURT ORDER
[Case No. 3:21-cv-00757-JD]

Pursuant to this Court's March 8, 2022 Order, ECF No. 129 (the "Order"), Interim Co-Lead Counsel for Plaintiffs, Carol C. Villegas, Christian Levis, and Diana Zinser, and Counsel for Defendants, Ashley Rogers for Meta Platforms, Inc., Benedict Y. Hur for Google LLC, and Ann Marie Mortimer and Jason J. Kim for Flurry LLC (collectively the "Parties"), jointly declare under penalty of perjury that the parties have met and conferred by remote access for not less than four hours to cooperatively develop a plan for pursuing discovery in this Action.

The Parties intend to continue meeting and conferring in good faith. To the extent the parties are unable to resolve discovery issues, they will notify the Court at the appropriate time, in accordance with the Order, and submit a joint letter not more than six pages.

Dated: March 24, 2022

/s/ *Carol C. Villegas*
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
dsaldamando@labaton.com

*Interim Co-Lead Counsel
for Plaintiffs and the Proposed Class*

/s/ *Christian Levis*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Interim Co-Lead Counsel
for Plaintiffs and the Proposed Class*

JOINT DECLARATION OF PLAINTIFFS AND DEFENDANTS META PLATFORMS INC., GOOGLE LLC, AND FLURRY LLC PURSUANT TO COURT ORDER
[Case No. 3:21-cv-00757-JD]

|  |  |
|---|---|
| 1 | /s/ *Diana J. Zinser* |
| 2 | Diana J. Zinser (*pro hac vice*) |
|   | John A. Macoretta (*pro hac vice*) |
| 3 | Jeffrey L. Kodroff (*pro hac vice*) |
|   | **SPECTOR ROSEMAN & KODROFF, P.C.** |
| 4 | 2001 Market Street, Suite 3420 |
|   | Philadelphia, PA 19103 |
| 5 | Tel: (215) 496-0300 |
|   | Fax: (215) 496-6611 |
| 6 | dzinser@srkattorneys.com |
| 7 | jmacoretta@srkattorneys.com |
|   | jkodroff@srkattorneys.com |

1  /s/ *Diana J. Zinser*
   Diana J. Zinser (*pro hac vice*)
2  John A. Macoretta (*pro hac vice*)
3  Jeffrey L. Kodroff (*pro hac vice*)
   **SPECTOR ROSEMAN & KODROFF, P.C.**
4  2001 Market Street, Suite 3420
   Philadelphia, PA 19103
5  Tel: (215) 496-0300
   Fax: (215) 496-6611
6  dzinser@srkattorneys.com
   jmacoretta@srkattorneys.com
7  jkodroff@srkattorneys.com
8
   *Interim Co-Lead Counsel
9  for Plaintiffs and the Proposed Class*
10
   /s/ *Benedict Y. Hur*
11 **WILLKIE FARR & GALLAGHER LLP**
   Benedict Y. Hur (SBN 224018)
12 BHur@willkie.com
13 Simona Agnolucci (SBN 246943)
   SAgnolucci@wilkie.com
14 Eduardo E. Santacana (SBN 281668)
   ESantacana@wilkie.com
15 Tiffany Lin (SBN 321472)
   TLin@wilkie.com
16 One Front Street, 34th Floor
17 San Francisco, CA 94111
   Telephone: 415.858.7400
18 Facsimile: 415.858.7599
19 *Counsel for Defendant Google LLC*
20 /s/ *Ashley Rogers*
21 **GIBSON, DUNN & CRUTCHER LLP**
   Ashley Rogers (SBN 286252)
22 ARogers@gibsondunn.com
   2001 Ross Avenue, Suite 2100
23 Dallas, TX 75201
   Telephone: 214.698.3100
24 Facsimile: 214.571.2900
25
   Lauren Blas (SBN 296823)
26 LBlas@gibsondunn.com
   333 South Grand Avenue
27
                              2
28 JOINT DECLARATION OF PLAINTIFFS AND DEFENDANTS META PLATFORMS INC., GOOGLE LLC, AND
   FLURRY LLC PURSUANT TO COURT ORDER
   [Case No. 3:21-cv-00757-JD]

Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503

Joseph R. Rose (SBN 279092)
JRose@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Christina Stella Cernak (pro hac vice)
SCernak@gibsondunn.com
200 Park Avenue, Fl. 47
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.716.0898

*Counsel for Defendant Meta Platforms, Inc. (formerly known as Defendant Facebook, Inc.)*

/s/ Ann Marie Mortimer
**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (SBN 169077)
AMortimer@HuntonAK.com
Samuel A. Danon (pro hac vice)
sdanon@HuntonAK.com
John J. Delionado (pro hac vice)
jdelionado@HuntonAK.com
Jason J. Kim (SBN 221476)
KimJ@HuntonAK.com
550 S. Hope St., Suite 2000
Los Angeles, California 90071
Telephone: 213.532.2000
Facsimile: 213.532.2020

*Counsel for Defendant Flurry LLC (f/k/a "Flurry, Inc.")*

3
JOINT DECLARATION OF PLAINTIFFS AND DEFENDANTS META PLATFORMS INC., GOOGLE LLC, AND FLURRY LLC PURSUANT TO COURT ORDER
[Case No. 3:21-cv-00757-JD]

# ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 24, 2022

LABATON SUCHAROW LLP
/s/ *Carol C. Villegas*
Carol C. Villegas
Attorney for Plaintiffs
