# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., META PLATFORMS, INC., GOOGLE, LLC, FLURRY, INC., and APPSFLYER, INC.,<br><br>Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**NOTICE OF PLAINTIFFS' DISMISSAL OF CLAIMS AGAINST APPSFLYER, INC., PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Honorable James Donato |

1	Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Erica Frasco, Sarah
2	Wellman, Justine Pietrzyk, Jennifer Chen, Tesha Gamino, Leah Ridgway, Autumn Meigs, and
3	Madeline Kiss (collectively, "Plaintiffs") hereby give notice that they voluntarily dismiss their
4	claims against AppsFlyer, Inc. in the above-captioned action, with prejudice.

Dated: June 23, 2022

*/s/ Carol C. Villegas*
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
dsaldamando@labaton.com

Diana J. Zinser (*pro hac vice*)
John A. Macoretta (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com
jmacoretta@srkattorneys.com
jkodroff@srkattorneys.com

Christian Levis (pro hac vice)
Amanda Fiorilla (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, David Saldamando, certify that the foregoing document was filed electronically, on June 23, 2022, through the Court's Electronic Case Filing System.  Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

<u>*/s/ David Saldamando*</u>
David Saldamando