UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, et al.,<br>          Plaintiffs,<br>    v.<br>FLO HEALTH, INC., et al.,<br>          Defendants. | Case No. 3:21-cv-00757-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | Closed |
| Complete mandatory settlement conference | Closed |
| Substantial completion of document production | October 20, 2022 |
| Fact discovery cut-off | February 16, 2023 |
| Expert disclosures | March 10, 2023 |
| Rebuttal expert disclosures | April 21, 2023 |
| Expert discovery cut-off | May 26, 2023 |
| Last day to file motion for class certification | June 9, 2023 |
| Last day to file opposition to class certification | July 27, 2023 |

| Event | Deadline |
|---|---|
| Last day to file reply in support of class certification | August 25, 2023 |
| Last day to file dispositive and *Daubert* motions | December 15, 2023 |
| Last day to file oppositions to dispositive and *Daubert* motions | January 18, 2024 |
| Last day to file replies to dispositive and *Daubert* motions | February 5, 2024 |
| Pretrial conference | July 18, 2024, at 1:30 p.m. |
| Jury Trial | August 5, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  September 2, 2022

_____
JAMES DONATO
United States District Judge