Brenda Sharton (*pro hac vice*)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA  02110-2605
Telephone:  (617) 728-7100
Facsimile:  (617) 275-8374
brenda.sharton@dechert.com

Benjamin Sadun (Bar No. 287533)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA  90071-2032
Telephone:  (213) 808-5700
Facsimile:  (213) 808-5760
benjamin.sadun@dechert.com

*Attorneys for Defendant Flo Health, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>                Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR FLO HEALTH, INC. TO RESPOND TO ECF No. 179** |
| SARAH WELLMAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>                Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | JUSTINE PIETRZYK, individually and on behalf of all others similarly situated, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | JENNIFER CHEN, individually and on behalf of all others similarly situated, |
| 10 | |
| 11 | Plaintiff, |
| 12 | v. |
| 13 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 14 | Defendants. |
| 15 | |
| 16 | TESHA GAMINO, individually and on behalf of all others similarly situated, |
| 17 | |
| 18 | Plaintiff, |
| 19 | v. |
| 20 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 21 | |
| 22 | Defendants. |

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR FLO HEALTH, INC. TO RESPOND TO ECF 179
Case No. 3:21-cv-00757-JD

1
2   LEAH RIDGWAY and AUTUMN MEIGS, individually and on behalf of all others similarly situated,
3
4               Plaintiff,

5   v.

6   FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,
7
8               Defendants.

9   MADELINE KISS, individually and on behalf of all others similarly situated,
10
11              Plaintiff,

12  v.

13  FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,
14
15              Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR FLO HEALTH, INC. TO RESPOND TO ECF 179
Case No. 3:21-cv-00757-JD

Flo Health, Inc. ("Flo") and Plaintiffs Erica Frasco, Sarah Wellman, Justine Pietrzyk, Jennifer Chen, Tesha Gamino, Leah Ridgway, Autumn Meigs, and Madeline Kiss (collectively "Plaintiffs"), together (the "Parties"), by and through their counsel, hereby stipulate to the following:

WHEREAS, the Parties conducted a video meet and confer on August 5, 2022 regarding the selection of Flo Health, Inc. custodians.

WHEREAS, on August 25, 2022, Plaintiffs filed a Discovery Letter Brief, ECF No. 179, asking the Court to "compel Defendant Flo Health, Inc. ("Flo") to produce documents and information regarding potential custodial sources," as requested in Plaintiffs' Second Set of Requests for Product Request No. 1, served on September 28, 2021, and "include custodians proposed by Plaintiffs in its custodial search."

WHEREAS, on September 13, 2022, the Parties conducted an additional meet and confer to discuss potential custodians.

WHEREAS, in addition to video meet and confers, the Parties have exchanged letters and emails regarding potential custodians.

WHEREAS, on September 19, 2022, Flo Health, Inc. agreed to produce documents responsive to RFP No. 1 in Plaintiffs' Second Set of Requests for Production that are readily accessible and do not require custodians and search terms by Thursday, September 22, 2022.

WHEREAS, the Parties are hopeful that they can reach an agreement that resolves the issues outlined in ECF No. 179, and therefore are seeking more time to negotiate such an agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, among the undersigned Parties, and respectfully submitted for the Court's approval, as follows:

1. Flo Health, Inc. shall have until September 22, 2022 to respond to ECF No. 179.

**IT IS SO STIPULATED.**

Dated: September 19, 2022             /s/ Carol C. Villegas
                                      Carol C. Villegas (*pro hac vice*)
                                      Michael P. Canty (*pro hac vice*)
                                      David Saldamando (*pro hac vice*)

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR FLO HEALTH, INC. TO RESPOND TO ECF 179
Case No. 3:21-cv-00757-JD

|   |   |
|---|---|
| 1 | **LABATON SUCHAROW LLP** |
| 2 | 140 Broadway |
|   | New York, NY 10005 |
| 3 | Tel: (212) 907-0700 |
|   | Fax: (212) 818-0477 |
| 4 | cvillegas@labaton.com |
|   | mcanty@labaton.com |
| 5 | rkamhi@labaton.com |
|   | dsaldamando@labaton.com |

*Interim Co-Lead Counsel
for Plaintiffs and the Proposed Class*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Interim Co-Lead Counsel
for Plaintiffs and the Proposed Class*

Diana J. Zinser (*pro hac vice*)
John A. Macoretta (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com
jmacoretta@srkattorneys.com
jkodroff@srkattorneys.com

*Interim Co-Lead Counsel
for Plaintiffs and the Proposed Class*

Frank Busch (258288)
James M. Wagstaffe (95535)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910

2

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR FLO HEALTH, INC. TO RESPOND TO ECF 179
Case No. 3:21-cv-00757-JD

wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (CA Bar 175650)
ron@consumersadvocates.com
Alexis M. Wood (CA Bar 270200)
alexis@consumersadvocates.com
Kas L. Gallucci (CA Bar 288709)
kas@consumersadvocates.com
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN 55356
Tel: (612) 940-4452
williamslawmn@gmail.com

Michael E. Jacobs (*pro hac vice*)
**HINKLE SHANOR LLP**
P.O. Box 2068
Santa Fe, NM 87504
Tel: (505) 982-4554
mjacobs@hinklelawfirm.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
605 N High Street
Suite 146
Columbus, OH 43215
Tel: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR FLO HEALTH, INC. TO RESPOND TO ECF 179
Case No. 3:21-cv-00757-JD

|  |  |
|---|---|
| 1 | */s/ Benjamin Sadun* |
| 2 | **DECHERT LLP**<br>Brenda R. Sharton (*pro hac vice forthcoming*) |
| 3 | One International Place<br>100 Oliver Street |
| 4 | Boston, MA 02110<br>Tel: (617) 728-7100 |
| 5 | Fax: (617) 426-6567<br>brenda.sharton@dechert.com |
| 6 | Benjamin Sadun (SBN 287533) |
| 7 | **DECHERT LLP**<br>US Bank Tower |
| 8 | 633 West 5th Street, Suite 4900<br>Los Angeles, CA |
| 9 | Tel: (213) 808-5700<br>Fax: (213) 808-5760 |
|  | benjamin.sadun@dechert.com |

*Counsel for Defendant Flo Health, Inc.*

4

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR FLO HEALTH, INC. TO RESPOND TO ECF 179
Case No. 3:21-cv-00757-JD