| | |
|---|---|
| 1 | Brenda Sharton (*Admitted Pro Hac Vice*) |
| 2 | brenda.sharton@dechert.com<br>Bailey E. Dervishi (Bar No. 332359) |
| 3 | bailey.dervishi@dechert.com<br>DECHERT LLP |
| 4 | One International Place, 40th Floor<br>100 Oliver Street |
| 5 | Boston, MA  02110-2605<br>Telephone:  (617) 728-7100 |
| 6 | Facsimile:  (617) 275-8374 |
| 7 | Benjamin M. Sadun (Bar No. 287533)<br>benjamin.sadun@dechert.com |
| 8 | DECHERT LLP<br>US Bank Tower |
| 9 | 633 West 5th Street, Suite 4900<br>Los Angeles, CA  90071-2032 |
| 10 | Telephone:  (213) 808-5700<br>Facsimile:  (213) 808-5760 |
| 11 | Theodore E. Yale (*Admitted Pro Hac Vice*) |
| 12 | theodore.yale@dechert.com<br>DECHERT LLP |
| 13 | 2929 Arch Street<br>Philadelphia, PA  19104 |
| 14 | Telephone:  (215) 994-4000<br>Facsimile:  (215) 655-2455 |
| 15 | *Attorneys for Defendant Flo Health, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>                                 Plaintiff,<br><br>    v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>                                 Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FLO HEALTH, INC.**<br><br>Judge: Hon. James Donato<br><br>Action Filed: January 23, 2023 |

| | |
|---|---|
| 1 | SARAH WELLMAN, individually and on behalf of all others similarly situated, |
| 2 | |
| 3 | Plaintiff, <br> v. |
| 4 | FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., |
| 5 | |
| 6 | Defendants. |

(Caption repeated for plaintiffs JUSTINE PIETRZYK, JENNIFER CHEN, and TESHA GAMINO, each individually and on behalf of all others similarly situated, v. FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., Defendants.)

-2-

NOTICE OF APPEARANCE OF COUNSEL                                   21-cv-00757-JD

| |
|---|
| LEAH RIDGWAY and AUTUM N. MEIGS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>　　　　　　　　　Defendants. |
| MADELINE KISS, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>　　　　　　　　　Defendants. |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bailey E. Dervishi of Dechert LLP, One International Place, 40th Floor, 100 Oliver Street, Boston, Massachusetts, hereby enters her appearance as counsel for Defendant Flo Health, Inc. in the above-captioned action, and requests that all papers be served upon the undersigned.

Dated: January 23, 2023

Respectfully submitted,
DECHERT LLP

By:  /s/ Bailey E. Dervishi

Bailey E. Dervishi (Bar No. 332359)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA  02110-2605
Telephone:  (617) 728-7114
Facsimile:  (617) 275-8374
bailey.dervishi@dechert.com

*Attorneys for Defendant Flo Health, Inc.*