James M. Wagstaffe (95535)
Frank Busch (258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Carol C. Villegas (*pro hac vice*)
Michael Canty (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Diana J. Zinser (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ERICA FRASCO, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FLO HEALTH INC., META PLATFORMS, INC., GOOGLE, LLC, and FLURRY, LLC,

Defendants

Case No. 3:21-cv-00757-JD

**DECLARATION OF DIANA J. ZINSER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Date: December 14, 2023
Time: 10:00am
Location: Courtroom 11
**Judge: Hon. James Donato**

I, Diana J. Zinser, declare as follows:

1. I, Diana J. Zinser, am an attorney in good standing admitted *pro hac vice* before this Court for this action. I am a partner at Spector Roseman & Kodroff, P.C., and Interim Co-Lead Counsel for the Plaintiffs in this matter. I make this declaration based on my personal knowledge in support of Plaintiffs' Motion for Class Certification in the above captioned matter. If called upon to do so, I will testify competently to the facts set forth herein.

2. I certify that the following Table of Exhibits lists true and correct copies of all exhibits attached to this Declaration in support of Plaintiffs' Motion for Class Certification.

**TABLE OF EXHIBITS**

| Exhibit # | Description |
|---|---|
| 1 | True and correct copy of the document bates stamped FLO-00106857_0001. |
| 2 | True and correct copy of the document bates stamped GOOG-FLO-00095198 - Flo Health #1 Period and Ovulation Tracker Worldwide. |
| 3 | True and correct copy of the document bates stamped FLO-00003359 - Flo Health FAQ. |
| 4 | True and correct copy of the document bates stamped FLO-00101059. |
| 5 | True and correct copy of the Expert Report of Serge Egelman, May 9, 2023. |
| 6 | True and correct copy of the document bates stamped FLO-00104800. |
| 7 | True and correct copy of the document bates stamped FLO-00001891. |
| 8 | True and correct copy of the document bates stamped FLO-00001885. |

| | |
|---|---|
| 9 | True and correct copy of the Expert Rebuttal Report of Serge Egelman, June 27, 2023. |
| 10 | True and correct copy of the document bates stamped FLURRY_FRASCO_000460. |
| 11 | True and correct copy of the document bates stamped GOOG-FLO-00037788 - Get Started with Google Analytics for Unity. |
| 12 | True and correct copy of the document bates stamped META-FRASCO-0000027936. |
| 13 | True and correct copy of the document bates stamped META-FRASCO-0000002971 - Facebook App Events Guide. |
| 14 | True and correct copy of the document bates stamped GOOG-FLO-00077646 - Google Analytics: How to Log Events. |
| 15 | True and correct copy of the document bates stamped FLURRY_FRASCO_000102 - Custom Events with Flurry Analytics for Android. |
| 16 | True and correct copy of the document bates stamped FLURRY_FRASCO_000145 - Standard Event with Flurry Analytics iOS. |
| 17 | True and correct copy of excerpts of the 30(b)(6) deposition of Kevin Lam (Google), January 27, 2023. |
| 18 | True and correct copy of the document bates stamped META-FRASCO-0000003019 - Facebook app Events Overview with Custom Events. |
| 19 | True and correct copy of the document bates stamped |

| | |
|---|---|
| | FLURRY_FRASCO_000046 - Flurry Custom Events: Best Practices. |
| 20 | True and correct copy of excerpts of the deposition of Wei Liu, March 22, 2023. |
| 21 | True and correct copy of the document bates stamped GOOG-FLO-00019736. |
| 22 | True and correct copy of the document bates stamped META-FRASCO-0000003379. |
| 23 | True and correct copy of the document bates stamped META-FRASCO-0000001147. |
| 24 | True and correct copy of Google's 4th Supplemental Responses and Objections to Plaintiffs' Interrogatories. |
| 25 | True and correct copy of the document bates stamped FLURRY_FRASCO001008_0001. |
| 26 | True and correct copy of the document bates stamped FLURRY_FRASCO001009_0001. |
| 27 | True and correct copy of the document bates stamped META-FRASCO-0000001167_0001.<br><br>*(Exhibit 27 (META-FRASCO-0000001167) contains excerpts of the full document, which is 1736 pages long. Plaintiffs will provide the full document to the Court on a thumbdrive, which will be mailed to the Court along with a courtesy paper copy of the rest of Plaintiffs' filing).* |
| 28 | True and correct copy of the document bates stamped FLO-00072765. |

| | |
|---|---|
| 29 | True and correct copy of the document bates stamped FLO-00072766. |
| 30 | True and correct copy of the document bates stamped FLO-00072768. |
| 31 | True and correct copy of the document bates stamped FLO-00105126. |
| 32 | True and correct copy of Flo Health's Responses to Plaintiffs' 1st Set of Interrogatories. |
| 33 | True and correct copy of the document bates stamped FLO-00001902. |
| 34 | True and correct copy of the document bates stamped FLO-00001929. |
| 35 | True and correct copy of the document bates stamped GOOG-FLO-00019742. |
| 36 | True and correct copy of the document bates stamped FLURRY_FRASCO_087923. |
| 37 | True and correct copy of the document bates stamped FLO-00072422. |
| 38 | True and correct copy of Meta's Supplemental Responses and Objections to Plaintiffs' Interrogatory Nos. 1, 9, and 11). |
| 39 | True and correct copy of the document bates stamped META-FRASCO-0000025148. |
| 40 | True and correct copy of the document bates stamped META-FRASCO-0000001149. |
| 41 | True and correct copy of the document bates stamped GOOG-FLO-00082872. |

| | |
|---|---|
| 42 | True and correct copy of the document bates stamped GOOG-FLO-00090971. |
| 43 | True and correct copy of the document bates stamped GOOG-FLO-00092676. |
| 44 | True and correct copy of excerpts of the deposition of Serge Egelman, August 4, 2023. |
| 45 | True and correct copy of excerpts of the deposition of Autumn Meigs, January 5, 2023. |
| 46 | True and correct copy of Autumn Meig's Supplemental Responses and Objections to Flo's Interrogatories. |
| 47 | True and correct copy of excerpts of the deposition of Erica Frasco, January 23, 2023. |
| 48 | True and correct copy of Erica Frasco's Supplemental Responses and Objections to Flo's Interrogatories. |
| 49 | True and correct copy of excerpts of the deposition of Jennifer Chen, January 20, 2023. |
| 50 | True and correct copy of Jennifer Chen's Supplemental Responses and Objections to Flo's Interrogatories. |
| 51 | True and correct copy of excerpts of the deposition of Sarah Wellman, January 11, 2023. |
| 52 | True and correct copy of Sarah Wellman's Supplemental Responses and Objections to Flo's Interrogatories. |

| | |
|---|---|
| 53 | True and correct copy of excerpts of the deposition of Tesha Gamino, December 8, 2022. |
| 54 | True and correct copy of Tesha Gamino's Supplemental Responses and Objections to Flo's Interrogatories. |
| 55 | True and correct copy of the document bates stamped FLO-00049071. |
| 56 | True and correct copy of the document bates stamped FLO-00016295. |
| 57 | True and correct copy of the document bates stamped FLO-00028110. |
| 58 | True and correct copy of the document bates stamped FLO-00016381. |
| 59 | True and correct copy of the document bates stamped FLO-0028102. |
| 60 | True and correct copy of the document bates stamped FLO-00049111. |
| 61 | True and correct copy of the document bates stamped FLO-00004576. |
| 62 | True and correct copy of the document bates stamped FLO-00028199. |
| 63 | True and correct copy of the document bates stamped FLO-00016510. |
| 64 | True and correct copy of the document bates stamped FLO-00057222. |
| 65 | True and correct copy of the document bates stamped FLO-00063528. |
| 66 | True and correct copy of the document bates stamped FLO-00026002. |
| 67 | True and correct copy of excerpts of the deposition of Bisera Ferrero, February 9, 2023. |
| 68 | True and correct copy of excerpts of the 30(b)(6) deposition of Steve Ganem (Google), January 30, 2023. |

| | |
|---|---|
| 69 | True and correct copy of the document bates stamped META-FRASCO-0000028530. |
| 70 | True and correct copy of the document bates stamped META-FRASCO-0000406101. |
| 71 | True and correct copy of Flurry's Objections and Response to Plaintiffs' First Set of Interrogatories. |
| 72 | True and correct copy of the document bates stamped FLO-00094934. |
| 73 | True and correct copy of the document bates stamped GOOG-FLO-00081510. |
| 74 | True and correct copy of the document bates stamped GOOG-FLO-00081853. |
| 75 | True and correct copy of the document bates stamped FLO-00095249. |
| 76 | True and correct copy of the document bates stamped FLO-00025650. |
| 77 | True and correct copy of the document bates stamped FLO-00025778. |
| 78 | True and correct copy of the document bates stamped GOOG-FLO-00081317. |
| 79 | True and correct copy of the document bates stamped GOOG-FLO-00081575. |
| 80 | True and correct copy of the document bates stamped META-FRASCO-0000001218. |
| 81 | True and correct copy of the document bates stamped META-FRASCO- |

| | |
|---|---|
| | 0000021055. |
| 82 | True and correct copy of the document bates stamped GOOG-FLO-00081659. |
| 83 | True and correct copy of the document bates stamped GOOG-FLO-00084738. |
| 84 | True and correct copy of excerpts of the 30(b)(6) deposition of Tobias Woolridge (Meta), February 9, 2023. |
| 85 | True and correct copy of the document bates stamped META-FRASCO-0000001157. |
| 86 | True and correct copy of the Expert Report of Jennifer Golbeck, May 9, 2023. |
| 87 | True and correct copy of the document bates stamped GOOG-FLO-00088918. |
| 88 | True and correct copy of the document bates stamped GOOG-FLO-00078297. |
| 89 | True and correct copy of the document bates stamped GOOG-FLO-00064255. |
| 90 | True and correct copy of the document bates stamped YAHOO_FRASCO_000444. |
| 91 | True and correct copy of excerpts of the deposition of Bradley Jones, March 16, 2023. |
| 92 | True and correct copy of the document bates stamped FLO-00003020 - Flo |

| | |
|---|---|
| | Health Privacy Policy Effective June 15, 2016. |
| 93 | True and correct copy of the document bates stamped FLO-00003046 - Flo Health Privacy Policy Effective November 15, 2016. |
| 94 | True and correct copy of the document bates stamped FLO-00002816 - Flo Health Privacy Policy Effective December 21, 2016. |
| 95 | True and correct copy of the document bates stamped FLO-00002942 - Flo Health Privacy Policy Effective March 14, 2017. |
| 96 | True and correct copy of the document bates stamped FLO-00002948 - Flo Health Privacy Policy Effective March 17, 2017. |
| 97 | True and correct copy of the document bates stamped FLO-00002779 - Flo Health Privacy Policy Effective July 12, 2017. |
| 98 | True and correct copy of the document bates stamped FLO-00003039 - Flo Health Privacy Policy Effective August 28, 2017. |
| 99 | True and correct copy of the document bates stamped FLO-00002969 - Flo Health Privacy Policy Effective November 13, 2017. |
| 100 | True and correct copy of the document bates stamped FLO-00002803 - Flo Health Privacy Policy Effective May 25, 2018. |
| 101 | True and correct copy of the document bates stamped FLO-00003007 - Flo Health Privacy Policy Effective July 16, 2018. |
| 102 | True and correct copy of the document bates stamped FLO-00097992. |
| 103 | True and correct copy of the document bates stamped FLO-00003024 - Flo Health Privacy Policy Effective February 19, 2019. |

| | |
|---|---|
| 104 | True and correct copy of the document bates stamped FLO-00002976 - Flo Health Privacy Policy Effective February 23, 2019. |
| 105 | True and correct copy of the document bates stamped FLO-00002749 - Flo Health Privacy Policy Effective February 27, 2019. |
| 106 | True and correct copy of the document bates stamped FLO-00002989 - Flo Health Privacy Policy Effective July 17, 2019. |
| 107 | True and correct copy of the document bates stamped FLO-00098363. |
| 108 | True and correct copy of the document bates stamped FLO-00004555. |
| 109 | True and correct copy of the document bates stamped GOOG-FLO-00057395. |
| 110 | True and correct copy of the document bates stamped GOOG-FLO-00057418. |
| 111 | True and correct copy of the document bates stamped META-FRASCO-0000001171. |
| 112 | True and correct copy of the document bates stamped META-FRASCO-0000007721. |
| 113 | True and correct copy of the document bates stamped META-FRASCO-0000004236. |
| 114 | True and correct copy of the document bates stamped FLO-00106587. |
| 115 | True and correct copy of the document bates stamped FLO-00104570 - Flo Health Terms of Service, March 13, 2017. |

| | |
|---|---|
| 116 | True and correct copy of the document bates stamped FLO-00104580 - Flo Health Terms of Service, November 15, 2017. |
| 117 | True and correct copy of the document bates stamped FLO-00104551 - Flo Health Terms of Service, May 25, 2018. |
| 118 | True and correct copy of the document bates stamped FLO-00067608. |
| 119 | True and correct copy of the document bates stamped FLO-00076557. |
| 120 | True and correct copy of the document bates stamped FLO-00106148. |
| 121 | True and correct copy of the Expert Report of David Hoffman, May 9, 2023. |

Dated: September 21, 2023

Respectfully Submitted,
*/s/ Diana J. Zinser*
Diana J. Zinser
SPECTOR ROSEMAN & KODROFF, P.C.