1   GIBSON, DUNN & CRUTCHER LLP          JOSEPH R. ROSE, SBN 279092
    ASHLEY ROGERS, SBN 286252            JRose@gibsondunn.com
2   ARogers@gibsondunn.com               ABIGAIL A. BARRERA, SBN 301746
    2001 Ross Avenue, Suite 2100         ABarrera@gibsondunn.com
3   Dallas, TX 75201                     555 Mission Street, Suite 3000
    Telephone:    214.698.3316           San Francisco, CA 94105
4   Facsimile:    214.571.2975           Telephone:    415.393.8200
                                         Facsimile:    415.393.8306
5   CHRISTOPHER CHORBA, SBN 216692
    CChorba@gibsondunn.com
6   LAUREN BLAS, SBN 296823
    LBlas@gibsondunn.com
7   333 South Grand Avenue
    Los Angeles, CA 90071
8   Telephone:    213.229.7503
    Facsimile:    213.229.6503
9
    *Attorneys for Defendant Meta Platforms, Inc.*
10  *(formerly known as Facebook, Inc.)*

11  [Additional Counsel Listed Below]

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13

14   ERICA FRASCO, individually and on behalf of      Case No.: 3:21-cv-00757-JD
     all others similarly situated,
15
                    Plaintiff,
16                                                     **JOINT STIPULATION AND [PROPOSED]**
     v.                                                **ORDER MODIFYING SEALING**
17                                                     **PROCEDURES RELATING TO CLASS**
     FLO HEALTH, INC., GOOGLE, LLC,                    **CERTIFICATION BRIEFING**
18   FACEBOOK, INC., APPSFLYER, INC., and
     FLURRY, INC.,
19
                    Defendants.
20

21

22

23

24

25

26

27

28

Flo Health, Inc. ("Flo"), Google, LLC ("Google"), Meta, Inc. (f/k/a Facebook, Inc.) ("Meta"), and Flurry, Inc. ("Flurry") (collectively, the "Defendants), by and through their counsel, and Plaintiffs Erica Frasco, Sarah Wellman, Jennifer Chen, Tesha Gamino, and Autumn Meigs (collectively "Plaintiffs"), by and through their counsel (together, the "Parties"), hereby stipulate to the following:

WHEREAS, on September 21, 2023, Plaintiffs filed their motion for class certification, which attached 121 exhibits.  Both Plaintiffs' motion and many of the exhibits include information designated "Confidential" and/or "Highly Confidential" (pursuant to the Protective Order entered in this action at Dkt. 113) by one or more Parties;

WHEREAS, Defendants will file their opposition to class certification on October 30, 2023;

WHEREAS, Plaintiffs will file their reply in support of their motion for class certification on November 30, 3023;

WHEREAS, the Parties anticipate that each of these briefs will continue to include or reference information designated "Confidential" and/or "Highly Confidential" by one or more Parties, which would, under Local Civil Rule 79-5, require multiple rounds of administrative motions to seal, statements in support, and corresponding oppositions;

WHEREAS, in the interest of conserving both judicial and party resources, the Parties respectfully move this Court for a modification to the applicable sealing procedures under Local Civil Rule 79-5 as set forth below;

WHEREAS, the Parties' proposal is made pursuant to this Court's Standing Order Rule 31, which states, in relevant part: "If the parties anticipate that this paragraph will apply to a round of briefing, they may indicate in the initial motion to file under seal that accompanies a brief or other document as it is lodged under seal on the docket, that a more fulsome and revised motion to seal

will be forthcoming after the completion of briefing pursuant to this paragraph of the Standing Order."

WHEREAS, this Court has previously approved similar modifications to the procedures provided in Local Civil Rule 79-5 in other cases before it, such as *In re Google Play Store Antitrust Litigation*, Case No. 3:20-cv-05671-JD (May 27, 2022) (Dkt. 264) (adopting procedure for omnibus sealing motion to follow completion of briefing on underlying motion);

WHEREAS, in this stipulation, no Party takes any position as to the propriety of seeking to seal any other Party's redacted material, and each Party reserves all rights to oppose any other Party's sealing motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:**

- That the Parties shall follow the below sealing procedures in connection with class certification briefing in lieu of the sealing procedures set out under Local Civil Rule 79-5.

- If a Party files a document for which it intends to request sealing, the Party may file the document in redacted or slip-sheet form and contemporaneously lodge an unredacted (and if necessary, highlighted) copy of the same document on the ECF docket, provisionally under seal, along with a 1-page interim sealing motion indicating that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion.

- The Parties and any affected third parties shall jointly file an omnibus sealing motion by December 14, 2023—i.e., within 14 days after the filing of the Plaintiffs' reply brief in support of the motion for class certification;

- The Party filing the underlying document sought to be sealed shall bear the responsibility of: (1) notifying each affected third party regarding any of its confidential

2

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES
RELATING TO CLASS CERTIFICATION BRIEFING
CASE NO. 3:21-cv-00757-JD

information that has been filed under seal and (2) soliciting each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion; and

- The Party filing the underlying document sought to be sealed shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 21 days following the Court's order on the omnibus sealing motion.

**IT IS SO STIPULATED.**

Dated: September 23, 2023

/s/ *Ashley Rogers*

**GIBSON, DUNN & CRUTCHER LLP**
Ashley Rogers (SBN 286252)
ARogers@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
Lauren Blas (SBN 296823)
LBlas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503

Joseph R. Rose (SBN 279092)
JRose@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Defendant Facebook, Inc.)*

3

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES
RELATING TO CLASS CERTIFICATION BRIEFING
CASE NO. 3:21-cv-00757-JD

1

/s/ Diana Zinser

2

Diana J. Zinser (*pro hac vice*)
John A. Macoretta (*pro hac vice*)

3

Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**

4

2001 Market Street, Suite 3420
Philadelphia, PA 19103

5

Tel.: (215) 496-0300
Fax: (215) 496-6611

6

dzinser@srkattorneys.com

7

jmacoretta@srkattorneys.com
jkodroff@srkattorneys.com

8

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

9

10

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)

11

David Saldamando (*pro hac vice*)
Danielle Izzo (*pro hac vice*)

12

**LABATON SUCHAROW LLP**
140 Broadway

13

New York, NY 10005
Tel.: (212) 907-0700

14

Fax: (212) 818-0477
cvillegas@labaton.com

15

mcanty@labaton.com
dsaldamando@labaton.com

16

dizzo@labaton.com

17

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

18

Christian Levis (*pro hac vice*)

19

Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**

20

44 South Broadway, Suite 1100
White Plains, NY 10601

21

Tel.: (914) 997-0500
Fax: (914) 997-0035

22

clevis@lowey.com

23

afiorilla@lowey.com

24

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

25

Ronald A. Marron (CA Bar 175650)
Alexis M. Wood (CA Bar 270200)

26

Kas L. Gallucci (CA Bar 288709)

27

**LAW OFFICES OF RONALD A. MARRON**

28

4

651 Arroyo Drive
San Diego, CA 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

Kent Morgan Williams (*pro hac vice*)
**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN 55356
Tel.: (612) 940-4452
williamslawmn@gmail.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
605 N High Street
Suite 146
Columbus, OH 43215
Tel.: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs*

James M. Wagstaffe (95535)
Frank Busch (258288)
**WAGSTAFFE, VON LOEWENFELDT,**
**BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

/s/ Benjamin Sadun
**DECHERT LLP**
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

5

1    Brenda R. Sharton (*pro hac vice*)
     **DECHERT LLP**
2    One International Place
     100 Oliver Street
3    Boston, MA 02110
     Tel: (617) 728-7100
4    Fax: (617) 426-6567
     brenda.sharton@dechert.com
5
     *Counsel for Defendant Flo Health, Inc.*
6
     /s/ Benedict Y. Hur
7    _____
     **WILLKIE FARR & GALLAGHER**
8    Benedict Y. Hur (SBN 224018)
     BHur@willkie.com
9    Simona Agnolucci (SBN 246943)
     SAgnolucci@willkie.com
10   Eduardo E. Santacana (SBN 281668)
     ESantacana@willkie.com
11   Tiffany Lin (SBN 321472)
     TLin@willkie.com
12   One Front Street, 34th Floor
     San Francisco, CA 94111
13   Telephone: 415.858.7400
     Facsimile: 415.858.7599
14
15   *Counsel for Defendant Google LLC*
16
     /s/ Jason J. Kim
17   _____
     **HUNTON ANDREWS KURTH LLP**
18   Jason J. Kim (SBN 221476)
     KimJ@HuntonAK.com
19   Ann Marie Mortimer (SBN 169077)
     AMortimer@HuntonAK.com
20   Samuel A. Danon (*pro hac vice*)
     sdanon@HuntonAK.com
21   John J. Delionado (*pro hac vice*)
     jdelionado@HuntonAK.com
22   550 S. Hope St., Suite 2000
     Los Angeles, California 90071
23   Telephone: 213.532.2000
     Facsimile: 213.532.2020
24
25   *Counsel for Defendant Flurry, Inc*
26
27
     IT IS SO ORDERED.
28

**IT IS SO ORDERED**

Judge James Donato

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

6