**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
TIFFANY LIN (SBN: 321472)
  tlin@willkie.com
YUHAN ALICE CHI (SBN: 324072)
  ychi@willkie.com
ARGEMIRA FLÓREZ (SBN 331153)
  aflorez@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

[Additional Counsel Listed Below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>    Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**JOINT STIPULATION [PROPOSED] ORDER TERMINATING GOOGLE LLC'S MOTION TO STRIKE OPINION OF JENNIFER GOLBECK [ECF NO. 337] WITHOUT PREJUDICE** |

1  Defendant Google LLC ("Google"), by and through its counsel, and Plaintiffs Erica Frasco,
2  Sarah Wellman, Justine Pietrzyk, Jennifer Chen, Tesha Gamino, Leah Ridgway, Autumn Meigs,
3  and Madeline Kiss (collectively "Plaintiffs"), by and through their counsel, hereby stipulate to the
4  following:

5  WHEREAS, on September 29, 2023, Google filed a Motion to Strike Opinion of Plaintiffs'
6  Expert Jennifer Golbeck (Dkt. No. 337) and Motion for Summary Judgment (Dkt. No. 338);

7  WHEREAS, on October 27, 2023, Plaintiffs filed an Opposition to Google's Motion to
8  Strike Opinion of Plaintiffs' Expert Jennifer Golbeck (Dkt. No. 345) and Opposition to Google's
9  Motion for Summary Judgment (Dkt. No. 348);

10  WHEREAS, on November 10, 2023, Google filed a Reply in Support of its Motion to Strike
11  Opinion of Plaintiffs' Expert Jennifer Golbeck (Dkt. No. 358) and Reply in Support of its Motion
12  for Summary Judgment (Dkt. No. 360);

13  WHEREAS, the hearing on Google's Motion to Strike Opinion of Plaintiffs' Expert Jennifer
14  Golbeck is scheduled for February 22, 2024;

15  WHEREAS, to ease the burden on the Court and in an effort to reduce the pending motions
16  before the Court, Google and Plaintiffs have met and conferred about Google's Motion to Strike
17  Jennifer Golbeck;

18  WHEREAS, Plaintiffs do not rely upon the Opinion of Jennifer Golbeck in opposing
19  Google's Motion for Summary Judgment (Dkt. No. 345) and therefore Google and Plaintiffs agree
20  that adjudication of Google's Motion to Strike is not necessary to the adjudication of Google's
21  Motion for Summary Judgment;

22  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, among the
23  undersigned parties, and respectfully submitted for the Court's approval, as follows:

24  The Court shall terminate Google's Motion to Strike Opinion of Plaintiffs' Expert Jennifer
25  Golbeck (Dkt. No. 337) without prejudice.

26

27  **IT IS SO STIPULATED.**

28  Dated: February 14, 2024                    /s/ Benedict Y. Hur

|   |   |
|---|---|
| 1 | **WILLKIE FARR & GALLAGHER** |
| 2 | Benedict Y. Hur (SBN 224018) |
|   | BHur@willkie.com |
| 3 | Simona Agnolucci (SBN 246943) |
|   | SAgnolucci@wilkie.com |
| 4 | Eduardo E. Santacana (SBN 281668) |
|   | ESantacana@wilkie.com |
| 5 | Tiffany Lin (SBN 321472) |
|   | TLin@wilkie.com |
| 6 | Yuhan Alice Chi (SBN 324072) |
| 7 | ychi@willkie.com |
|   | Argemira Flórez (SBN 331153) |
| 8 | aflorez@willkie.com |
|   | 333 Bush Street, 34th Floor |
| 9 | San Francisco, CA 94104 |
|   | Telephone: 415.858.7400 |
| 10 | Facsimile: 415.858.7599 |

*Counsel for Defendant Google LLC*

/s/ Christian Levis
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
David Saldamando (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
dsaldamando@labaton.com
dizzo@labaton.com

2
JOINT STIPULATION AND [PROPOSED] ORDER TERMINATING GOOGLE'S MOTION TO STRIKE OPINION
OF JENNIFER GOLBECK WITHOUT PREJUDICE – Case No. 3:21-cv-00757-JD

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Diana J. Zinser (*pro hac vice*)
John A. Macoretta (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com
jmacoretta@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

Kent Morgan Williams (*pro hac vice*)
**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN 55356
Tel.: (612) 940-4452
williamslawmn@gmail.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
605 N High Street
Suite 146
Columbus, OH 43215
Tel.: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

4
JOINT STIPULATION AND [PROPOSED] ORDER TERMINATING GOOGLE'S MOTION TO STRIKE OPINION OF JENNIFER GOLBECK WITHOUT PREJUDICE – Case No. 3:21-cv-00757-JD

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, Defendant Google LLC's Motion to Strike Opinion of Plaintiffs' Expert Jennifer Golbeck is hereby terminated without prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____ , 2024        _____

JAMES DONATO

United States District Judge

5

JOINT STIPULATION AND [PROPOSED] ORDER TERMINATING GOOGLE'S MOTION TO STRIKE OPINION OF JENNIFER GOLBECK WITHOUT PREJUDICE – Case No. 3:21-cv-00757-JD

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 14, 2024                              WILLKIE FARR & GALLAGHER LLP

                                                      By:        /s/ Benedict Y. Hur

                                                                      Benedict Y. Hur

                                                            *Attorney for Defendant Google LLC*