Christopher Chorba (SBN 216692)
Ashley Rogers (SBN 286252)
Lauren M. Blas (SBN 296823)
Joseph R. Rose (SBN 279092)
Abigail A. Barrera (SBN 301746)
**GIBSON, DUNN & CRUTCHER LLP**
*Counsel for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

Brenda R. Sharton (*pro hac vice*)
Benjamin M. Sadun (SBN 287533)
Theodore E. Yale (*pro hac vice*)
**DECHERT LLP**
*Counsel for Defendant Flo Health, Inc.*

Benedict Y. Hur (SBN 224018)
Simona Agnolucci (SBN 246943)
Eduardo E. Santacana (SBN 281668)
Tiffany Lin (SBN 321472)
Yuhan Alice Chi (SBN 324072)
Argemira Flórez (SBN 331153)
**WILLKIE FARR & GALLAGHER LLP**
*Counsel for Defendant Google LLC*

Ann Marie Mortimer (SBN 169077)
Jason J. Kim (SBN 221476)
John J. Delionado (*pro hac vice*)
Samuel A. Danon (*pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
*Counsel for Defendant Flurry, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE LLC, FACEBOOK, INC., and FLURRY, INC.,<br><br>Defendants. | CASE NO. 3:21-cv-00757-JD (consolidated)<br><br>**DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. James Donato<br>Court:   Courtroom 11 - 19th Floor<br>Date:    November 21, 2024<br>Time:    10:00 a.m. |

**PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL**