| | |
|---|---|
| James M. Wagstaffe (95535)<br>**ADAMSKI MOROSKI MADDEN**<br>**CUMBERLAND & GREEN LLP**<br>P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Tel: 805-543-0990<br>Fax: 805-543-0980<br>wagstaffe@ammcglaw.com<br><br>*Counsel for Plaintiffs Erica Frasco and Sarah Wellman* | Christian Levis (*pro hac vice*)<br>Amanda Fiorilla (*pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>Fax: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>*Proposed Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>David Saldamando (*pro hac vice*)<br>Danielle Izzo (*pro hac vice*)<br>Gloria J. Medina (*pro hac vice*)<br>**LABATON KELLER SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>cvillegas@labaton.com<br>mcanty@labaton.com<br>dsaldamando@labaton.com<br>dizzo@labaton.com<br><br>*Proposed Co-Lead Counsel for Plaintiffs and the Proposed Class* | Diana J. Zinser (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>dzinser@srkattorneys.com<br><br>*Proposed Co-Lead Counsel for Plaintiffs and the Proposed Class* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., META PLATFORMS, INC., GOOGLE, LLC, and FLURRY, INC.,<br><br>Defendants. | Case No.: 3:21-cv-00757-JD (consolidated)<br><br>[PROPOSED] ORDER GRANTING EXTENDED STAY AS TO FLURRY LLC PENDING SETTLEMENT AGREEMENT |

The Court, having considered the Joint Stipulation of Defendant Flurry, LLC ("Flurry") and Plaintiffs Erica Frasco, Sarah Wellman, Justine Pietrzyk, Jennifer Chen, Tesha Gamino, Leah Ridgway, Autumn Meigs, and Madeline Kiss (collectively "Plaintiffs"), by and through their counsel (together, the "Parties"), hereby **GRANTS** their request.

In particular, the Court **ORDERS** as follows:

1. The case will be stayed until February 17, 2025 as to Defendant Flurry, LLC, without prejudice, pending the filing of a motion for approval of this settlement.

**SO ORDERED.**

DATED:   February 5, 2025   _____
The Honorable James Donato
United States District Judge