| | |
|---|---|
| LATHAM & WATKINS LLP<br>Melanie M. Blunschi (Bar No. 234264)<br>melanie.blunschi@lw.com<br>Kristin Sheffield-Whitehead (Bar No. 304635)<br>kristin.whitehead@lw.com<br>505 Montgomery St., Suite 2000<br>San Francisco, CA 94111<br>Telephone: +1.415.391.0600<br><br>Andrew B. Clubok (*pro hac vice*)<br>andrew.clubok@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: +1.202.637.2200<br><br>Michele D. Johnson (Bar No. 198298)<br>michele.johnson@lw.com<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone:  +1.714.540.1235<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br>*(formerly known as Facebook, Inc.)* | ELIZABETH K. MCCLOSKEY (SBN 268184)<br>EMcCloskey@gibsondunn.com<br>ABIGAIL A. BARRERA (SBN 301746)<br>ABarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:     415.393.8200<br>Facsimile:      415.393.8306 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE LLC, FACEBOOK, INC., and FLURRY, INC.,<br><br>Defendants. | CASE NO. 3:21-CV-00757-JD (consolidated)<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:    Hon. James Donato<br>Court:    Courtroom 11 – 19th Floor<br>Date:     April 24, 2025<br>Time:    10:00 a.m. |

**PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL**