**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
TIFFANY LIN (SBN: 321472)
   tlin@willkie.com
YUHAN ALICE CHI (SBN: 324072)
  ychi@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
   aflorez@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>                               Plaintiffs,<br><br>   vs.<br><br>FLO HEALTH, INC., et al.,<br><br>                              Defendants. | Case No. 3:21-CV-00757-JD<br><br>**GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO STRIKE OPINION OF EXPERT JENNIFER GOLBECK**<br><br>Date:   April 24, 2025<br>Time:  10:00 a.m.<br>Judge: Hon. James Donato<br>Ctrm:   11 – 19th Floor, SF<br><br>Action Filed:   September 2, 2021<br>Trial Date:      July 14, 2025 |

**Filed Provisionally Underseal**

GOOGLE'S MOTION TO STRIKE OPINION OF EXPERT JENNIFER GOLBECK
Case No. 3:21-CV-00757-JD