| | |
|---|---|
| James M. Wagstaffe (95535)<br>**ADAMSKI MOROSKI MADDEN**<br>**CUMBERLAND & GREEN LLP**<br>P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Tel: 805-543-0990<br>Fax: 805-543-0980<br>wagstaffe@ammcglaw.com<br><br>*Counsel for Plaintiffs Erica Frasco*<br>*and Sarah Wellman* | Christian Levis (*pro hac vice*)<br>Amanda Fiorilla (*pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>Fax: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>*Proposed Co-Lead Counsel for Plaintiffs and*<br>*the Proposed Class* |
| Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Danielle Izzo (*pro hac vice*)<br>**LABATON KELLER SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>cvillegas@labaton.com<br>mcanty@labaton.com<br>dizzo@labaton.com<br><br>*Proposed Co-Lead Counsel for*<br>*Plaintiffs and the Proposed Class* | Diana J. Zinser (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF,**<br>**P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>dzinser@srkattorneys.com<br><br>*Proposed Co-Lead Counsel for Plaintiffs and*<br>*the Proposed Class* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., META PLATFORMS, INC., GOOGLE, LLC, and FLURRY, INC.,<br><br>        Defendants. | Case No.: 3:21-cv-00757-JD<br><br>~~[PROPOSED]~~ **STIPULATED ORDER TO ALIGN HEARING DATES**<br><br>Judge: Hon. James Donato |

NOW, upon consideration of the Parties Joint Stipulation to Align Hearing dates,

IT IS HEREBY ORDERED AND DECREED that:

1. The noting date for the following motions will be moved to April 24, 2024 at 10:00 a.m.:

    a. ECF No. 517

    b. ECF No. 519

    c. ECF No. 521

    d. ECF No. 530

IT IS SO ORDERED.

DATED:  March 19, 2025

_____
JAMES DONATO
United States District Judge