| | |
|---|---|
| LATHAM & WATKINS LLP<br>Melanie M. Blunschi (Bar No. 234264)<br>melanie.blunschi@lw.com<br>Kristin Sheffield-Whitehead (Bar No. 304635)<br>kristin.whitehead@lw.com<br>505 Montgomery St., Suite 2000<br>San Francisco, CA 94111<br>Telephone: +1.415.391.0600<br><br>Andrew B. Clubok (*pro hac vice*)<br>andrew.clubok@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: +1.202.637.2200<br><br>Michele D. Johnson (Bar No. 198298)<br>michele.johnson@lw.com<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: +1.714.540.1235<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Elizabeth K. McCloskey (SBN 268184)<br>Abigail A. Barrera (SBN 301746)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: +1.415.393.8200<br>EMcCloskey@gibsondunn.com<br>ABarrera@gibsondunn.com<br><br>*Counsel for Defendant Meta Platforms, Inc.*<br>*(formerly known as Facebook, Inc.)*<br><br>[Additional Counsel Listed Below] | WILLKIE FARR & GALLAGHER LLP<br>Benedict Y. Hur (SBN 224018)<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: 415.858.7400<br>Facsimile: 415.858.7599<br>BHur@willkie.com<br><br>*Counsel for Defendant Google LLC*<br><br>DECHERT LLP<br>Brenda R. Sharton (*pro hac vice*)<br>One International Place<br>100 Oliver Street<br>Boston, MA 02110<br>Telephone: 617.728.7100<br>Facsimile: 617.426.6567<br>brenda.sharton@dechert.com<br><br>Benjamin M. Sadun<br>633 W 5th Street #4900<br>Los Angeles, CA 90071<br>Telephone: 617.728.7100<br>Facsimile: 617.426.6567<br>benjamin.sadun@dechert.com<br><br>*Counsel for Defendant Flo Health, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FLO HEALTH, INC., GOOGLE LLC, FACEBOOK, INC., and FLURRY, INC.,<br><br>　　　　　Defendants. | Case No. 3:21-CV-00757-JD (consolidated)<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF SERGE EGELMAN, Ph.D.**<br><br>Date: April 24, 2025<br>Time: 10:00 a.m.<br>Court: Courtroom 11, 19th Floor<br>Hon. James Donato |

**FILED UNDER SEAL**