,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: May 15, 2025                                                                 Judge:  Hon. James Donato

Time: 51 Minutes

Case No.        **3:21-cv-00757-JD**
Case Name    **Frasco v. Flo Health, Inc.**

Attorney(s) for Plaintiff(s):    Christian Levis / Jake Bissell-Linsk / Amanda Fiorilla
Attorney(s) for Defendant(s):    Melanie Blunschi / Michele Johnson / Andrew Clubok
                                 Elizabeth McClosky / Ben Hur / Tiffany Lin / Ann Marie
                                 Mortimer / Benjamin Sadun / Theodore Yale

Deputy Clerk:  Lisa R. Clark
Court Reporter: Ana Dub

### PROCEEDINGS

Preliminary Approval Hearing -- Held.
Hearings on Parties' Motions to Exclude Expert Witnesses -- Held.

### NOTES AND ORDERS

The application for preliminary approval of a proposed class-wide settlement between plaintiffs and defendant Flurry LLC, Dkt. No. 589, is approved in principal pending further proceedings with respect to formal approval.

Defendants Flo Health and Meta's motions for summary judgment, Dkt. Nos. 528, 536, are taken under submission without oral argument pursuant to Civil Local Rule 7-1(b).  The requests under FRE 702 to exclude expert witnesses are resolved as discussed on the record.  In summary, the motion to exclude: (1) Lorin Hitt, Dkt. No. 517, is denied; (2) Amalia Miller, Dkt. No. 519, is granted; (3) Chris D. Karkanias, Dkt. No. 521, is granted in part and deferred in part; (4) Georgios Zervas, Dkt. No. 530, is denied; (5) Serge Egelman, Dkt. No. 525, is denied; (6) Jennifer Golbeck, Dkt. No. 532, is denied; (7) David Hoffman, Dkt. No. 534, is granted.

1