| | |
|---|---|
| James M. Wagstaffe (SBN 95535)<br>**ADAMSKI MOROSKI MADDEN**<br>**CUMBERLAND & GREEN LLP**<br>P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Telephone: 805-543-0990<br>Facsimile: 805-543-0980<br>wagstaffe@ammcglaw.com<br><br>*Counsel for Plaintiffs Erica Frasco*<br>*and Sarah Wellman* | Christian Levis (*pro hac vice*)<br>Amanda Fiorilla (*pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>*Proposed Co-Lead Counsel for*<br>*Plaintiffs and the Proposed Class* |
| Carol C. Villegas (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>**LABATON KELLER SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>cvillegas@labaton.com<br>mcanty@labaton.com<br><br>*Proposed Co-Lead Counsel for*<br>*Plaintiffs and the Proposed Class* | Diana J. Zinser (*pro hac vice*)<br>Jeffrey L. Kodroff (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>dzinser@srkattorneys.com<br>jkodroff@srkattorneys.com<br><br>*Proposed Co-Lead Counsel for*<br>*Plaintiffs and the Proposed Class* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>　　　　Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**JOINT PROPOSED PRE-TRIAL CLASS NOTICE PLAN** |

Plaintiffs Jennifer Chen, Erica Frasco, Tesha Gamino, Madeline Kiss, Autumn Meigs, Leah Ridgway, and Sarah Wellman ("Plaintiffs"), by and through their counsel of record, and Flo Health, Inc. ("Flo"), Google, LLC ("Google"), and Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Meta") (collectively, the "Defendants"), by and through their respective counsel of record, (together, the "Parties"), hereby provide a proposed pre-trial class notice plan pursuant to this Court's May 19, 2025 order. Dkt. No. 605 at 35.

For efficiency and to minimize overall administrative expenses, the Parties propose adopting the format and procedures of the "preliminarily, preliminarily approved" settlement class notice plan for the proposed settlement with Flurry. *See* Dkt. No. 604 (5/15/25 Hearing Transcript). As outlined in Plaintiffs' Unopposed Motion for Preliminary Approval (Dkt. No. 589) and the Declaration of Justin Parks of A.B. Data submitted in support thereof (Dkt. No. 589-11), notice would be overseen by proposed Third-Party Administrator ("TPA") A.B. Data and conducted in accordance with the plan proposed for the Flurry settlement. All parties agree that this is the appropriate form of notice in this case, as email notice is the best practicable way to ensure that Class Members are aware that they are part of the class in this certified class in this case and apprised of their rights. *See, e.g., Browning v. Yahoo! Inc.*, 2006 WL 3826714, *8–9 (N.D. Cal. 2006). The Parties accordingly request the Court appoint A.B. Data as TPA for purposes of administrating this notice program.

Flo has already begun the process of collecting Class Members' email addresses so that individualized notice can be provided as soon as possible; however, the emails in question date back nine years and are not stored in any active or easily searchable archive. Rather, they reside on backup systems designed for long-term retention. Unwinding these systems requires specialized retrieval and restoration processes that are time-intensive and resource-dependent. According to Flo, its engineers need 30 days to retrieve and review this material.

Once Flo produces the email list, A.B. Data will need to conduct certain processing steps prior to sending notice to the Class. Specifically, A.B. Data will conduct a deliverability analysis to ensure the email addresses are valid, coordinate with their email service provider to optimize sending strategies and take steps to avoid triggering SPAM or junk filters, which includes sending emails in

batches over a multiweek period. Dkt. No. 589-11 ¶¶ 9-12.

Acknowledging that Class Members must have the right to opt-out before trial begins, the Parties accordingly propose the following notice schedule.

| Event | Timing |
|---|---|
| Flo Health, Inc. provides email list to TPA | June 26, 2025 |
| TPA to send email notice to Class Members | July 28, 2025 |
| Deadline for Class Members to opt-out | September 26, 2025 |

The Parties will file an update on May 30, 2025, regarding their respective proposals for a new trial date consistent with the schedule reflected above.

Dated: May 27, 2025

/s/ Christian Levis
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Counsel for Plaintiffs and the Class*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Counsel for Plaintiffs and the Class*

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
dizzo@labaton.com

*Co-Lead Counsel for Plaintiffs and the Class*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: (805) 543-0990
Fax: (805) 543-0980
wagstaffe@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN 55356
Tel: (612) 940-4452
williamslawmn@gmail.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, Ohio 43221
Tel: (614) 504-3350

3
JOINT PROPOSED PRE-TRIAL CLASS NOTICE PLAN
CASE NO. 3:21-cv-00757-JD

Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

*/s/ Brenda Sharton*
Brenda R. Sharton (pro hac vice)
**DECHERT LLP**
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

**DECHERT LLP**
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*

*/s/ Benedict Hur*
Benedict Y. Hur (SBN 224018)
Simona Agnolucci (SBN 246943)
Eduardo E. Santacana (SBN 281668)
Tiffany Lin (SBN 321472)
**WILLKIE FARR & GALLAGHER**
333 Bush Street
San Francisco, CA 94104
Telephone: 415.858.7400
Facsimile: 415.858.7599
BHur@willkie.com
SAgnolucci@wilkie.com
ESantacana@wilkie.com
TLin@wilkie.com

*Counsel for Defendant Google LLC*

*/s/ Andrew B. Clubok*
Andrew B. Clubok (*pro hac vice*)
**LATHAM & WATKINS LLP**
*andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Michele D. Johnson (SBN 198298)
**LATHAM & WATKINS LLP**

650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
michele.johnson@lw.com

Melanie M. Blunschi (SBN 234264)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.395.5942
Facsimile: 415.395.8095
melanie.blunschi@lw.com

Elizabeth K. McCloskey (SBN 268184)
Abigail A. Barrera (SBN 301746)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
EMcCloskey@gibsondunn.com
ABarrera@gibsondunn.com

Christopher Chorba (SBN 216692)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503
CChorba@gibsondunn.com

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Defendant Facebook, Inc.)*

**E-FILING ATTESTATION**

I, Christian Levis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories above has concurred in this filing.

/s/Christian Levis