| | |
|---|---|
| Diana J. Zinser (*pro hac vice*) | Ronald A. Marron (CA Bar 175650) |
| John A. Macoretta (*pro hac vice*) | Alexis M. Wood (CA Bar 270200) |
| Jeffrey L. Kodroff (*pro hac vice*) | Kas L. Gallucci (CA Bar 288709) |
| **SPECTOR ROSEMAN & KODROFF, P.C.** | **LAW OFFICES OF RONALD A. MARRON** |
| Carol C. Villegas (*pro hac vice*) | Kent Morgan Williams (*pro hac vice*) |
| Michael P. Canty (*pro hac vice*) | **WILLIAMS LAW FIRM** |
| David Saldamando (*pro hac vice*) | William Darryl Harris, II (*pro hac vice*) |
| Danielle Izzo (*pro hac vice*) | **HARRIS LEGAL ADVISORS LLC** |
| **LABATON SUCHAROW LLP** | James M. Wagstaffe (95535) |
| Christian Levis (*pro hac vice*) | Frank Busch (258288) |
| Amanda Fiorilla (*pro hac vice*) | **WAGSTAFFE, VON LOEWENFELDT,** |
| **LOWEY DANNENBERG, P.C.** | **BUSCH & RADWICK LLP** |
| *Co-Lead Counsel for Plaintiffs and the Class* | *Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-00757-JD |
| Plaintiff, | |
| v. | **JOINT SUBMISSION REGARDING TRIAL TIMING** |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC., | |
| Defendants. | |

1  Consistent with the May 27, 2025, Joint Submission Regarding Class Notice (ECF No. 612), the parties have met and conferred and provide this further submission regarding the trial date.

The Parties agree that trial should proceed after class notice, subject to unmovable conflicts and the convenience of the Court. Lead counsel for Google and Meta have pre-existing jury trial commitments on the following dates. The Parties respectfully request a trial setting that does not conflict with the trials in these matters:

<u>Google</u>: August 18-29, 2025, in *Rodriguez et al v. Google LLC*, No. 3:20-cv-04688-RS (N.D. Cal.)

<u>Meta</u>: September 22-October 10, 2025, in *Homyk v. ChemoCentryx, et al.*, No. 4:21-cv-03343-JST (N.D. Cal.).[1]

Dated: May 30, 2025

/s/ Christian Levis
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

---

[1] Meta's lead counsel is also set for trial beginning October 14, 2025, in *DZ Reserve, et al. v. Meta Platforms, Inc.*, No 3:18-cv-04978-JD (N.D. Cal.) but defers to the Court as to how it would prefer to manage its schedule as between these matters.

*Interim Co-Lead Counsel for Plaintiffs and the Class*

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
dizzo@labaton.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: (805) 543-0990
Fax: (805) 543-0980
wagstaffe@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759
kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246

Columbus, Ohio 43221
Tel: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

/s/ *Brenda R. Sharton*
Brenda R. Sharton (pro hac vice)
**DECHERT LLP**
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

**DECHERT LLP**
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*

/s/ *Benedict Y. Hur*
Benedict Y. Hur (SBN 224018)
Simona Agnolucci (SBN 246943)
Eduardo E. Santacana (SBN 281668)
Tiffany Lin (SBN 321472)
**WILLKIE FARR & GALLAGHER**
333 Bush Street
San Francisco, CA 94104
Telephone: 415.858.7400
Facsimile: 415.858.7599
BHur@willkie.com
SAgnolucci@wilkie.com
ESantacana@wilkie.com
TLin@wilkie.com

*Counsel for Defendant Google LLC*

/s/ *Andrew B. Clubok*
Andrew B. Clubok (*pro hac vice*)
**LATHAM & WATKINS LLP**
andrew.clubok@lw.com

3

JOINT SUBMISSION REGARDING TRIAL TIMING
CASE NO. 3:21-cv-00757-JD

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Michele D. Johnson (SBN 198298)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
michele.johnson@lw.com

Melanie M. Blunschi (SBN 234264)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.395.5942
Facsimile: 415.395.8095
melanie.blunschi@lw.com

Elizabeth K. McCloskey (SBN 268184)
Abigail A. Barrera (SBN 301746)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
EMcCloskey@gibsondunn.com
ABarrera@gibsondunn.com

Christopher Chorba (SBN 216692)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503
CChorba@gibsondunn.com

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Defendant Facebook, Inc.)*

**E-FILING ATTESTATION**

I, Andrew B. Clubok, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories above has concurred in this filing.

                                              */s/ Andrew B. Clubok*
                                                Andrew B. Clubok