James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN**
**CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Telephone: 805-543-0990
Facsimile: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco*
*and Sarah Wellman*

Carol C. Villegas (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, META PLATFORMS, INC., and FLURRY, INC.,<br><br>          Defendants. | Civil Case No. 3:21-cv-00757-JD<br><br>**JOINT STATUS REPORT REGARDING CLASS NOTICE**<br><br>Date: June 9, 2025<br>Time: 10:00 A.M.<br>Judge: Hon. James Donato<br>Courtroom: 11 – 19th Floor, SF |

Pursuant to the Court's June 2, 2025 Order, ECF No. 619, the Parties in the above-captioned action submit the first weekly Joint Status Report regarding the status of the notice to the certified classes:

1. The Parties have agreed on forms of the short-form and long-form notices, attached as **Exhibits A-B**, and are conferring on the language for the publication notice.

2. The Parties have instructed the notice administrator (AB Data) to establish the case website, "PeriodTrackerDataPrivacyLitigation.com," and to prepare language to be approved by the Parties for that site.

3. The parties have agreed that the social media notice will appear on at least the following platforms: Facebook, Instagram, YouTube, as well as through the Flo app as directed by the Court.

4. The Parties will confer on the text of the publication notice, social media notice, the ads, and the push notification, consistent with the short form notice, and will bring disputes to the Court (if any) by Friday June 13, 2025.

5. The Parties also are working with AB Data on a list of suitable print and online publications.  They received a proposal from AB Data earlier this afternoon, and are conferring on those options to comply with the Court's order.

6. The parties anticipate that the publication notices will issue within a week.

7. Flo has five engineers working full time on retrieving the personal information of users from nine years ago.  Specifically, a Vice President of Engineering, Flo's Director of Architecture, two privacy-focused engineering specialists, and an engineering analyst are all working to restore a backup system that's no longer supported by AWS. Infrastructure and DevOps resources have also been made available as needed.  The in-App changes ordered by the Court require custom programming and significant engineering resources.  From an engineering perspective, Flo expects the soonest the in-app banner could work is June 16, 2025 and the soonest the in-App notification could work is June 19, 2025.  Neither will be possible until Flo completes its retrieval

JOINT STATUS REPORT REGARDING CLASS NOTICE
No. 3:21-cv-00757
1

of backup systems with user data from nine years ago.  Flo will publish both as soon as it technically can.  In the interim, notice can still occur through social media, on Flo's website, and in print.

Dated: June 9, 2025

/s/ Carol C. Villegas
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

/s/ *Christopher Chorba*
**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503

Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  415.395.5942
Facsimile:  415.395.8095

**LATHAM & WATKINS LLP**
Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  714.540.1235
Facsimile:  714.755.8290

*Counsel for Defendant Meta Platforms, Inc. (formerly known as Defendant Facebook, Inc.)*

JOINT STATUS REPORT REGARDING CLASS NOTICE
No. 3:21-cv-00757

3

/s/Brenda R. Sharton
Brenda R. Sharton (*pro hac vice*)
**DECHERT LLP**
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

**DECHERT LLP**
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*

/s/ Benedict Y. Hur
**WILLKIE FARR & GALLAGHER**
Benedict Y. Hur (SBN 224018)
BHur@willkie.com
Simona Agnolucci (SBN 246943)
SAgnolucci@wilkie.com
Eduardo E. Santacana (SBN 281668)
ESantacana@wilkie.com
Tiffany Lin (SBN 321472)
TLin@wilkie.com
333 Bush Street
San Francisco, CA 94104
Telephone: 415.858.7400
Facsimile: 415.858.7599

*Counsel for Defendant Google LLC*

JOINT STATUS REPORT REGARDING CLASS NOTICE
No. 3:21-cv-00757
4