James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Telephone: 805-543-0990
Facsimile: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Carol C. Villegas (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com

*Co-Lead Class Counsel*

[Additional Counsel Listed Below]

Christian Levis (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100 White Plains, NY 10601 Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE LLC, FACEBOOK, INC., and FLURRY, INC.,<br><br>Defendants. | CASE NO. 3:21-cv-00757-JD (consolidated)<br><br>**JOINT TRIAL WITNESS LIST**<br><br>Judge: Honorable James Donato<br>Date Filed: June 12, 2025<br>Trial Date: July 21, 2025 |

1   In accordance with the Standing Order for Civil Trials Before Judge James Donato, the
2   parties submit the following Joint Trial Witness List as Exhibit A. This list includes witnesses
3   who are likely to be called at trial (other than solely for impeachment or rebuttal purposes),
4   including a brief statement describing the substance of the testimony to be given by each witness
5   and an estimate of time the witness's testimony is expected to take (direct and cross).

6   In order to streamline the presentation of evidence at trial, and to minimize the
7   inconvenience for all witnesses, the parties propose that each witness be called to testify only one
8   time, such that a witness who would otherwise be called in both the plaintiffs' and defendants'
9   case need not testify multiple times. The listing of witnesses on Exhibit A does not waive any
10  objections a party may have to such witness's testimony, in whole or in part.

Dated: June 12, 2025

LABATON SUCHAROW LLP

*/s/Carol C. Villegas*
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
David Saldamando (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
cvillegas@labaton.com
mcanty@labaton.com
dizzo@labaton.com
gmedina@labaton.com

LOWEY DANNENBERG, P.C.
Christian Levis (pro hac vice)
Amanda Fiorilla (pro hac vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

SPECTOR ROSEMAN & KODROFF, P.C.
Diana J. Zinser (*pro hac vice*)
Jeffrey K. Kodroff (*pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com

jkodroff@srkattoneys.com

*Co-Lead Counsel for Plaintiffs and Class*

WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP

James M. Wagstaffe (95535)
Frank Busch (258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (CA Bar 175650)
ron@consumersadvocates.com
ALEXIS M. WOOD (CA Bar 270200)
alexis@consumersadvocates.com
KAS L. GALLUCCI (CA Bar 288709)
kas@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (pro hac vice)
**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN 55356
Tel: (612) 940-4452
williamslawmn@gmail.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Upper Arlington, OH 43221
Tel: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

| | | |
|---|---|---|
| 1 | Dated: June 12, 2025 | DECHERT LLP |
| 2 | | /s/Benjamin Sadun |
| | | Benjamin M. Sadun |
| 3 | | 633 W 5th Street #4900 |
| | | Los Angeles, CA 90071 |
| 4 | | Telephone:   617.728.7100 |
| | | benjamin.sadun@dechert.com |
| 5 | | |
| | | Brenda R. Sharton (*pro hac vice*) |
| 6 | | One International Place |
| | | 100 Oliver Street |
| 7 | | Boston, MA 02110 |
| | | Telephone:   617.728.7100 |
| 8 | | brenda.sharton@dechert.com |
| 9 | | Theodore E. Yale (*pro hac vice*) |
| | | 2929 Arch Street |
| 10 | | Philadelphia, PA 19104 |
| | | Telephone:   215.994.4000 |
| 11 | | theodore.yale@dechert.com |
| 12 | | *Counsel for Defendant Flo Health, Inc.* |
| 13 | Dated: June 12, 2025 | WILLKIE FARR & GALLAGHER LLP |
| 14 | | |
| | | /s/ Benedict Y. Hur |
| 15 | | Benedict Y. Hur (SBN 224018) |
| | | Simona Agnolucci (SBN 246943) |
| 16 | | Eduardo Santacana (SBN 281668) |
| | | Tiffany Lin (SBN 321472) |
| 17 | | Yuhan Alice Chi (SBN 324072) |
| | | 333 Bush Street, 34th Floor |
| 18 | | San Francisco, CA 94104 |
| | | Telephone:   415.858.7400 |
| 19 | | BHur@willkie.com |
| | | SAgnolucci@willkie.com |
| 20 | | ESantacana@willkie.com |
| | | TLin@willkie.com |
| 21 | | YChi@willkie.com |
| 22 | | *Counsel for Defendant Google LLC* |
| 23 | Dated: June 12, 2025 | LATHAM & WATKINS LLP |
| 24 | | |
| 25 | | /s/ Melanie M. Blunschi |
| | | Melanie M. Blunschi (Bar No. 234264) |
| 26 | | melanie.blunschi@lw.com |
| | | Kristin Sheffield-Whitehead (Bar No. 304635) |
| 27 | | kristin.whitehead@lw.com |
| | | 505 Montgomery St., Suite 2000 |
| 28 | | San Francisco, CA 94111 |

|   |   |
|---|---|
| 1 | Telephone: +1.415.391.0600 |
| 2 | Andrew B. Clubok (*pro hac vice*) |
| 3 | andrew.clubok@lw.com<br>555 Eleventh Street, NW, Suite 1000 |
| 4 | Washington, D.C. 20004<br>Telephone: +1.202.637.2200 |
| 5 | |
| 6 | Michele D. Johnson (Bar No. 198298)<br>michele.johnson@lw.com |
| 7 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: +1.714.540.1235 |
| 8 | |
| 9 | GIBSON, DUNN & CRUTCHER LLP<br>Christopher Chorba (SBN 216692) |
| 10 | 333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:   +1.213.229.7503 |
| 11 | CChorba@gibsondunn.com |
| 12 | Elizabeth K. McCloskey (SBN 268184)<br>Abigail A. Barrera (SBN 301746) |
| 13 | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715 |
| 14 | Telephone:   +1.415.393.8200<br>EMcCloskey@gibsondunn.com |
| 15 | ABarrera@gibsondunn.com |
| 16 | *Counsel for Defendant Meta Platforms, Inc.<br>(formerly known as Facebook, Inc.)* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Trial Witness List. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Carol C. Villegas, attest that concurrence in the filing of this document has been obtained.

Dated: June 12, 2025 /s/*Carol C. Villegas*
Carol C. Villegas

# EXHIBIT A

## 1. Plaintiffs' Case in Chief

|   | Witness | Title | Plaintiffs' Description of Anticipated Testimony | Plaintiffs' Time Estimate |
|---|---|---|---|---|
| 1. | Plaintiff Erica Frasco | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google; privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. |
| 2. | Plaintiff Sarah Wellman | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google; privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. |
| 3. | Plaintiff Jennifer Chen | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google; privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. |
| 4. | Plaintiff Tesha Gamino | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google; privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. |
| 5. | Plaintiff Autumn Meigs | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google; privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. |
| 6. | Plaintiffs' Expert Jennifer Golbeck | Expert | Qualifications and background; Flo's use of SDKs; How Meta and Google advertising business works; Meta and Google's use of data; Meta's use of Flo Custom App Event data; Google's use of | 4 hrs. |

|    | **Witness** | **Title** | **Plaintiffs' Description of Anticipated Testimony** | **Plaintiffs' Time Estimate** |
|----|-------------|-----------|------------------------------------------------------|-------------------------------|
|    |             |           | Flo Custom App Event data; explain documents reviewed and conclusions reached in expert report | |
| 7. | Plaintiffs' Expert Serge Egelman | Expert | Qualifications and background; SDKs; Custom App Events; How the Flo app works; Flo App User Data transmitted to Defendants; non-consent for sharing data; explain documents reviewed and conclusions reached in expert report | 4 hrs. |
| 8. | Google's Witness Kevin Lam | Product Manager | Role and responsibilities; receipt and use of Flo User Data through SDKs or APIs data retention policy ; use of data from SDKs; Google's advertising platforms/algorithms; authentication of Google documents | 2 hrs. |
| 9. | Google's Witness Steve Ganem | Director of Product Management | Role and responsibilities re: Google Analytics; use of data from SDKs and Google's advertising platforms/algorithms; development and features of Google Analytics; data collected through Google Analytics; data privacy and storage; Flo's use of Google Analytics; Custom App Events; authentication of Google documents | 2 hrs. |
| 10. | Meta's Witness Tobias Woolridge | Software Engineer | Past/present role and responsibilities; Facebook SDK and advertising platforms/algorithms; Flo's use of Facebook SDK and data transmitted; Meta's use of data received from Flo; Meta integrity system; policies and/or procedures re: sensitive data; ad targeting and delivery optimization; data retention policy; authentication of Meta documents | 2 hrs. |
| 11. | Meta's Witness Anh Bui | Product Manager | Past/present role and responsibilities; Facebook SDK and advertising platforms/algorithms; standard and custom app events; ad privacy and safety; authentication of Meta documents | 2 hrs. |
| 12. | Flo's Witness Dmitry Gurski | CEO | Role and responsibilities during Class Period; How the Flo App works; what was the purpose of | 2 hr. |

2

|    | Witness | Title | Plaintiffs' Description of Anticipated Testimony | Plaintiffs' Time Estimate |
|----|---------|-------|---------------------------------------------------|---------------------------|
|    |         |       | the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Flo documents |  |
| 13. | Flo's Witness Max Scrobov | Chief Product Officer | Past/present role and responsibilities; data collected from Flo App Users; use of SDKs; How the Flo App works; what was the purpose of the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Flo documents | 2 hrs. |
| 14. | Flo's Witness Roman Bugaev | CTO | Past/present role and responsibilities; How the Flo App works; what was the purpose of the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Flo documents | 2 hr. |
|    | Additional Witnesses[1] | | | |
| 15. | Google's Witness Maria Volchenok | Sales Manager | Role and responsibilities re: Flo; communications with Flo; review of Flo ads; How the Flo App works; what was the purpose of the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Google documents | 2 hrs. |
| 16. | Google's Witness Ben Ewing | Senior Staff Linguist | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. |
| 17. | Google's Witness Alicia Cahill | App Specialist | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. |

---

[1] At this stage Plaintiffs do not intend to call all Additional Witnesses and will work to narrow the witness list prior to trial. Plaintiffs reserve their right to call Additional Witnesses.

|  | **Witness** | **Title** | **Plaintiffs' Description of Anticipated Testimony** | **Plaintiffs' Time Estimate** |
|---|---|---|---|---|
| 18. | Google's Witness Tameem Mohsin | Global Product Lead, App Campaigns | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. |
| 19. | Google's Witness Evgenia Olerinskaya | Industry Manager Export | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. |
| 20. | Google's Witness Evan Huang | Software Engineer | Past/present role and responsibilities; authentication of Google documents | 2 hr. |
| 21. | Meta's Witness Anjali Dahiya | Director, Regulatory Readiness, Strategic Programs | Past/present role and responsibilities; Facebook SDK and nature of data collected; Custom App Events; privacy and data practices; user consent to the collection and use of personal data; Flo's use of Facebook SDK and transmission of data; investigation by NY State Dept. of Financial Services; authentication of Meta documents | 2 hrs. |
| 22. | Meta's Witness Wei Liu | Software Engineering Manager | Past/present role and responsibilities; Facebook SDK; Flo's use of the Facebook SDK and data transmitted; data retention and deletion; Meta personal integrity system; authentication of Meta documents | 2 hrs. |
| 23. | Flo's Witness Susanne Schumacher | Independent Consultant | Past/present role and responsibilities; departments/teams at Flo; collection and use of data provided by Flo App Users; data privacy; transmission of Flo App User data to third parties; authentication of Flo documents | 2 hrs. |
| 24. | Flo's Witness Eugene Tiunovich | Head of User Acquisition | Past/present role and responsibilities; promotion of Flo App and use of advertising platforms; tracking Flo App Users; use of the Flo app; authentication of Flo documents | 2 hrs. |
| 25. | Flo's Witness Kate Romanovskaia | Chief Brand & Communications Officer | Role and responsibilities during Class Period; authentication of Flo documents | 2 hr. |

| | Witness | Title | Plaintiffs' Description of Anticipated Testimony | Plaintiffs' Time Estimate |
|---|---|---|---|---|
| 26. | Flo's Witness Timofei Savitski | Chief Legal & Compliance Officer at Flo Health Inc | Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents | 2 hr. |
| 27. | Flo's Witness Alexei Azarov | Analytics Manager | Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents | 2 hr. |
| 28. | Flo's Witness Tamara Orlova | CFO | Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents | 2 hr. |
| 29. | Flo's Witness Valeriya Silenkova | Head of Support | Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents | 2 hr. |
| 30. | Meta's Witness Karan Shah | Data Science Manager | Meta's use of data received from Flo for advertising purposes; authentication of Meta documents | 2 hr. |
| 31. | Google's Witness Oscar Takabvirwa | Ads & Content Investigation Manager | Google's use of data received from Flo; authentication of Google Interrogatory response | 2 hr. |
| 32. | Flurry Witness Bisera Ferrero | Head of Engineering | Authentication of Flurry documents | 2 hr. |
| 33. | Flurry Witness Nathalie Owen | Engineer | Authentication of Flurry documents | 2 hr. |
| 34. | Google Witness Brian Kennedy | Software Engineer | Authentication of Google documents | 2 hr. |
| 35. | Google Witness Morgan Kennedy | Product Manager | Authentication of Google documents; Google's response to FTC investigation | 2 hr. |
| 36. | Meta Witness Katy Dormer | Communications Director | Authentication of Meta documents; Meta's response to WSJ article | 2 hr. |
| 37. | Meta Witness Susan Glick | Communications | Authentication of Meta documents; Meta's response to WSJ article | 2 hr. |
| 38. | Flo Witness Vladislav Zhukov | Engineer | Authentication of Flo documents; Flo's sharing of user data | 2 hr. |

|  | Witness | Title | Plaintiffs' Description of Anticipated Testimony | Plaintiffs' Time Estimate |
|---|---|---|---|---|
| 39. | Flo Witness Darya Palianskaya | Engineer | Authentication of Flo documents; Flo's sharing of user data | 2 hr. |
| 40. | Meta Custodian | Employee | Authentication of Documents | 2 hr. |
| 41. | Google Custodian | Employee | Authentication of Documents | 2 hr. |
| 42. | Flo Custodian | Employee | Authentication of Documents | 2 hr. |
| 43. | Certified Translator | Translator | Translation of Documents and Testimony | 2 hr. |
| 44. | Bayer Custodian | Employee | Authentication of Documents | 1 hr. |
| 45. | P&G Custodian | Employee | Authentication of Documents | 1 hr. |
| 46. | NYSDFS Custodian | Employee | Authentication of Documents | 1 hr. |
| 47. | FTC Custodian | Employee | Authentication of Documents | 1 hr. |

**Total Time Estimate (Hours):** 94

## 2. Defendants' Case-in-Chief

|  | Witness | Affiliation | Substance of Defendants' Examination | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|
| 1. | Roman Bugaev | Flo | Flo: Mr. Bugaev will testify to an overview of the mechanics of the Flo app, including how analytics data was shared with the analytics companies on a deidentified and encrypted basis and the dashboards Flo received in return; Flo's rationale for using SDKs; the different versions of the Flo app; Flo's organization and leadership; Flo's leadership in privacy; the programming of the Flo app; and topics addressed in his deposition.<br><br>Meta/Google: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | .5 (Meta)<br><br>1-2 (Flo) |

6

| | Witness | Affiliation | Substance of Defendants' Examination | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|
| 2. | Dmitry Gurski | Flo | Flo: Mr. Gurski will testify to the content and services provided by the Flo app; an overview of Flo's practices in the collection, use, and sharing of data; Flo's business model; the founding of the Flo app; how the functionality of the Flo app has changed; Flo's culture, objectives, and priorities; Flo's strategic choices; and Flo's privacy policies, terms of service, and third-party agreements.<br><br>Meta/Google: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | .5 (Meta)<br><br>1.5 (Flo) |
| 3. | Anna Klepchukova | Flo | Flo: Dr. Klepchukova will testify to the operation of the Flo science and research team and its input into the content and services provided by the Flo app; Flo's business model and organizational structure; how the functionality of the Flo app has changed; Flo's objectives and priorities; Flo's strategic choices; and Flo's third-party agreements.<br><br>Meta/Google: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | .5 (Meta)<br><br>1.5-2 (Flo) |
| 4. | Laure Lydon | Flo | Flo: Ms. Lydon will testify to an overview of the Flo app's functionality, including but not limited to (i) the technical features of the Flo app and how those technical features allowed the Flo app to share analytic data with the analytics companies | .5 (Meta)<br><br>1.5-2.5 (Flo) |

| | **Witness** | **Affiliation** | **Substance of Defendants' Examination** | **Defendants' Time Estimate (in hours)** |
|---|---|---|---|---|
| | | | on a deidentified and encrypted basis and the aggregated dashboards that Flo received in return, (ii) Flo's use of neutral libraries of code and app event naming, (iii) Flo' adherence to privacy standards; (iv) Flo's consent screens with links to privacy polices and terms of use, (v) those terms themselves, and (vi) the integration of code and functionality into the Flo app; and topics addressed in her deposition.<br><br><u>Meta/Google</u>: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | |
| 5. | Tamara Orlova | Flo | <u>Flo</u>: Ms. Orlova will testify to Flo's business model and financials, including but not limited to forgone revenue streams; Flo's priorities and objectives; and third-party agreements.<br><br><u>Meta/Google</u>: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | .25 (Meta)<br><br>.75-1.25 (Flo) |
| 6. | Max Scrobov | Flo | Mr. Scrobov will testify to Flo's practices in the collection, use, and sharing of data, including as it relates to analytics data; Flo's strategic choices; Flo's founding; Flo's commitment to privacy; Flo's engagement and discussions with third-parties; how the functionality of the Flo app has changed; how the Flo app integrates with third parties; Flo's strategy and business model; Flo's | 1-2 (Flo) |

8

| | Witness | Affiliation | Substance of Defendants' Examination | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|
| | | | response to media and regulatory inquiries; how users interface with the Flo app; the content and services provided by the Flo app; Flo's privacy policies and terms of use; and topics addressed in his deposition. | |
| 7. | Susanne Schumacher | Flo | Ms. Schumacher, Flo's 30(b)(6), will testify to Flo's privacy policies, terms of use, data protection agreements, and practices; Flo's competitors; the interface of the Flo app and Flo's communications with users; Flo's engagements with third-parties; Flo's adoption of industry best practices for privacy and security; Flo's compliance with requirements; Flo's response to media and regulatory inquiries; and topics addressed in her deposition. | 1-2 (Flo) |
| 8. | Lorin Hitt | Flo's Expert | Flo: Dr. Hitt will testify to the opinions set forth in his expert report in this case, including but not limited to the fact that the at-issue data/information did not have economic value to anyone, including the putative class members or any of the defendants; and topics addressed in his deposition. | 1.5-2.5 (Flo)<br><br>.5 (Meta) |
| 9. | Jim Karkanias | Flo's Expert | Mr. Karkanias will testify in anticipated rebuttal to the expert testimony of Dr. Serge Egelman, including but not limited to those rebuttal opinions that are identified in his rebuttal expert report in this case; and topics addressed in his deposition. | 1-1.5 (Flo)<br><br>.5 (Meta) |

| | Witness | Affiliation | Substance of Defendants' Examination | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|
| 10. | Brianna Arroyo* | Meta | Flo's and other third-party advertisers' use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's analytics and advertising services. | .5 (Meta) |
| 11. | Oleksii Bagdasarov* | Meta | Flo's and other third-party advertisers' use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's analytics and advertising services. | .5 (Meta) |
| 12. | Edward Dendievel* | Meta | Flo's use of the Facebook SDK and Facebook's Ads Manager. | 1 (Meta) |
| 13. | Tatiana Frantsuzenko* | Meta | Flo's use of the Facebook SDK and Facebook's Ads Manager. | 1 (Meta) |
| 14. | Alex Lapitski | Meta | Third-party advertisers' (including Flo's) use of the Facebook SDK and creation of Custom App Events; Flo's advertising campaigns through Meta. | 1.5 (Meta) |
| 15. | Fred Leach | Meta | Meta's Business Tools, including the Facebook SDK; Meta's Business Tools Terms; how and why advertisers use Meta's tools; Meta's signals integrity systems; and Meta's policies applicable to advertisers and developers. | 3 (Meta) |
| 16. | Goksu Nebol-Perlman | Meta | Meta's privacy-related initiatives; Meta's signals integrity systems and mitigation efforts; Meta's efforts to exclude health data; Meta's policies applicable to its users. | 2.5 (Meta) |

10

| | Witness | Affiliation | Substance of Defendants' Examination | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|
| 17. | Julia Onuchina* | Meta | Third-party advertisers' (including Flo's) use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's advertising services. | 0.5 (Meta) |
| 18. | Steve Satterfield | Meta | Meta's Business Tools, including the Facebook SDK; Meta's privacy-related initiatives; and Meta's policies applicable to advertisers and developers as well as its own users. | 2 (Meta) |
| 19. | Vasyl Sergiienko* | Meta | Third-party advertisers' (including Flo's) use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's advertising services. | 0.5 (Meta) |
| 20. | Karan Shah [testimony by business records declaration, if plaintiffs agree] | Meta | Flo's advertising through the creation of Mobile App Custom Audiences; and other information related to Flo's ad campaigns. | 0.75 (Meta) |
| 21. | Jingwei Zheng* | Meta | Meta's signals integrity systems and mitigation efforts. | 0.5 (Meta) |
| 22. | Bo Zhu* | Meta | Flo's use of App Events via the Facebook SDK. | 0.5 (Meta) |
| 23. | Georgios Zervas | Defendants' Expert | SDKs and how developers may benefit from their use; SDKs that Flo used; how those SDKs, and the Facebook and Google SDKs operated; what types of data may have been transmitted by the Flo App using those SDKs; rebutting Serge Egelman's and Jennifer Golbeck's testimony; the | 3 (Meta) 2 (Google) 1.5-2.5 (Flo) |

11

| | Witness | Affiliation | Substance of Defendants' Examination | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|
| | | | opinions contained in Dr. Zervas's expert reports; and the topics addressed in Dr. Egelman's deposition. | |
| 24. | Steve Ganem | Google | The functionality of Google Analytics ("GA"), including the Google Analytics for Firebase ("GA4F") SDK, and terms and policies applicable to GA4F. | 2 (Google) |
| 25. | Kevin Lam | Google | The Flo App's use of the Google Analytics for Firebase and Fabric SDKs, and the functionality of the Fabric SDK. | 1.5 (Google) |
| 26. | Oscar Takabvirwa | Google | Google Ads content classification as described in Declaration of Oscar Takabvirwa dated June 26, 2024 submitted ISO Rebuttal Expert Report of Georgios Zervas dated June 28, 2024. | 0.8 (Google) |
| | | | Total Time Estimates (in hours): | 47.05 |

This list contains Defendants' current, good faith list of witnesses Defendants are likely to call during their cases-in-chief. Defendants disclosed and/or designated deposition testimony of other witnesses who Defendants currently do not anticipate calling. That said, Defendants reserve the right to call any witness who was previously disclosed for potential trial testimony, if necessary, after Plaintiffs' witnesses testify. Defendants reserve the right to call a custodian of records for AppsFlyer, Flurry, Google, and Meta, and to call corporate witnesses to testify regarding corporate history and records. Defendants reserve the right to amend this list or the times allotted for witnesses in the event the set of participating plaintiffs or the scope of issues or claims to be tried changes, if any witness becomes unavailable, or in light of new information that becomes known. Defendants further reserve the right to withdraw any witnesses currently included on their list. Defendants further reserve the right to call any other witness for impeachment or in rebuttal and to examine any witness designated or called by another party.