UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICA FRASCO, et al.,

Plaintiff,

v.

FLO HEALTH, INC. et al.,

Defendant.

Case No. 3:21-cv-00757-JD

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) GOOGLE LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Benedict Hur, Cooley LLP

Name(s) of counsel withdrawing from representation and firm name:
Benedict Hur, Willkie Farr & Gallagher LLP

Date: 6-20-2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____     _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE