| | |
|---|---|
| James M. Wagstaffe (SBN 95535) | Christian Levis (*pro hac vice*) |
| **ADAMSKI MOROSKI MADDEN** | **LOWEY DANNENBERG, P.C.** |
| **CUMBERLAND & GREEN LLP** | 44 South Broadway, Suite 1100 |
| P.O. Box 3835 | White Plains, NY 10601 |
| San Luis Obispo, CA 93403-3835 | Telephone: (914) 997-0500 |
| Telephone: 805-543-0990 | Facsimile: (914) 997-0035 |
| Facsimile: 805-543-0980 | clevis@lowey.com |
| wagstaffe@ammcglaw.com | afiorilla@lowey.com |
| | |
| *Counsel for Plaintiffs Erica Frasco* | *Co-Lead Class Counsel* |
| *and Sarah Wellman* | |
| | |
| Carol C. Villegas (*pro hac vice*) | Diana J. Zinser (*pro hac vice*) |
| **LABATON KELLER SUCHAROW LLP** | **SPECTOR ROSEMAN & KODROFF, P.C.** |
| 140 Broadway | 2001 Market Street, Suite 3420 |
| New York, NY 10005 | Philadelphia, PA 19103 |
| Telephone: (212) 907-0700 | Telephone: (215) 496-0300 |
| Facsimile: (212) 818-0477 | Facsimile: (215) 496-6611 |
| cvillegas@labaton.com | dzinser@srkattorneys.com |
| mcanty@labaton.com | jkodroff@srkattorneys.com |
| | |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FLO HEALTH, INC., GOOGLE, LLC, META PLATFORMS, INC., and FLURRY, INC., <br><br> Defendants. | Civil Case No. 3:21-cv-00757-JD <br><br> **THIRD JOINT STATUS REPORT REGARDING CLASS NOTICE** <br><br> Date: June 23, 2025 <br> Judge: Hon. James Donato <br> Courtroom: 11 – 19th Floor, SF |

Pursuant to the Court's June 2, 2025 Order, ECF No. 619, the Parties in the above-captioned action submit the third weekly Joint Status Report regarding the status of the notice to the certified classes.

The Parties' second weekly Joint Status Report confirmed that the Parties reached agreement on language for the Settlement Website, Publication Notice, banner/social media ads, push notifications, and email notifications. *See* ECF No. 661. At this stage, the Parties can confirm that the above-listed forms of notice have been provided to potential Class Members as follows:

**Class Website.** On June 17, 2025, prior to the dissemination of email, digital, and print publication notice, A.B. Data published the notice website periodtrackerdataprivacylitigation.com. The website remains active and conforms to the forms of notice agreed upon by the parties. As of June 23, 2025, the website has been visited 67,127 times, with 57,551 unique visitors. There has been a total of 113,176 page views.

**Publication Notice.** On June 20, 2025, A.B. Data caused the agreed-upon publication notice (ECF No. 661-1) to be published in the print version of the *New York Times*. A tear sheet of the publication is attached as **Exhibit A.**

**Banner Ad/Social Media.** Beginning on June 17, 2025, and continuing through June 20, 2025, A.B. Data caused the agreed-upon banner and social media ad (ECF No. 661-2) to be served a total of 8,521,490 times on the following agreed-upon websites and platforms, resulting in 7,448 clicks through to the website. An example of the banner/social media ad is attached as **Exhibit B.**

1. Facebook
2. Instagram
3. YouTube
4. Pinterest
5. Nytimes.com
6. People.com
7. Womenshealthmag.com
8. Parents.com

1. 9. Webmd.com
2. 10. Drugs.com
3. 11. Healthline.com

In addition, commencing on June 18, 2025 and continuing through June 23, 2025, Flo reports having published a banner on its website, alerting potential class members to the litigation and directing them to the case website.

**Email Notice.** A.B. Data received a total of 3,739,733 email addresses from Flo. A.B. Data reviewed the emails received for duplicate information and subjected the emails to email validation and hygiene review. A.B. Data located 48 duplicate emails and removed 369,533 invalid emails. Beginning on June 17, 2025, A.B. Data sent the agreed upon Email Notice, in tranches and completed the Email Notice Campaign on June 20, 2025. Subject to further confirmation, A.B. Data delivered 3,189,794 Notice Emails with 180,358 Email Notices being undeliverable. This is a deliverability rate of 94.6%.

**In-App Notice.** On June 14, 2025, the Parties agreed upon language for Flo's in-App notification (ECF No. 661-3). On June 18, 2025, using the agreed upon language, Flo reports that it served notifications through the Flo App alerting potential class members to the litigation and directing them to the case website.

In addition, commencing on June 18, 2025 and continuing through June 23, 2025, Flo reports having published a banner on its app, alerting potential class members to the litigation and directing them to the case website. This is in addition to the separate banner published on the homepage of Flo's website.

**Opt-Outs**. To date, A.B. Data has received 16 requests to opt out of the Class action, out of the estimated millions of Class Members. A.B. Data will analyze all requests at the close of the opt-out period.

**Issues Remaining in Dispute**

**Email Notice.**

*Plaintiffs' position.* Plaintiffs note that the provision of email notice continues to be limited to approximately 3 million email addresses which Plaintiffs do not believe covers the "cumulative number of U.S. users who **ever downloaded and registered** for Flo's app" as of March 2019, i.e., **13,101,060**. FLO-00106854. *See* ECF No. 661 at 2.

*Flo's position.* Flo responds that Plaintiffs are misreading FLO-00106854. *First*, FLO-00106854 is not limited to the Class Period. Indeed, it covers time both before the start of the Class Period and after the Class Period. *Second*, Plaintiffs are mistaken to assume every user who registered with the Flo App shared an email address. As Flo has explained to Plaintiffs on multiple occasions, that is not the case. In total, between November 1, 2016 and February 28, 2019 ("the Class Period"), 3,739,733 individuals in the U.S. registered to use the Flo App using an email address. No more. **Flo shared with the administrator every single email address (all 3,739,733) that U.S. users shared with Flo during the Class Period.**

**Banner Ads.**

*Plaintiffs' Position.* Plaintiffs interpret the Court's instruction that notice be completed by June 23, 2025, to mean that each required step in the notice program be completed by that date, but not that Flo should discontinue banner ads on that date.

*Flo's Position.* On June 2, 2025, the Court ordered that "Notice must be completed by June 23, 2025." ECF 619. The Court's clear instruction that notice "be completed by June 23" applied to all seven forms of notice ordered by the Court. The TPA has explained that banner ads on social media and third-party websites will not extend beyond today as the notice campaign already exceeded the TPA's digital impression goal by more than 300,000. Even so, Plaintiffs' position is that Flo should continue publishing banner ads on its website and App beyond June 23, the date specified by the Court as the date by which notice must be "completed." Flo has asked Plaintiffs to identify where the Court asked for notice beyond June 23, but Plaintiffs have provided no justification.

| | | |
|---|---|---|
| 1 | Dated: June 23, 2025 | */s/ Carol C. Villegas* |
| | | Carol C. Villegas (*pro hac vice*) |
| 2 | | Michael P. Canty (*pro hac vice*) |
| 3 | | Jake Bissell-Linsk (*pro hac vice*) |
| | | Danielle Izzo (*pro hac vice*) |
| 4 | | Gloria J. Medina (*pro hac vice*) |
| | | **LABATON KELLER SUCHAROW LLP** |
| 5 | | 140 Broadway |
| | | New York, NY 10005 |
| 6 | | Telephone: (212) 907-0700 |
| | | Facsimile: (212) 818-0477 |
| 7 | | cvillegas@labaton.com |
| | | mcanty@labaton.com |
| 8 | | jbissell-linsk@labaton.com |
| | | dizzo@labaton.com |
| 9 | | gmedina@labaton.com |

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835

THIRD JOINT STATUS REPORT REGARDING CLASS NOTICE
No. 3:21-cv-00757
4

Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

/s/ Christopher Chorba
**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503

Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.395.5942
Facsimile: 415.395.8095

**LATHAM & WATKINS LLP**
Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290

*Counsel for Defendant Meta Platforms, Inc. (formerly known as Defendant Facebook, Inc.)*

/s/Brenda Sharton
Brenda R. Sharton (*pro hac vice*)
**DECHERT LLP**
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100

THIRD JOINT STATUS REPORT REGARDING CLASS NOTICE
No. 3:21-cv-00757
5

Fax: (617) 426-6567
brenda.sharton@dechert.com

**DECHERT LLP**
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com


*Counsel for Defendant Flo Health, Inc.*

/s/ Benedict Hur
**COOLEY LLP** (motion to substitute pending)
Benedict Y. Hur (SBN 224018)
Simona Agnolucci (SBN 246943)
Eduardo E. Santacana (SBN 281668)
Tiffany M. Lin (SBN 321472)
Yuhan Alice Chi (SBN 324072)
Emily Abbey (SBN 341762)
Zoe Packman (SBN 347453)
Yongbin Chang (SBN 347454)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: (415) 693-2000
bhur@cooley.com
sagnolucci@cooley.com
esantacana@cooley.com
tiffany.lin@cooley.com
achi@cooley.com
eabbey@cooley.com
zpackman@cooley.com
ychang@cooley.com

*Counsel for Defendant Google LLC*