UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICA FRASCO, et al.,

Plaintiff,

v.

FLO HEALTH, INC. et al.,

Defendant.

Case No. 3:21-cv-00757-JD

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) GOOGLE LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Simona A. Agnolucci, Cooley LLP

Name(s) of counsel withdrawing from representation and firm name:

Simona A. Agnolucci, Willkie Farr & Gallagher LLP

Date: 6-20-2025

~~[PROPOSED]~~ ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: June 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE

[Seal: Judge James Donato, United States District Court, Northern District of California]