James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN**
**CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Telephone: 805-543-0990
Facsimile: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Carol C. Villegas (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com

*Co-Lead Class Counsel*

[Additional Counsel Listed Below]

Christian Levis (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100 White Plains, NY 10601 Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERICA FRASCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLO HEALTH, INC., GOOGLE LLC, FACEBOOK, INC., and FLURRY, INC., <br><br> Defendants. | CASE NO. 3:21-cv-00757-JD (consolidated) <br><br> **AMENDED JOINT TRIAL WITNESS LIST** <br><br> Judge:     Honorable James Donato <br> Date Filed:  June 25, 2025 <br> Trial Date:  July 21, 2025 |

1    In accordance with the Standing Order for Civil Trials Before Judge James Donato,

2    the parties submit the following Amended Joint Trial Witness List as Exhibit A.  This list

3    includes witnesses who are likely to be called at trial (other than solely for impeachment or

4    rebuttal purposes), including a brief statement describing the substance of the testimony to be

5    given by each witness and an estimate of time the witness's testimony is expected to take (direct

6    and cross).

7    In order to streamline the presentation of evidence at trial, and to minimize the

8    inconvenience for all witnesses, the parties propose that each witness be called to testify only one

9    time, such that a witness who would otherwise be called in both the plaintiffs' and defendants'

10   case need not testify multiple times.  The listing of witnesses on Exhibit A does not waive

11   any objections a party may have to such witness's testimony, in whole or in part.

12   Dated: June 25, 2025                      LABATON SUCHAROW LLP

13                                             */s/Carol C. Villegas*
                                              Carol C. Villegas (*pro hac vice*)
14                                            Michael P. Canty *(pro hac vice)*
                                              David Saldamando (*pro hac vice*)
15                                            Danielle Izzo (*pro hac vice*)
                                              Gloria J. Medina (*pro hac vice*)
16                                            140 Broadway
                                              New York, NY 10005
17                                            Tel: (212) 907-0700
                                              cvillegas@labaton.com
18                                            mcanty@labaton.com
                                              dizzo@labaton.com
19                                            gmedina@labaton.com

20                                            LOWEY DANNENBERG, P.C.
                                              Christian Levis (pro hac vice)
21                                            Amanda Fiorilla (pro hac vice)
                                              44 South Broadway, Suite 1100
22                                            White Plains, NY 10601
                                              Tel: (914) 997-0500
23                                            Fax: (914) 997-0035
                                              clevis@lowey.com
24                                            afiorilla@lowey.com

25                                            SPECTOR ROSEMAN & KODROFF, P.C.
                                              Diana J. Zinser (*pro hac vice*)
26                                            Jeffrey K. Kodroff (*pro hac vice*)
                                              2001 Market Street, Suite 3420
27                                            Philadelphia, PA 19103
                                              Tel: (215) 496-0300
28                                            Fax: (215) 496-6611
                                              dzinser@srkattorneys.com

1   jkodroff@srkattoneys.com

2   *Co-Lead Counsel for Plaintiffs and Class*

3
4   WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP

5   James M. Wagstaffe (95535)
    Frank Busch (258288)
6   100 Pine Street, Suite 725
    San Francisco, CA 94111
7   Tel: (415) 357-8900
    Fax: (415) 357-8910
8   wagstaffe@wvbrlaw.com
    busch@wvbrlaw.com
9
    *Counsel for Plaintiffs Erica Frasco*
10  *and Sarah Wellman*

11  **LAW OFFICES OF RONALD A. MARRON**
    RONALD A. MARRON (CA Bar 175650)
12  ron@consumersadvocates.com
    ALEXIS M. WOOD (CA Bar 270200)
13  alexis@consumersadvocates.com
    KAS L. GALLUCCI (CA Bar 288709)
14  kas@consumersadvocates.com
15  651 Arroyo Drive
    San Diego, CA 92103
16  Tel: (619) 696-9006
    Fax: (619) 564-6665
17  *Counsel for Plaintiffs Jennifer Chen and Tesha*
18  *Gamino*

19  Kent Morgan Williams (pro hac vice)
    **WILLIAMS LAW FIRM**
20  1632 Homestead Trail
    Long Lake, MN 55356
21  Tel: (612) 940-4452
    williamslawmn@gmail.com
22

23  William Darryl Harris, II (*pro hac vice*)
    **HARRIS LEGAL ADVISORS LLC**
24  3136 Kingsdale Center, Suite 246
    Upper Arlington, OH 43221
25  Tel: (614) 504-3350
    Fax: (614) 340-1940
26  will@harrislegaladvisors.com

27  *Counsel for Plaintiffs Leah Ridgway and*
    *Autumn Meigs*
28

JOINT TRIAL WITNESS LIST
                                                                                              CASE NO. 3:21-cv-00757-JD

1   Dated: June 25, 2025              DECHERT LLP

2                                     */s/Benjamin Sadun*
                                      Benjamin M. Sadun
3                                     633 W 5th Street #4900
                                      Los Angeles, CA 90071
4                                     Telephone:     617.728.7100
                                      benjamin.sadun@dechert.com
5
                                      Brenda R. Sharton (*pro hac vice*)
6                                     One International Place
                                      100 Oliver Street
7                                     Boston, MA 02110
                                      Telephone:     617.728.7100
8                                     brenda.sharton@dechert.com

9                                     Theodore E. Yale (*pro hac vice*)
                                      2929 Arch Street
10                                    Philadelphia, PA 19104
                                      Telephone:     215.994.4000
11                                    theodore.yale@dechert.com

12                                    *Counsel for Defendant Flo Health, Inc.*

13  Dated: June 25, 2025              COOLEY LLP

14                                    */s/ Benedict Y. Hur*
15                                    Benedict Y. Hur (SBN 224018)
                                      3 Embarcadero Center, 20th Floor
16
                                      San Francisco, CA 94111
17
                                      Tel: (415) 693-2000
18
                                      *Counsel for Defendant Google LLC*
19

20

21

22

23  Dated: June 25, 2025                 LATHAM & WATKINS LLP

24
                                      */s/ Melanie M. Blunschi*
25                                    Melanie M. Blunschi (Bar No. 234264)
                                      *melanie.blunschi@lw.com*
26                                    Kristin Sheffield-Whitehead (Bar No. 304635)
                                      *kristin.whitehead@lw.com*
27                                    505 Montgomery St., Suite 2000
                                      San Francisco, CA 94111
28

3                                     JOINT TRIAL WITNESS LIST
                                      CASE NO. 3:21-cv-00757-JD

Telephone: +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  +1.714.540.1235

GIBSON, DUNN & CRUTCHER LLP
Christopher Chorba (SBN 216692)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:     +1.213.229.7503
CChorba@gibsondunn.com

Elizabeth K. McCloskey (SBN 268184)
Abigail A. Barrera (SBN 301746)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     +1.415.393.8200
EMcCloskey@gibsondunn.com
ABarrera@gibsondunn.com

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

# EXHIBIT A

## 1. Plaintiffs' Case in Chief[1]

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 1. | Plaintiff Erica Frasco | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google; privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. | 0.5-0.75 (Flo) |
| 2. | Plaintiff Sarah Wellman | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google; privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. | 0.8 (Google)<br><br>0.8 (Meta)<br><br>0.5-0.75 (Flo) |
| 3. | Plaintiffs' Expert Jennifer Golbeck | Expert | Qualifications and background; Flo's use of SDKs; How Meta and Google advertising business works; Meta and Google's use of data; Meta's use of Flo Custom App Event data; Google's use of Flo Custom App Event data; explain documents reviewed and conclusions reached in expert report | 4 hrs. | 2 (Google)<br><br>2 (Meta)<br><br>1.5-2.5 (Flo) |
| 4. | Plaintiffs' Expert Serge Egelman | Expert | Qualifications and background; SDKs; Custom App Events; How the Flo app works; Flo App User Data transmitted to Defendants; non-consent for sharing data; explain documents | 4 hrs. | 1 (Google)<br><br>2 (Meta) |

---

[1] To avoid duplication, witnesses are only listed once. If not called in Plaintiffs' case, Defendants would call witnesses listed in this section, including in the "Additional Witnesses" subsection, in their own case. If Plaintiffs call a witness in their case who Meta or Google would otherwise would have called in their cases, it is Meta's and Google's position that the parties should confer on examination format to avoid the need to recall the witness later unless necessary.

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | | reviewed and conclusions reached in expert report | | 1.5-2.5 (Flo) |
| 5. | Google's Witness Kevin Lam | Product Manager | <u>Plaintiffs</u>: Role and responsibilities; receipt and use of Flo User Data through SDKs or APIs data retention policy ; use of data from SDKs; Google's advertising platforms/algorithms; authentication of Google documents<br><br><u>Google</u>: The Flo App's use of the Google Analytics for Firebase and Fabric SDKs, and the functionality of the Fabric SDK. | 2 hrs. | 0.1-0.2 (Flo)<br><br>1.5 (Google) |
| 6. | Google's Witness Steve Ganem | Director of Product Management | <u>Plaintiffs</u>: Role and responsibilities re: Google Analytics; use of data from SDKs and Google's advertising platforms/algorithms; development and features of Google Analytics; data collected through Google Analytics; data privacy and storage; Flo's use of Google Analytics; Custom App Events; authentication of Google documents<br><br><u>Google</u>: The functionality of Google Analytics ("GA"), including the Google Analytics for Firebase ("GA4F") SDK, and terms and policies applicable to GA4F. | 2 hrs. | 0.1-0.2 (Flo)<br><br>2 (Google) |
| 7. | Meta's Witness Tobias Woolridge | Software Engineer | Past/present role and responsibilities; Facebook SDK and advertising platforms/algorithms; Flo's use of Facebook SDK and data transmitted; Meta's use of data received from Flo; Meta integrity system; policies and/or procedures re: sensitive data; ad targeting and | 2 hrs. | 0.1-0.2 (Flo)<br><br>2 (Meta) |

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | | delivery optimization; data retention policy; authentication of Meta documents | | |
| 8. | Meta's Witness Anh Bui*[2] | Product Manager | Past/present role and responsibilities; Facebook SDK and advertising platforms/algorithms; standard and custom app events; ad privacy and safety; authentication of Meta documents | 2 hrs. | 0.1-0.2 (Flo)<br><br>0.5 (Meta) |
| 9. | Flo's Witness Dmitry Gurski[3] | CEO | Plaintiffs: Role and responsibilities during Class Period; How the Flo App works; what was the purpose of the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Flo documents<br><br><br>Meta: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | 2 hr. | 0.3 (Google)<br><br>0.5 (Meta) |
| 10. | Flo's Witness Max Scrobov | Chief Product Officer | Plaintiffs: Past/present role and responsibilities; data collected from Flo App Users; use of SDKs; How the Flo App works; what was the purpose of the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Flo documents | 2 hrs. | 0.3 (Google)<br><br>0.25 (Meta) |

[2] Asterisks are used to denote those witnesses whose testimony Meta believes could be more efficiently covered by trial testimony from Fred Leach and Goksu Nebol-Perlman.  *See* Dkt. No. 606, Defendant Meta Platforms, Inc.'s Opposition to Plaintiffs' Motion to Exclude Witnesses Fred Leach and Goksu Nebol-Perlman from Testifying at Trial at 1-3, 5-6.  These witnesses are listed conditionally in the event that Meta is not permitted to call Mr. Leach and Ms. Nebol-Perlman.

[3] Flo submits that any Flo witness should be called in Defendants' case in chief and sets forth its pertinent estimated exam times below.

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 11. | Flo's Witness Roman Bugaev | CTO | <u>Plaintiffs</u>: Past/present role and responsibilities; How the Flo App works; what was the purpose of the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Flo documents<br><br><u>Meta</u>: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | 2 hr. | 0.3 (Google)<br><br>0.5 (Meta) |
| | | | Total Time Estimates (in hours): | 26 | 29.55 |
| | | | **Additional Witnesses[4]** | | |
| 12. | Plaintiff Jennifer Chen | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google;  privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. | 0.8 (Google)<br><br>0.8 (Meta)<br><br>0.5-0.75 (Flo) |
| 13. | Plaintiff Tesha Gamino | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including Meta and Google;  privacy was violated; no knowledge of WSJ article or ability to discover harm | 2 hr. | 0.8 (Google)<br><br>0.8 (Meta)<br><br>0.5-0.75 (Flo) |
| 14. | Plaintiff Autumn Meigs | Plaintiff | Use of Flo App and nature of data entered; understanding and belief that information would not be shared with others, including | 2 hr. | 0.5-0.75 (Flo) |

---

[4] At this stage Plaintiffs do not intend to call all Additional Witnesses and will work to narrow the witness list prior to trial.  Plaintiffs reserve their right to call Additional Witnesses.

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | | Meta and Google;  privacy was violated; no knowledge of WSJ article or ability to discover harm | | |
| 15. | Google's Witness Maria Volchenok**[5] | Sales Manager | Role and responsibilities re: Flo; communications with Flo; review of Flo ads; How the Flo App works; what was the purpose of the app; use of the Meta and Google SDK and purpose; contracts with third parties on use of Flo app data; authentication of Google documents | 2 hrs. | 0.1-0.2 (Flo)<br><br>0.8 (Google) |
| 16. | Google's Witness Ben Ewing** | Senior Staff Linguist | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. | 0.1-0.2 (Flo)<br><br>0.8 (Google) |
| 17. | Google's Witness Alicia Cahill** | App Specialist | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. | 0.1-0.2 (Flo)<br><br>0.5 (Google) |
| 18. | Google's Witness Tameem Mohsin** | Global Product Lead, App Campaigns | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. | 0.1-0.2 (Flo)<br><br>0.5 (Google) |
| 19. | Google's Witness Evgenia Olerinskaya** | Industry Manager Export | Past/present role and responsibilities; use of data from SDKs and Google's advertising platforms; authentication of Google documents | 2 hr. | 0.8 (Google) |
| 20. | Google's Witness Evan Huang** | Software Engineer | Past/present role and responsibilities; authentication of Google documents | 2 hr. | 0.5 (Google) |
| 21. | Meta's Witness Anjali Dahiya | Director, Regulatory Readiness, Strategic | Past/present role and responsibilities; Facebook SDK and nature of data collected; Custom App Events; privacy and data practices; user consent to the collection and use of personal data; Flo's | 2 hrs. | 0.1-0.2 (Flo)<br><br>2 (Meta) |

---

[5] Google reserves all rights with respect to the witnesses denoted with two asterisks (**), including to object to or move to strike those witnesses, whom no party has previously disclosed in this case.

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | Programs | use of Facebook SDK and transmission of data; investigation by NY State Dept. of Financial Services; authentication of Meta documents | | |
| 22. | Meta's Witness Wei Liu* | Software Engineering Manager | Past/present role and responsibilities; Facebook SDK; Flo's use of the Facebook SDK and data transmitted; data retention and deletion; Meta personal integrity system; authentication of Meta documents | 2 hrs. | 0.1-0.2 (Flo)<br><br>0.5 (Meta) |
| 23. | Flo's Witness Susanne Schumacher | Independent Consultant | <u>Plaintiffs</u>: Past/present role and responsibilities; departments/teams at Flo; collection and use of data provided by Flo App Users; data privacy; transmission of Flo App User data to third parties; authentication of Flo documents | 2 hrs. | 0.3 (Google)<br><br>0.25 (Meta) |
| 24. | Flo's Witness Eugene Tiunovich | Head of User Acquisition | Past/present role and responsibilities; promotion of Flo App and use of advertising platforms; tracking Flo App Users; use of the Flo app; authentication of Flo documents | 2 hrs. | 0.3 (Google)<br><br>0.25 (Meta) |
| 25. | Flo's Witness Kate Romanovskaia | Chief Brand & Communications Officer | Role and responsibilities during Class Period; authentication of Flo documents | 2 hr. | 0.2 (Meta)<br><br>0.2 (Google) |
| 26. | Flo's Witness Timofei Savitski | Chief Legal & Compliance Officer at Flo Health Inc | Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents | 2 hr. | 0.2 (Meta)<br><br>0.3 (Google) |
| 27. | Flo's Witness Alexei Azarov | Analytics Manager | Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents | 2 hr. | 0.3 (Google)<br><br>0.25 (Meta) |

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 28. | Flo's Witness Tamara Orlova | CFO | Plaintiffs: Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents<br><br>Meta: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | 2 hr. | .25 (Meta)<br><br>0.3 (Google) |
| 29. | Flo's Witness Valeriya Silenkova | Head of Support | Role and responsibilities during Class Period; use of the Flo app; authentication of Flo documents | 2 hr. | 0.2 (Meta)<br><br>0.2 (Google) |
| 30. | Meta's Witness Karan Shah<br><br>[testimony by business records declaration, if plaintiffs agree] | Data Science Manager | Plaintiffs: Meta's use of data received from Flo for advertising purposes; authentication of Meta documents<br><br>Meta: Flo's advertising through the creation of Mobile App Custom Audiences; and other information related to Flo's ad campaigns. | 2 hr. | 0.75 (Meta) |
| 31. | Google's Witness Oscar Takabvirwa | Ads & Content Investigation Manager | Plaintiffs: Google's use of data received from Flo; authentication of Google Interrogatory response<br><br>Google: Google Ads content classification and its effect on Google Analytics data. | 2 hr. | 0.8 (Google) |
| | | | Total Time Estimates (in hours): | 40 | 21.15 |
| **Authentication Witnesses[6]** | | | | | |

---

[6] The Parties have had productive discussions regarding potential agreements on authenticity which may make it unnecessary to call some or all of the witnesses listed under in the section: Authentication Witnesses.

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 32. | Flurry Witness Bisera Ferrero | Head of Engineering | Authentication of Flurry documents | 2 hr. | |
| 33. | Flurry Witness Nathalie Owen | Engineer | Authentication of Flurry documents | 2 hr. | |
| 34. | Google Witness Brian** Kennedy | Software Engineer | Authentication of Google documents | 2 hr. | 0.5 (Google) |
| 35. | Google Witness Morgan Kennedy** | Product Manager | Authentication of Google documents; Google's response to FTC investigation | 2 hr. | 0.5 (Google) |
| 36. | Meta Witness Katy Dormer[7] | Communications Director | Authentication of Meta documents; Meta's response to WSJ article | 2 hr. | 0.25 (Meta) |
| 37. | Meta Witness Susan Glick[8] | Communications | Authentication of Meta documents; Meta's response to WSJ article | 2 hr. | 0.25 (Meta) |
| 38. | Flo Witness Vladislav Zhukov | Engineer | Authentication of Flo documents; Flo's sharing of user data | 2 hr. | 0.2 (Google) |
| 39. | Flo Witness Darya Palianskaya | Engineer | Authentication of Flo documents; Flo's sharing of user data | 2 hr. | 0.2 (Google) |
| 40. | Flo's Witness Arvid Bismont | Business Development | Authentication of Flo documents; Flo's sharing of user data | 2 hr. | 0.2 (Google) |
| 41. | Meta Custodian | Employee | Authentication of Documents | 2 hr. | 0.25 (Meta) |
| 42. | Google Custodian | Employee | Authentication of Documents | 2 hr. | 0.3 (Google) |
| 43. | Flo Custodian | Employee | Authentication of Documents | 2 hr. | |
| 44. | Bayer Custodian | Employee | Authentication of Documents | 1 hr. | |
| 45. | P&G Custodian | Employee | Authentication of Documents | 1 hr. | |
| 46. | NYSDFS Custodian | Employee | Authentication of Documents | 1 hr. | |
| 47. | FTC Custodian | Employee | Authentication of Documents | 1 hr. | |

[7] Meta reserves all rights with respect to this witness, including to object to or move to strike this witness, whom no party has previously disclosed in this case.

[8] Meta reserves all rights with respect to this witness, including to object to or move to strike this witness, whom no party has previously disclosed in this case.

| | Witness | Title | Description of Anticipated Testimony | Plaintiffs' Time Estimate (in hours) | Defendants' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 48. | Certified Translator[9] | Translator | Translation of Documents and Testimony | 2 hr. | |
| | | | Total Time Estimate (in hours): | 30 | 2.65 |

This list contains Plaintiffs' current, good faith list of witnesses Plaintiffs are likely to call during their case-in-chief.  Plaintiffs reserve the right to amend this list or the times allotted for witnesses in the event the set of participating witnesses or the scope of issues or claims to be tried changes, if any witness becomes unavailable, or in light of new information that becomes known.  Plaintiffs further reserve the right to withdraw any witnesses currently included on their list.  Plaintiffs further reserve the right to call any other witness for impeachment or in rebuttal and to examine any witness designated or called by another party.  Additionally, Plaintiffs disagree with Defendant Flo Health's position on Plaintiffs' ability to call Flo Health witnesses in their case-in-chief.

## 2. Defendants' Case-in-Chief

| | Witness | Affiliation | Description of Anticipated Testimony | Defendants' Time Estimate (in hours) | Plaintiffs' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 1. | Anna Klepchukova | Flo | Flo: Dr. Klepchukova will testify to the operation of the Flo science and research team and its input into the content and services provided by the Flo app; Flo's business model and organizational structure; how the functionality of the Flo app has changed; Flo's | .5 (Meta)<br><br>1.5-2 (Flo)<br><br>.5 (Google) | 1.5 |

---

[9] The Parties have had productive conversations regarding an agreement on translation that is likely to make it unnecessary to call a translator.

| | Witness | Affiliation | Description of Anticipated Testimony | Defendants' Time Estimate (in hours) | Plaintiffs' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | | objectives and priorities; Flo's strategic choices; and Flo's third-party agreements.<br><br>Meta: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | | |
| 2. | Laure Lydon | Flo | Flo: Ms. Lydon will testify to an overview of the Flo app's functionality, including but not limited to (i) the technical features of the Flo app and how those technical features allowed the Flo app to share analytic data with the analytics companies on a deidentified and encrypted basis and the aggregated dashboards that Flo received in return, (ii) Flo's use of neutral libraries of code and app event naming, (iii) Flo' adherence to privacy standards; (iv) Flo's consent screens with links to privacy polices and terms of use, (v) those terms themselves, and (vi) the integration of code and functionality into the Flo app; and topics addressed in her deposition.<br><br>Meta: Flo's use of the Facebook SDK, including its use of App Events via Facebook SDK. | .5 (Meta)<br><br>1.5-2.5 (Flo)<br><br>.5 (Google) | 2 |
| 3. | Dmitry Gurski | Flo | Flo: Mr. Gurski will testify to the content and services provided by the Flo app; an overview of Flo's practices in the collection, use, and | 1.5 (Flo) | 3. |

| | Witness | Affiliation | Description of Anticipated Testimony | Defendants' Time Estimate (in hours) | Plaintiffs' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | | sharing of data; Flo's business model; the founding of the Flo app; how the functionality of the Flo app has changed; Flo's culture, objectives, and priorities; Flo's strategic choices; and Flo's privacy policies, terms of service, and third-party agreements. | | |
| 4. | Max Scrobov | Flo | Flo: Mr. Scrobov will testify to Flo's practices in the collection, use, and sharing of data, including as it relates to analytics data; Flo's strategic choices; Flo's founding; Flo's commitment to privacy; Flo's engagement and discussions with third-parties; how the functionality of the Flo app has changed; how the Flo app integrates with third parties; Flo's strategy and business model; Flo's response to media and regulatory inquiries; how users interface with the Flo app; the content and services provided by the Flo app; Flo's privacy policies and terms of use; and topics addressed in his deposition. | 1.2 (Flo) | 4. |
| 5. | Roman Bugaev | Flo | Flo: Mr. Bugaev will testify to an overview of the mechanics of the Flo app, including how analytics data was shared with the analytics companies on a deidentified and encrypted basis and the dashboards Flo received in return; Flo's rationale for using SDKs; the different versions of the Flo app; Flo's organization and | 1.2 (Flo) | 5. |

| | Witness | Affiliation | Description of Anticipated Testimony | Defendants' Time Estimate (in hours) | Plaintiffs' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | | leadership; Flo's leadership in privacy; the programming of the Flo app; and topics addressed in his deposition. | | |
| 6. | Susanne Schumacher | Flo | <u>Flo</u>: Ms. Schumacher, Flo's 30(b)(6), will testify to Flo's privacy policies, terms of use, data protection agreements, and practices; Flo's competitors; the interface of the Flo app and Flo's communications with users; Flo's engagements with third-parties; Flo's adoption of industry best practices for privacy and security; Flo's compliance with requirements; Flo's response to media and regulatory inquiries; and topics addressed in her deposition. | 1.2 (Flo) | 6. |
| 7. | Tamara Orlova | Flo | <u>Flo</u>: Ms. Orlova will testify to Flo's business model and financials, including but not limited to forgone revenue streams; Flo's priorities and objectives; and third-party agreements. | 0.75-1.25 (Flo) | 7. |
| 8. | Lorin Hitt | Flo's Expert | <u>Flo</u>: Dr. Hitt will testify to the opinions set forth in his expert report in this case, including but not limited to the fact that the at-issue data/information did not have economic value to anyone, including the putative class members or any of the defendants; and topics addressed in his deposition. | 1.5-2.5 (Flo)<br><br>.5 (Meta)<br><br>.5 (Google) | 2 |

| | Witness | Affiliation | Description of Anticipated Testimony | Defendants' Time Estimate (in hours) | Plaintiffs' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 9. | Jim Karkanias | Flo's Expert | Mr. Karkanias will testify in anticipated rebuttal to the expert testimony of Dr. Serge Egelman, including but not limited to those rebuttal opinions that are identified in his rebuttal expert report in this case; and topics addressed in his deposition. | 1-1.5 (Flo)<br><br>.5 (Meta)<br><br>.5 (Google) | 1.5 |
| 10. | Brianna Arroyo* | Meta | Flo's and other third-party advertisers' use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's analytics and advertising services. | .5 (Meta) | .5 |
| 11. | Oleksii Bagdasarov* | Meta | Flo's and other third-party advertisers' use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's analytics and advertising services. | .5 (Meta) | .5 |
| 12. | Edward Dendievel* | Meta | Flo's use of the Facebook SDK and Facebook's Ads Manager. | 1 (Meta) | .5 |
| 13. | Tatiana Frantsuzenko* | Meta | Flo's use of the Facebook SDK and Facebook's Ads Manager. | 1 (Meta) | .5 |
| 14. | Alex Lapitski | Meta | Third-party advertisers' (including Flo's) use of the Facebook SDK and creation of Custom App Events; Flo's advertising campaigns through Meta. | 1.5 (Meta) | .75 |
| 15. | Fred Leach | Meta | Meta's Business Tools, including the Facebook SDK; Meta's Business Tools Terms; how and why advertisers use Meta's tools; Meta's | 3 (Meta) | 2 |

| | Witness | Affiliation | Description of Anticipated Testimony | Defendants' Time Estimate (in hours) | Plaintiffs' Time Estimate (in hours) |
|---|---|---|---|---|---|
| | | | signals integrity systems; and Meta's policies applicable to advertisers and developers. | | |
| 16. | Goksu Nebol-Perlman | Meta | Meta's privacy-related initiatives; Meta's signals integrity systems and mitigation efforts; Meta's efforts to exclude health data; Meta's policies applicable to its users. | 2.5 (Meta) | 2 |
| 17. | Julia Onuchina* | Meta | Third-party advertisers' (including Flo's) use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's advertising services. | 0.5 (Meta) | .5 |
| 18. | Steve Satterfield | Meta | Meta's Business Tools, including the Facebook SDK; Meta's privacy-related initiatives; and Meta's policies applicable to advertisers and developers as well as its own users. | 2 (Meta) | 1.5 |
| 19. | Vasyl Sergiienko* | Meta | Third-party advertisers' (including Flo's) use of the Facebook SDK, Facebook's Ads Manager, and the ways in which advertisers utilize Meta's advertising services. | 0.5 (Meta) | .5 |
| 20. | Jingwei Zheng* | Meta | Meta's signals integrity systems and mitigation efforts. | 0.5 (Meta) | .5 |
| 21. | Bo Zhu* | Meta | Flo's use of App Events via the Facebook SDK. | 0.5 (Meta) | .5 |

| | Witness | Affiliation | Description of Anticipated Testimony | Defendants' Time Estimate (in hours) | Plaintiffs' Time Estimate (in hours) |
|---|---|---|---|---|---|
| 22. | Georgios Zervas | Defendants' Expert | SDKs and how developers may benefit from their use; SDKs that Flo used; how those SDKs, and the Facebook and Google SDKs operated; what types of data may have been transmitted by the Flo App using those SDKs; rebutting Serge Egelman's and Jennifer Golbeck's testimony; the opinions contained in Dr. Zervas's expert reports; and the topics addressed in Dr. Egelman's deposition. | 3 (Meta)<br><br>2 (Google)<br><br>1.5-2.5 (Flo) | 4.5 |
| | | | <u>Total Time Estimates (in hours):</u> | 31.5 (high end) | 21.3 |

This list contains Defendants' current, good faith list of witnesses Defendants are likely to call during their cases-in-chief (to the extent not listed under Plaintiffs' case-in-chief, *see* n.1). Defendants disclosed and/or designated deposition testimony of other witnesses who Defendants currently do not anticipate calling. That said, Defendants reserve the right to call any witness who was previously disclosed for potential trial testimony, if necessary, after Plaintiffs' witnesses testify. Defendants reserve the right to call a custodian of records for Flo, AppsFlyer, Flurry, Google, and Meta, and to call corporate witnesses to testify regarding corporate history and records. Defendants reserve the right to amend this list or the times allotted for witnesses in the event the set of participating plaintiffs or the scope of issues or claims to be tried changes, if any witness becomes unavailable, or in light of new information that becomes known. Defendants further reserve the right to withdraw any witnesses currently included on their list. Defendants further reserve the right to call any other witness for impeachment or in rebuttal and to examine any witness designated or called by another party.