COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
ALICE CHI (324072)
(achi@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
ZOE PACKMAN (347453)
(zpackman@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

[*Additional counsel listed below*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ERICA FRASCO, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FLO HEALTH, INC., et al.,

Defendants.

Case No. 3:21-CV-00757-JD

**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE TRIAL DATE AS TO GOOGLE LLC**

Court: Courtroom 11, 19th Floor, SF
Judge: Hon. James Donato

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SETTLEMENT & JOINT REQUEST TO VACATE TRIAL DATE AS TO GOOGLE LLC; 3:21-CV-00757-JD

Plaintiffs and Google LLC ("Google") hereby provide notice that they have reached an agreement in principle on the terms of a settlement that will resolve all claims against Google.

Accordingly, Plaintiffs and Google request that the Court stay the action as to Google and vacate all deadlines as to Google, including the July 21, 2025 trial date.

Dated: July 7, 2025

*/s/ Benedict Y. Hur*

Benedict Y. Hur (224018)
bhur@cooley.com
Simona Agnolucci (246943)
sagnolucci@cooley.com
Eduardo E. Santacana (281668)
esantacana@cooley.com
Tiffany Lin (321472)
tiffany.lin@cooley.com
Yuhan Alice Chi (324072)
achi@cooley.com
Zoe Packman (347453)
zpackman@cooley.com
Yongbin Chang (347454)
ychang@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: 415-693-2000
Facsimile: 415-693-2222

*Counsel for Defendant Google LLC*

Dated: July 7, 2025

*/s/ Carol C. Villegas*

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759
kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Telephone: (614) 504-3350
Facsimile: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Benedict Y. Hur, attest that the concurrence in the filing of this document has been obtained.

*/s/ Benedict Y. Hur*
Benedict Y. Hur