| | |
|---|---|
| James M. Wagstaffe (SBN 95535)<br>**ADAMSKI MOROSKI MADDEN**<br>**CUMBERLAND & GREEN LLP**<br>P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Telephone: 805-543-0990<br>Facsimile: 805-543-0980<br>wagstaffe@ammcglaw.com<br><br>*Counsel for Plaintiffs Erica Frasco and Sarah Wellman* | Christian Levis (*pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>*Co-Lead Class Counsel* |
| Carol C. Villegas (*pro hac vice*)<br>**LABATON KELLER SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>cvillegas@labaton.com<br>mcanty@labaton.com<br><br>*Co-Lead Class Counsel* | Diana J. Zinser (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>dzinser@srkattorneys.com<br>jkodroff@srkattorneys.com<br><br>*Co-Lead Class Counsel* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, META PLATFORMS, INC., and FLURRY, INC.,<br><br>Defendants. | Civil Case No. 3:21-cv-00757-JD<br><br>**SIXTH JOINT STATUS REPORT REGARDING CLASS NOTICE**<br><br>Date: July 14, 2025<br>Judge: Hon. James Donato<br>Courtroom: 11 – 19th Floor, SF |

1  Pursuant to the Court's June 2, 2025 Order, ECF No. 619, the Parties in the above-captioned
2  action submit the sixth weekly Joint Status Report regarding the status of the notice to the certified
3  classes.
4  The Parties confirm that all elements of the notice plan have been implemented. The details
5  of the notice plan implementation can be found in the Declaration of Justin Parks of A.B. Data on
6  Implementation of Notice Plan, attached as **Exhibit A.**

Dated: July 14, 2025

/s/ Christian Levis
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com

jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

*/s/ Christopher Chorba*
**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503

Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.395.5942
Facsimile: 415.395.8095

**LATHAM & WATKINS LLP**
Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor

Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290

*Counsel for Defendant Meta Platforms, Inc. (formerly known as Defendant Facebook, Inc.)*

/s/Brenda R. Sharton
Brenda R. Sharton (pro hac vice)
**DECHERT LLP**
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

**DECHERT LLP**
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*