# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: July 16, 2025             Judge: Hon. James Donato

Time: 22 Minutes

Case No.    **3:21-cv-00757-JD**
Case Name  **Frasco v. Flo Health, Inc.**

Attorney(s) for Plaintiff(s):    Michael Canty / Jake Bissell-Linsk
Attorney(s) for Defendant(s):  Benjamin Sadun / Brenda Sharton / Allison Ozurovich
                                       Theodore Yale / Andrew Clubok

Deputy Clerk: Lisa R. Clark                        Court Reporter: Ruth Levine

## PROCEEDINGS

Juror exemption conference -- Held.

## NOTES AND ORDERS

Potential jurors excused for hardship and similar reasons by consent of all parties.