**Pages 1 - 27**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

ERICA FRASCO, et al.,           )
individually and on behalf of   )
all others similarly situated,  )
                                )
          Plaintiffs,           )
                                )
VS.                             )    **NO. 3:21-CV-00757 JD**
                                )
FLO HEALTH, INC., META          )
PLATFORMS, INC., GOOGLE, LLC,   )
and FLURRY, LLC,                )
                                )
          Defendants.           )
_____    )

San Francisco, California
Wednesday, July 16, 2025

**TRANSCRIPT OF REMOTE VIDEOCONFERENCE  PROCEEDINGS**

**APPEARANCES**: (Appearances via Zoom.)

For Plaintiff:
                    LABATON KELLER SUCHAROW LLP
                    140 Broadway
                    New York, New York 10005
               BY:  **JAKE BISSELL-LINSK, ATTORNEY AT LAW**
                    **MICHAEL P. CANTY, ATTORNEY AT LAW**

For Defendant Flo Health, Inc.:
                    DECHERT LLP
                    US Bank Tower
                    633 West 5th Street, Suite 4900
                    Los Angeles, California 90071-2032
               BY:  **BENJAMIN M. SADUN, ATTORNEY AT LAW**
                    **ALLISON OZUROVICH, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
              Official Reporter, CSR No. 12219

**APPEARANCES**:    (CONTINUED)


For Defendant Flo Health:
                    DECHERT LLP
                    Cira Centre
                    2929 Arch Street
                    Philadelphia, Pennsylvania 19104-2808
             BY:    **THEODORE E. YALE, ATTORNEY AT LAW**


                    DECHERT, LLP
                    One International Place
                    100 Oliver Street
                    Boston, Massachusetts 02210
             BY:    **BRENDA R. SHARTON, ATTORNEY AT LAW**


For Defendant Meta Platforms, Inc.:
                    LATHAM & WATKINS
                    555 Eleventh Street, NW, Suite 1000
                    Washington, D.C. 20004
             BY:    **ANDREW B. CLUBOK, ATTORNEY AT LAW**


                    LATHAM & WATKINS LLP
                    650 Town Center Drive, 20th Floor
                    Costa Mesa, California 92626
             BY:    **MICHELE D. JOHNSON, ATTORNEY AT LAW**


                    LATHAM & WATKINS LLP
                    505 Montgomery Street, Suite 2000
                    San Francisco, California 94111
             BY:    **MELANIE M. BLUNSCHI, ATTORNEY AT LAW**


                    GIBSON, DUNN & CRUTCHER LLP
                    One Embarcadero Center, Suite 2600
                    San Francisco, California 94111-3715
             BY:    **ELIZABETH K. McCLOSKEY, ATTORNEY AT LAW**

**Wednesday - July 16, 2025**                               **1:05 p.m.**

                        **P R O C E E D I N G S**

                              ---o0o---

        THE COURT:  Are we ready, Ms. Clark?

        THE COURTROOM DEPUTY:  Yes, Judge.

    Calling Civil 21-757, Frasco versus Flo Health, Inc.

    Counsel?

        MS. SHARTON:  Brenda Sharton for Flo Health, Your

Honor.  With me are my colleagues Benjamin Sadun, Allison

Ozurovich, and I believe Ted Yale, although, I can't see the

full screen.

        MR. CANTY:  Good afternoon, Your Honor.  Michael Canty

on behalf of the plaintiffs from Labaton Keller Sucharow.

        THE COURT:  Okay.  Who's Courtney Brown?

        MS. BROWN:  Good afternoon, Your Honor.

    I'm not representing a party in the case.  I'm interested

in the litigation.  I'm with Carney, Bates & Pulliam, PLLC.

        THE COURT:  No, I'm sorry.  This is just for parties

only.

        MS. BROWN:  Okay.  Apologies.

        THE COURT:  Let's -- Lisa, this is not supposed to be

a public proceeding because we're going to be discussing

jurors' -- private juror information.

    So everybody out who is not a party representative or

attorney in the case, please.

**THE COURTROOM DEPUTY:** Somebody had to pass them the link because we're on the meeting, and I only sent it to the attorneys.

**THE COURT:** Who passed the link around?

**MR. CANTY:** I did not, Your Honor.

**MS. SHARTON:** Yeah, we did not, Your Honor. I don't know who that is.

**THE COURT:** Okay. I'm just going to turn off everybody who I do not see right now.

**MS. SHARTON:** I think, the Meta counsel just texted they're in the waiting room.

**THE COURT:** Who are the Meta counsel?

**MS. SHARTON:** Latham, Andrew Clubok; and probably Gibson Dunn as well.

**THE COURT:** Who's Theodore Yale?

**MS. SHARTON:** That -- he's from Dechert. He's for Flo Health.

**THE COURT:** Okay. I don't see anybody from Latham here.

**THE COURTROOM DEPUTY:** There is no one in the waiting room.

**THE COURT:** Which one is that?

**THE COURTROOM DEPUTY:** I said, there's nobody in the waiting room right now.

**THE COURT:** I have seven.

**THE COURTROOM DEPUTY:** So do I. Okay. There's a Melanie Blunschi.

**THE COURT:** She's from Latham. All right.

Can you get rid of all of these -- okay. I need to see Ted Yale or Theodore Yale's face. If people are not -- if you're not -- if I don't see you, you're out.

**MR. CLUBOK:** I'm sorry, Your Honor.

We had some technical problems. And I was -- must have been in the wrong link or something because it showed me as I was in a waiting room, but --

**THE COURT:** All right. Well, that's fine. I want to make sure -- Lisa, we don't have anyone on here now who I don't see; right?

Michael Canty, Jake Bissell- --

**THE COURTROOM DEPUTY:** Everybody is here. You can see.

**MR. CLUBOK:** And, Your Honor, obviously -- this is Andrew Clubok -- I'm not Melanie Blunschi, but I grabbed her -- she handed me her computer, so that's why it's showing up as that. She is standing right next to me.

**THE COURT:** That's fine. But this is -- we're going to be discussing confidential information about people who are our fellow citizens. There will be nobody on this call who is not counsel of record for the case.

**MR. CLUBOK:** And, Your Honor, are we allowed to have

our client here, in-house counsel?

THE COURT:  No.  No.  No.  No.  Just the jury -- just the lawyers.

MR. CLUBOK:  Just the lawyers.  Okay.  Thank you, Your Honor --

THE COURT:  We'll be using people's names and talking about situations that are not public, so I do not want that to be shared; they're entitled to their privacy.

MR. CLUBOK:  That's fine.

THE COURT:  Somebody passed this link around, and we had people on who should not be here.  So I want to make clear that only counsel of record are going to participate in this.

So don't admit any of these people, okay, Ms. Clark?

THE COURTROOM DEPUTY:  Okay.  Who is Zoe Burke?  Is that an attorney?  Does anybody know this person?

MR. CLUBOK:  I don't know that person.

MR. CANTY:  I don't know that person.

THE COURT:  In the future, do not hand out Zoom links.  This is not a public proceeding.  This happened on your end, so please don't do that.

Lisa, just don't admit any of those people.  Okay?

THE COURTROOM DEPUTY:  I'm not.

MR. CLUBOK:  And, Your Honor, just to be clear and I don't want could run afoul of anything.  My colleagues are off-camera but they're lawyers of record, Michele Johnson, and

Elizabeth McCloskey.

**THE COURT:** That's fine. But no one else. I'm more concerned about people who somehow got this number and are dialing in, which is not appropriate.

**MR. CLUBOK:** Yeah.

**THE COURT:** Okay. Lisa, how do I get that list of participants? Oh, there it is. Okay.

**THE COURTROOM DEPUTY:** You should be able to, at the bottom of your screen it says "Participants."

**THE COURT:** Yeah, but does that show people who are knocking on the door?

**THE COURTROOM DEPUTY:** It will when they try to load, when they try to get in.

**THE COURT:** Okay. Look. I just -- since I'm not a hundred percent sure that we're as secure as we should be, just use the number. Okay? Don't use anyone's name and don't -- don't blurt out anything that is identifying of a juror. Okay?

All right. So I'm just going to run down the numbers.

Now, here's -- here's how it goes: Either one person from Flo, one person from the plaintiff, one person from Meta, same person for the whole call.

I will ask: Is there any issue?

And each person needs to say "yes" or "no" audibly. Okay? So just one person from each side.

When I say "numbers," I'm going in alphabetical order. I

just have mine tabbed.  But I'm just going to go:  Number 1, any issues?

Now, remember what we're doing.  This is just to -- we're not doing peremptories.  We're not doing for-cause.  We're not doing anything else.  Just, you know, "I'm going to be on a cruise," "I'm going to be in surgery," "I take care of a -- you know -- disabled person," whatever it may be.  That's all we're doing.

All right.  Number 1, any issues?

**MR. CANTY:**  For the plaintiffs, no -- no issue.

And that's LLA.  I don't have them numbered.  They're just in alphabetical order.  Just to confirm that that's -- I have the initials of who we're discussing.

**THE COURT:**  Yes.  Okay.  I've got to hear from everybody.

Plaintiffs?

**MR. CANTY:**  No issues from the plaintiffs, Your Honor.

**THE COURT:**  Flo?

**MS. SHARTON:**  No issues.

**THE COURT:**  Okay.  And, Meta, you said no issues.

Now, look, next time, just I'm just going say the number, you say it.  Don't make ask.  Okay?  Just -- just blurt it out.  All right?

Number 2?

**MR. CANTY:**  From the plaintiffs, no issues.

**MS. SHARTON:**  No issues.

**THE COURT:**  Meta?

**MR. CLUBOK:**  No issues for Meta.  Sorry, Your Honor.

**THE COURT:**  You have to say for each time.

Number 3, let's do this, initials E and B, as in baby?

**MS. SHARTON:**  No issues.

**MR. CANTY:**  No issues.

**MR. CLUBOK:**  No issues.

**THE COURT:**  Okay.  Number 4, initials C and B, as in baby?

**MR. CANTY:**  Your Honor, from the plaintiffs, just to be clear, we're talking about scheduling conflicts or -- because there is an issue here, and I don't know if it's well reserved for Monday.

**THE COURT:**  Question 25?

**MR. CANTY:**  Yes.

**THE COURT:**  That type of thing, you know, we can go over.  I mean, look, I don't -- what do you want to do, Plaintiff?

**MR. CANTY:**  I'm okay excusing her.

**THE COURT:**  Okay.  Meta, what do you think?

**MR. CLUBOK:**  That's fine, Your Honor.

**THE COURT:**  Flo?

**MS. SHARTON:**  We agree.

**THE COURT:**  Okay.  We will not call in 4.  All right.

Number 5, initials V, as in Victor, B as in baby.

**MR. CANTY:** For the plaintiffs, Your Honor, we'd -- okay excusing him based on a sole depend- -- caretaker of two minor dependents.

**THE COURT:** Question Number 25?

**MR. CANTY:** Correct.

**THE COURT:** Meta?

**MR. CLUBOK:** We are fine with excusing him.

**THE COURT:** Okay. Let's not use gender. Let's just say "this person."

**MR. CLUBOK:** I apologize, Your Honor.

**THE COURT:** It's all right.

Flo?

**MS. SHARTON:** No issues.

**THE COURT:** Okay. We will not call in 5.

Number 6, initials CC?

**MR. CANTY:** Yes, Your Honor. We're okay with excusing Number CC. This is a student that has a limited internship for 90 days.

**THE COURT:** Okay. Yeah, Question 25.

**MR. CANTY:** Correct.

**THE COURT:** Meta?

**MR. CLUBOK:** We're okay excusing this person.

**THE COURT:** Okay. Flo?

**MS. SHARTON:** We would like to keep this juror if we

could, Your Honor.  It's an internship and not sort of a serious financial hardship.

**THE COURT:**  It does say he works two jobs and -- all right.  I mean, if you want to -- okay.  Call him in. Number 7, initials TC.

**MR. CANTY:**  For the plaintiffs, Your Honor, no issues.

**MR. CLUBOK:**  For Meta, no issues.

**MS. SHARTON:**  No issues.

**THE COURT:**  Okay.  Number 8, initials N, as in normal, and C, NC.

**MR. CANTY:**  No issues, Your Honor.

**MS. SHARTON:**  No issues.

**MR. CLUBOK:**  No issues.

**THE COURT:**  Okay.  Number 9, initials IC.

**MR. CANTY:**  For the plaintiffs, Your Honor, Question 25.  The prospective juror raised the issue of financial hardship.

**THE COURT:**  Okay.  Meta?

**UNIDENTIFIED SPEAKER:**  No, I think we -- we have no issues.  Oh, sorry.

**THE COURT:**  All right.  No issues for Flo?  I mean, you're fine not calling her in?  Calling the juror in?

(Reporter interruption for clarity of the record.)

**THE COURT:**  Number 9, initials IC.  Plaintiff has suggested not having that person in because of a financial

hardship.

Meta?

**MR. CLUBOK:**  That's fine.  We agree.

**THE COURT:**  Flo?

**MS. SHARTON:**  Okay.  We agree.

**THE COURT:**  Okay.  We'll not call in Number 9.

Number 10, initials AF, as in field.

**MR. CANTY:**  Michael Canty for the plaintiffs.

No issues, Your Honor.

**MR. CLUBOK:**  No issues for Meta.

**MS. SHARTON:**  No issues.

**THE COURT:**  Okay.  Number 11, initials AG.

**MR. CANTY:**  Your Honor, the prospective juror raised a financial hardship in Question 25.

**THE COURT:**  All right.  Flo?

**MS. SHARTON:**  We agree with the -- letting that juror go, Your Honor.

**THE COURT:**  All right.  Meta?

**MR. CLUBOK:**  We agree.

**THE COURT:**  Okay.  We will not call in Number 11.

Number 12, initials SG.

**MR. CANTY:**  For the plaintiffs, no issue, Your Honor.

**MR. CLUBOK:**  No issues for Meta.

**MS. SHARTON:**  And no issues from Flo.

**THE COURT:**  Okay.  Number 13, initials EH.

**MR. CANTY:** For the plaintiffs, Your Honor, yes. Terrible situation here.

**THE COURT:** Hold on one second. Let me just take -- it's 25, I take it?

**MR. CANTY:** Yes.

**THE COURT:** Oh, yes. This looks like a rather -- a rather involved medical situation.

**MR. CLUBOK:** Meta agrees.

**THE COURT:** Yeah. I'm not going to call her in.

Okay. Number 14, initials WH.

**MR. CANTY:** No issues from the plaintiffs, Your Honor.

**MS. SHARTON:** No issues from Flo.

**MR. CLUBOK:** No issues from Meta.

**THE COURT:** All right.

Number 15, initials V, as in viceroy, J.

**MR. CANTY:** No issues for the plaintiffs, Your Honor.

**MS. SHARTON:** No issues from Flo.

**MR. CLUBOK:** No issues, Meta.

**THE COURT:** Okay. 16, initials M, as in munificent, and K.

**MR. CANTY:** No issues for the plaintiffs, Your Honor.

**THE COURT:** Okay. This is an Apple and Flo user. I'm just pointing that out. I don't -- I'm totally agnostic on it.

And Question Number 22, everyone's good with that?

**MR. CLUBOK:** Well, are we allowed -- if we're allowed

to raise that, you're right.  If it's a Flo user that would be, obviously, problematic.

THE COURT:  Or they're a class member, possibly.

MR. CLUBOK:  Obviously.

MR. CANTY:  Your Honor, Michael Canty for the plaintiffs.

I did indicate that.  I didn't know if that was within the ambit of what we're speaking about today --

THE COURT:  Yes, this is sort of macro --

MR. CANTY:  -- if it's a class member.

THE COURT:  Well, I mean, it's possible this person is not, but -- right? -- because the class.

MR. CANTY:  Correct.

THE COURT:  Yeah.  Okay.

MS. SHARTON:  And I was in the same boat.  I didn't think we were discussing that -- that ambit.

THE COURT:  Yeah.

MS. SHARTON:  But I think that's probably --

THE COURT:  So far this is the only person who's said that in the ones we've looked at, so you have missed nothing.

MS. SHARTON:  Yeah.

THE COURT:  Okay.  I'm happy to have the person in and we can explore it.  But if you all agree not to -- it's up to you.

MR. CLUBOK:  We're fine not making that person come

in.

MS. SHARTON:  Same with Flo.

THE COURT:  Plaintiff?

MR. CANTY:  In an effort to be accommodating, I would agree.  So --

THE COURT:  Okay.  We'll not call in 16.

This is all up to you, I mean, so you all just do whatever you think is right.

All right.  Number 17, initials JK.

MR. CANTY:  No issues, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues for Meta.

THE COURT:  All right.  Number 18, initials JK.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues.

THE COURT:  All right.  Number 19, initials CK.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues.

THE COURT:  All right.  Number 20, initials A and L.

MS. SHARTON:  I think -- oh, go ahead.

MR. CANTY:  Plaintiffs, no issues.

MS. SHARTON:  Yeah, I think, for Flo, Your Honor, this is another hardship one that sort of sounded like 13.

THE COURT:  Question 25?  Let's see.

MS. SHARTON:  Same as 13, with the medical appointments.

MR. CANTY:  Oh, okay.

THE COURT:  Oh, I see.  Yeah.  Okay.  All right.  So Flo is suggesting no.

Plaintiff?

MR. CANTY:  It -- it -- I mean, I've no objection to that, Your Honor.

THE COURT:  Okay.  Meta?

MR. CLUBOK:  Well, it's kind of a soft, "I'm really hoping I'm not selected for the jury," as opposed to an actual hardship.  I don't want to waste time to bring her in, but I am wondering if that's one that we should.

THE COURT:  All right.  That's fine.  We'll have her in.  We'll bring in 20.

Okay.  21, initials M, as in magical, and L.

MR. CANTY:  No issues for the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues.

THE COURT:  Okay.  Number 22, initials JL.

MR. CANTY:  For the plaintiffs, no issues.

MR. CLUBOK:  No issues.

MS. SHARTON:  Sorry to speak over each other for the court reporter.

No issues for Flo.

**MR. CLUBOK:**  Sorry about that.  That was my fault.

**THE COURT:**  Number 23, initials TL.

**MR. CANTY:**  Yes, Your Honor, for the plaintiffs.  This prospective juror indicated that they work at Google, who was a party to this case, so --

**THE COURT:**  Who is gone.  They're gone.

**MR. CANTY:**  I understand that, but I think that when we talk about some of the facts here, they're inextricably intertwined with some of the conduct of Google.  So --

**THE COURT:**  You think Google is going to come up during the trial?

**MR. CANTY:**  I can't predict definitively whether they will or they will not, but this SDK and others using the SDK, including Google, may come up.

**THE COURT:**  Okay.  Meta?

**MR. CLUBOK:**  We disagree.  We should bring this person in.  It's certainly not a hardship.  And I don't see how someone who just happens to work at any company who's not a defendant should be excluded automatically.

**THE COURT:**  Flo?

**MS. SHARTON:**  Same position as Meta.

**THE COURT:**  All right.  I'll tell you what, we'll have this person in and we can just follow up a little bit.  Okay?

24, initials AM, as in Matthew.

**MR. CANTY:** For the plaintiffs, Your Honor, Question 25, the prospective juror indicated that they're the sole caretaker for a minor child, and it's the summertime and has nobody to watch the child if he's selected.

**THE COURT:** All right. Okay.

**MR. CANTY:** If the person is selected.

**THE COURT:** Yeah. Okay. Meta?

**MR. CLUBOK:** We would agree.

**THE COURT:** Flo?

**MS. SHARTON:** We agree with letting them go.

**THE COURT:** Okay. 24 will not be coming in. 25, initials K and M, as in magic.

**MR. CLUBOK:** KJ, as in Jake?

**THE COURT:** Oh, is it?

**MS. SHARTON:** KMJ.

**THE COURT:** K, M, hyphen, J. KMJ.

**MR. CANTY:** For the plaintiffs, Your Honor, no issues.

**MS. SHARTON:** No issues.

**MR. CLUBOK:** No issues.

**THE COURT:** All right. Number 26, initials RM, as in magic.

**MR. CANTY:** Your Honor, for the plaintiffs, this prospective juror indicated that they have potential financial hardship as well as a medical condition that would make it very difficult -- or excuse me -- impossible to sit for long periods

of time.

**THE COURT:** All right.  Meta?

**MR. CLUBOK:** I didn't believe this juror said impossible to sit.  I think it's just an issue that might create an issue unless they get a break.  And I don't think that financial hardship -- what I saw was the person was kind of worried if he'd be able to close his shop.  But, obviously, if he doesn't know -- he must not know that court is going to be done by --

**THE COURT:** Okay.  We'll have that person in.

Okay.  Number 27, JM, as in magic.

**MR. CANTY:** No issues from the plaintiffs, Your Honor.

**MS. SHARTON:** No issues.

**MR. CLUBOK:** No issues.

**THE COURT:** Well, did you all read 25?

I'm not sure this person is going to be in the right frame of mind to focus on a trial.

**MR. SADUN:** Which number?

**THE COURT:** 25.

**MR. SADUN:** Oh.

**MS. SHARTON:** Yeah.

**MR. CANTY:** Your Honor, in light of that, and reviewing that, if -- I certainly would have no objection to allowing her not to have to come in.

**THE COURT:** Okay.  Meta?

MR. CLUBOK:  It's -- well, it -- certainly, if there's a funeral, celebration of life, that hasn't already happened, we would agree.

THE COURT:  Flo?

MS. SHARTON:  I think it's a little ambiguous, and I would just say maybe we could bring her in and assess, because it -- from the time frame that this was filled out, plus, we don't know when that is.

THE COURT:  No, it was submitted on July 8th.

MS. SHARTON:  Yeah.

THE COURT:  So that would --

MS. SHARTON:  She said in the coming weeks.

THE COURT:  -- a couple of days ago.  A week ago.

You know, I'm really not -- there's not much I can do with rehabilitating this kind of a thing.

Well, all right.  We'll have that person in.

Okay.  Number 28.  JM, as in magic.

MR. CANTY:  No issues, Your Honor.

MS. SHARTON:  No issues from Flo.

MR. CLUBOK:  No issues from Meta.

THE COURT:  All right.  Number 29.  RM, as in magic.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues.

THE COURT:  Okay.  30, C and N, as in normal.

**MR. CANTY:**  No issues from the plaintiffs, Your Honor.

**MS. SHARTON:**  No issues from Flo.

**MR. CLUBOK:**  No issues from Meta.

**THE COURT:**  31?

**MR. CANTY:**  Yes, Your Honor.

**THE COURT:**  AFPA.

**MR. CANTY:**  Yes, Your Honor, from the plaintiffs.

This prospective juror is in the middle of medical school rotations.  I know that that's a critical part of the educational process for doctors and it -- asked to be excused due to the scheduling commitment as a student doctor.

**THE COURT:**  Okay.  Meta?

**MR. CLUBOK:**  Well, the person said, "It would be great if I can be excused as a juror from this case," not that "I can't treat my patients."

That juror may not realize the schedule is -- obviously, there's many days off.  She seems to think she's only going to have the federal holiday off.  I would think, you know, unless someone says they can't do it and they simply say "It would be great if I can be excused" --

**THE COURT:**  All right.  We'll have that person in. Okay.

Number 32, JP, as in pear.

**MR. CANTY:**  Plaintiffs, no issues, Your Honor.

**MS. SHARTON:**  No issues.

**THE COURT:** Okay.  Number 33, initial KP, as in pear.

**MR. CANTY:** For the plaintiffs, Your Honor, no issues.

**MS. SHARTON:** No issues.

**MR. CLUBOK:** No issues, Your Honor.

**THE COURT:** All right.  Number 34, initials M, as in magic, P, as in pear.

**MR. CANTY:** Yes, Your Honor.  This prospective juror indicated that he's currently not in the country and does not have any plans to return home.  He's working abroad, trying to fix --

**THE COURT:** He says he'll return next week.  Look at 25.

**MR. CANTY:** Oh, I'm sorry.  I was -- I was looking that he was awaiting results of the diagnostics they're running.  If he's back, then we certainly should bring him in.

**THE COURT:** Well, actually, he says "I'm returning next week," but then he says "I haven't booked my ticket."

**MR. CANTY:** Right.

**MS. SHARTON:** I think that was two --

**THE COURT:** You know what?  I'm going to tell you that I'm going to have this person in.  All right?  So we will have 34 in.

Number 35, AR.

**MR. CANTY:** No issues, Your Honor, from the plaintiffs.

**MS. SHARTON:**  No issues from Flo.

**MR. CLUBOK:**  No issues from Meta.

**THE COURT:**  Number 36, P, as in pear, R.

**MR. CANTY:**  No issues from the plaintiffs, Your Honor.

**MS. SHARTON:**  No issues.

**MR. CLUBOK:**  No issues, Your Honor.

**THE COURT:**  All right.  37, M, as in magic, R?

**MR. CANTY:**  No issues from the plaintiffs, Your Honor.

**THE COURT:**  Oh.  One second.  This person -- this person lives in Castro Valley.  Oh, that's fine.

No issues?  I'm sorry.  Who said that, the plaintiff?

**MR. CANTY:**  Yes, Your Honor.

**THE COURT:**  Okay.  Flo?

**MS. SHARTON:**  I think she did raise an issue --

**THE COURT:**  It's not far enough.

**MS. SHARTON:**  Yeah.  Okay.

**MR. CLUBOK:**  But, Your Honor, I think this --

**MS. SHARTON:**  -- sole caretaker, but yeah.

**MR. CANTY:**  Yeah.  This person said, as a caretaker, she watches her kids while her husband is at work.  She watches the children.

**THE COURT:**  Oh, okay.  Well, we'll have her in and see how it goes.

Okay.  38, M, as in magic, R.

**MR. CANTY:**  Nothing from the plaintiffs, Your Honor.

**MS. SHARTON:** No issues.

**MR. CLUBOK:** No issues, Your Honor.

**THE COURT:** All right. 39, AS.

**MR. CANTY:** No issues from the plaintiffs, Your Honor.

**MS. SHARTON:** No issues.

**MR. CLUBOK:** No issues, Your Honor.

**THE COURT:** Okay. Number 40. N, as in normal, S.

**MR. CANTY:** No issues from the plaintiffs, Your Honor.

**MS. SHARTON:** No issues.

**MR. CLUBOK:** No issues, Your Honor.

**THE COURT:** Okay. Number 41, SS.

**MR. CANTY:** No issues from the plaintiffs, Your Honor.

**MS. SHARTON:** I think this is a full-time student, Your Honor, and full-time employee. I think -- yeah.

**THE COURT:** We'll have that person in and I can ask her a couple -- little bit.

**MS. SHARTON:** Okay.

**THE COURT:** Number 42, M, as in magic, S.

**MR. CANTY:** No issues from the plaintiffs, Your Honor.

**MS. SHARTON:** No issues. I guess this person has asked for a partial excuse, but no.

**THE COURT:** On the 10th and 11th.

**MS. SHARTON:** Yeah. Should be okay.

**THE COURT:** Those days have passed. Okay.

43, RT.

**MR. CANTY:**  No issues from the plaintiffs, Your Honor.

**MS. SHARTON:**  No issues.

**MR. CLUBOK:**  No issues, Your Honor.

**THE COURT:**  All right.  44, AT.

**MR. CANTY:**  No issues from the plaintiffs, Your Honor.

**THE COURT:**  No issues from Flo.

**MR. CLUBOK:**  No issues.

**THE COURT:**  All right.  45, KU.

**MR. CANTY:**  No issues for plaintiffs, Your Honor.

**MS. SHARTON:**  No issues from Flo.

**MR. CLUBOK:**  No issues, Your Honor.

**THE COURT:**  All right.  And let's see.

46, M, as in magic, U.

**MR. CANTY:**  Your Honor, this is a --

**THE COURT:**  Let me just quickly read that.  Okay?

**MR. CANTY:**  Sure.

**THE COURT:**  I'm looking at 25.  Let's see.

All right.  Plaintiff, what would you like to do?

**MR. CANTY:**  Your Honor, in light of the service he's providing to the community and his expression that it would have dire effects on some of those that are not served by the medical community, we would have no objection to not bringing him in.

**THE COURT:**  Okay.  Flo?

**MS. SHARTON:**  We think we should bring him in, or we

should bring him in to assess.  I mean, there are several hundred doctors at that particular hospital.

THE COURT:  All right.  He'll come in.

All right.  47, L and V, as in viceroy.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

THE COURT:  Okay.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues, Your Honor.

THE COURT:  All right.  Number 48, S and W.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues.

THE COURT:  Number 49, JW.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues.

THE COURT:  Okay.  Number 50, MW.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues.

THE COURT:  And 51, WZ.

MR. CANTY:  No issues from the plaintiffs, Your Honor.

MS. SHARTON:  No issues.

MR. CLUBOK:  No issues, Your Honor.

THE COURT:  Okay.  And then you just got one today,

initials SA.  Did you get that one?

**MR. CANTY:**  No issues from the plaintiffs, Your Honor.

**THE COURT:**  Okay.

**MR. CLUBOK:**  No issues from Meta, Your Honor.

**MS. SHARTON:**  No issues.

**THE COURT:**  All right.  That was fewer than I had last time.  That's good.

Okay.  We'll see you all on Monday.

**MR. CLUBOK:**  Thank you, Your Honor.

**MR. CANTY:**  Thank you, Your Honor.

(Proceedings adjourned at 1:34 p.m.)

---oOo---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Friday, July 18, 2025

_____

Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG, CSR No. 12219
Official Reporter, U.S. District Court