**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (pro hac vice)
*cvillegas@labaton.com*
Michael P. Canty (pro hac vice)
*cvillegas@labaton.com*
Danielle Izzo (pro hac vice)
*Dizzo@labaton.com*
Jake Bissel-Linsk (pro hac vice)
*jbissell-linsk@labaton.com*
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

**DECHERT LLP**
Brenda R. Sharton (pro hac vice)
*brenda.sharton@dechert.com*
Benjamin M. Sadun (SBN 287533)
*benjamin.sadun@dechert.com*
One International Place
100 Oliver Street
Boston, MA 02110
Telephone: (617) 728-7100

*Counsel for Defendant Flo Health, Inc.*

[Additional Counsel Listed Below]

**LATHAM & WATKINS LLP**
Andrew B. Clubok (pro hac vice)
*andrew.clubok@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Melanie M. Blunschi (SBN 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (SBN 304635)
*kristin.whitehead@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-5942

Michele D. Johnson (SBN 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

**GIBSON, DUNN & CRUTCHER LLP**
Elizabeth K. McCloskey (SBN 268184)
*EMcCloskey@gibsondunn.com*
Abigail A. Barrera (SBN 301746)
*ABarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

*Counsel for Defendant Meta Platforms, Inc.
(formerly known as Defendant Facebook, Inc.)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FLO HEALTH, INC., et al., <br><br> Defendants. | Case No. 3:21-CV-00757-JD <br><br> **UPDATED JOINTLY PROPOSED REVISIONS TO PROPOSED PRELIMINARY JURY INSTRUCTIONS** <br><br> Trial Date: July 21, 2025 <br> Time: 8:30 am <br> Judge: Hon. James Donato <br> Ctrm: 11 – 19th Floor, SF |

1    The parties have reviewed the Court's proposed preliminary instructions and jointly

2    propose the following modifications:

3    1.    In Instruction No. 2, the parties propose clarifying that Meta was known as

4    Facebook during the relevant time period to avoid potential confusion, as the jury will see and hear

5    many references to Facebook in documents and testimony.  Specifically, the parties propose adding

6    the following language:

7        The plaintiffs are Erica Frasco, Sarah Wellman, Jennifer Chen, Tesha

8        Gamino, and Autumn Meigs. The defendants are Flo Health and Meta.

9        During the time period relevant to this case, Meta was known as

10       Facebook.  Documents and witnesses may use the names Meta and

11       Facebook interchangeably.

12   2.    Also in the Instruction No. 2, the parties propose correcting the reference to the

13   "California Information Privacy Act" to reflect that the claim alleged against Meta arises under

14   the "California Invasion of Privacy Act."

15   3.    Finally, in Instruction No. 10, the parties suggest that the Court remove references

16   to Google and update the list of Custom App Events at issue in light of Plaintiffs' settlement with

17   Google.

18   The proposed revised instructions follow.

19

20

21

22

23

24

25

26

27

28

UPDATED JOINTLY PROPOSED REVISIONS TO
PROPOSED PRELIMINARY JURY INSTRUCTIONS
CASE NO. 3:21-cv-00757-JD

1

<u>INSTRUCTION NO. 2</u>

2

**CLAIMS AND DEFENSES**

3        To help you follow the evidence, I will give you a brief summary of the parties'

4 positions.

5        The plaintiffs are Erica Frasco, Sarah Wellman, Jennifer Chen, Tesha Gamino, and

6 Autumn Meigs. The defendants are Flo Health and Meta. <u>During the time period relevant to this</u>

7 <u>case, Meta was known as Facebook.  Documents and witnesses may use the names Meta and</u>

8 <u>Facebook interchangeably.</u> All five plaintiffs have claims against Flo Health in connection with

9 their use of the Flo Period and Ovulation Tracker app for women ("Flo App"). Three plaintiffs –

10 Chen, Gamino, and Wellman – also have claims against Meta.

11        Plaintiffs allege that Flo Health shared Flo App users' menstrual and sexual health

12 information with Meta and violated the California Confidentiality of Medical Information Act,

13 invaded their privacy, and breached the terms of its Privacy Policy. Plaintiffs Chen, Gamino, and

14 Wellman also allege that Meta violated the <u>California Invasion of Privacy Act</u>. Plaintiffs have the

15 burden of proving each claim by a preponderance of the evidence as to each defendant.

16        Flo Health denies all of plaintiffs' claims. Flo Health alleges as affirmative defenses that

17 users consented to the alleged information sharing and that users did not file their lawsuit within

18 the time permitted by the statute of limitations. Flo has the burden of proving each affirmative

19 defense by a preponderance of the evidence.

20        Meta denies the claim of plaintiffs Chen, Gamino, and Wellman. Meta alleges as an

21 affirmative defense that these plaintiffs did not file their lawsuit within the time permitted by the

22 statute of limitations. Meta has the burden of proving its affirmative defense by a preponderance

23 of the evidence.

24

25

26

27

28

UPDATED JOINTLY PROPOSED REVISIONS TO
PROPOSED PRELIMINARY JURY INSTRUCTIONS
CASE NO. 3:21-cv-00757-JD

<u>INSTRUCTION NO. 10</u>

**STIPULATIONS OF FACT**

The parties have agreed to certain facts that I will now read to you. You must treat these facts as having been proved.

1.      Plaintiff Erica Frasco is a citizen of the State of New Jersey who downloaded the Flo App.

2.      Plaintiff Sarah Wellman is a citizen of the State of California who downloaded the Flo App.

3.      Plaintiff Jennifer Chen is a citizen of the State of California who downloaded the Flo App.

4.      Plaintiff Tesha Gamino is a citizen of the State of California who downloaded the Flo App.

5.      Plaintiff Autumn Meigs is a citizen of the State of Ohio who downloaded the Flo App.

6.      Defendant Flo Health, Inc. ("Flo") is the developer of the Flo App.

7.      Defendant Meta Platforms, Inc. ("Meta") is a technology company that, among other things, offers free tools like ~~the~~ a Facebook SDK to allow businesses to build unique and customized solutions to serve their clients.

8.      Plaintiffs first filed a lawsuit against Flo based on purported injuries arising from their use of the Flo App on January 29, 2021.

9.      Plaintiffs first filed a lawsuit against Meta based on purported injuries arising from their use of the Flo App on June 7, 2021.

10.     Flo was created in 2015 and launched the Flo App in 2016.

11.     During the Class Period, the Flo App was available for download on the iOS and Android app stores.

12.     The Flo App is a mobile application that can be used to track periods and pregnancy.

13.     Plaintiffs Chen, Frasco, Gamino, and Meigs downloaded the Flo App to track their menstrual cycles. Plaintiff Wellman downloaded the Flo App to track her menstrual activity and figure out the best day to get pregnant.

14.     During the Class Period, ~~Google and~~ Meta ~~both~~ offered a Facebook SDK to app developers.

~~15.     Flo incorporated the Google Analytics for Firebase SDK ("GA for Firebase SDK") into the Flo App between September 2018 and February 2019.~~

1~~5~~6.     Flo incorporated code from ~~the~~ a Facebook SDK into the Flo App throughout the Class Period.

~~17.     Flo incorporated the Fabric SDK into the Flo App prior to the deprecation of Fabric in 2020.~~

16~~8~~.     The Custom App Event names at issue in this lawsuit are:

- "R_CHOOSE_GOAL"
- "R_SELECT_LAST_PERIOD_DATE"
- "R_SELECT_CYCLE_LENGTH"
- "R_SELECT_PERIOD_LENGTH"
- "R_AGE_CHOSEN_PERIODS"
- "R_AGE_CHOSEN_PREGNANCY"
- "R_AGE_CHOSEN_PREGNANCY_METHOD"
- R_PREGNANCY_METHOD"
- "R_PREGNANCY_METHOD_DATE"
- "R_PREGNANCY_WEEK_CHOSEN"
- "R_PREGNANCY_WEEK_CHOSEN_UNKNOWN"
- "SESSION_CYCLE_DAY_FIRST_LAUNCH"

17~~9~~.     Flo shared the Custom App Events in Paragraph 16~~5~~ that I just read to you with ~~Google and~~ Meta.

1    Dated: July 20, 2025                    /s/ Melanie M. Bounschi
2                                            **LATHAM & WATKINS LLP**
                                             Melanie M. Blunschi (SBN 234264)
3                                            *melanie.blunschi@lw.com*
                                             Kristin Sheffield-Whitehead (SBN 304635)
4                                            *kristin.whitehead@lw.com*
                                             505 Montgomery Street, Suite 2000
5                                            San Francisco, CA 94111-6538
                                             Telephone:  415.395.5942
6
                                             Michele D. Johnson (SBN 198298)
7                                            *michele.johnson@lw.com*
                                             650 Town Center Drive, 20th Floor
8                                            Costa Mesa, CA 92626
                                             Telephone:  714.540.1235
9
                                             Andrew B. Clubok (*pro hac vice*)
10                                           *andrew.clubok@lw.com*
                                             555 Eleventh Street NW, Suite 1000
11                                           Washington, D.C. 20004
                                             Telephone: 202.637.2200
12
                                             **GIBSON, DUNN & CRUTCHER LLP**
13                                           Elizabeth K. McCloskey (SBN 268184)
                                             EMcCloskey@gibsondunn.com
14                                           Abigail A. Barrera (SBN 301746)
                                             ABarrera@gibsondunn.com
15                                           One Embarcadero Center, Suite 2600
                                             San Francisco, CA 94111-3715
16                                           Telephone: 415.393.8200
17
                                             Christopher Chorba (SBN 216692)
18                                           333 South Grand Avenue
                                             Los Angeles, CA 90071
19                                           Telephone: 213.229.7503
                                             CChorba@gibsondunn.com
20
21                                           *Counsel for Defendant Meta Platforms, Inc.*
                                             *(formerly known as Defendant Facebook, Inc.)*
22
23    Dated:  July 20, 2025                  /s/ Diana Zinser
24                                           Diana J. Zinser (*pro hac vice*)
                                             Jeffrey L. Kodroff (*pro hac vice*)
25                                           **SPECTOR ROSEMAN & KODROFF, P.C.**
                                             2001 Market Street, Suite 3420
26                                           Philadelphia, PA 19103
                                             Tel: (215) 496-0300
27                                           Fax: (215) 496-6611
                                             dzinser@srkattorneys.com
28                                           jkodroff@srkattorneys.com

1
2      *Interim Co-Lead Counsel for Plaintiffs and the
       Class*

3      Carol C. Villegas (*pro hac vice*)
4      Michael P. Canty (*pro hac vice*)
       Danielle Izzo (*pro hac vice*)
5      Jake Bissell-Linsk (*pro hac vice*)
       **LABATON KELLER SUCHAROW LLP**
6      140 Broadway
7      New York, NY 10005
       Tel: (212) 907-0700
8      Fax: (212) 818-0477
       cvillegas@labaton.com
9      mcanty@labaton.com
       dizzo@labaton.com
10     jbissell-linsk@labaton.com

11     *Interim Co-Lead Counsel for Plaintiffs and the
       Class*
12

13     Christian Levis (*pro hac vice*)
14     Amanda Fiorilla (*pro hac vice*)

15     **LOWEY DANNENBERG, P.C.**
       44 South Broadway, Suite 1100
16     White Plains, NY 10601
       Tel.: (914) 997-0500
17     Fax: (914) 997-0035
       clevis@lowey.com
18     afiorilla@lowey.com

19
       *Interim Co-Lead Counsel for Plaintiffs and the
20     Class*

21     James M. Wagstaffe (SBN 95535)
22     **ADAMSKI MOROSKI MADDEN
       CUMBERLAND & GREEN LLP**
23     P.O. Box 3835
       San Luis Obispo, CA 93403-3835
24     Tel: (805) 543-0990
       Fax: (805) 543-0980
25     wagstaffe@wvbrlaw.com

26     *Counsel for Plaintiffs Erica Frasco and Sarah
       Wellman*
27

28     Ronald A. Marron (SBN 175650)
       Alexis M. Wood (SBN 270200)

Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN 55356
Tel: (612) 940-4452
williamslawmn@gmail.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, Ohio 43221
Tel: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

Dated:  July 20, 2025          /s/ Brenda R. Sharton
                              Brenda R. Sharton (*pro hac vice*)
**DECHERT LLP**
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

**DECHERT LLP**
Benjamin M. Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*

1

**SIGNATURE ATTESTATION**

2

3           I am the ECF User whose identification and password are being used to file the foregoing

Jointly Proposed Revisions to Proposed Preliminary Jury Instructions.  Pursuant to L.R. 5-1(i)(3)

regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document

has been obtained.

DATED:  July 20, 2025                              */s/ Melanie M. Blunschi*
                                                   Melanie M. Blunschi