**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case No.  3:21-cv-00757-JD

Case Name:  FRASCO V. FLO HEALTH, INC.

Date:  July 21, 2025                                    Time:  5 Hours & 22 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK                    **Court Reporter**:  Ruth Levine

**COUNSEL FOR PLTF**:          Michael Canty / Carol Villegas / Christian Levis / Diana Zinser

**COUNSEL FOR DEFT**:          Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth
McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie
Jones / Theodore Yale

Trial Began:  July 21, 2025                    Further Trial:  July 22, 2025

**TRIAL MOTIONS HEARD**:                    **DISPOSITION:**

1. _____          _____

2. _____          _____

3. _____          _____

**OTHER:**

See Trial Sheet Attached.

**VERDICT:**

_____

_____

**DISPOSITION OF EXHIBITS:**

_____

_____