UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:21-cv-00757-JD
Case Name: Frasco v. Flo Health, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | DEFENSE ATTORNEYS: Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale | PLAINTIFF ATTORNEYS: Michael Canty / Carol Villegas / Christian Levis / Diana Zinser |
|---|---|---|
| **JUERY TRIAL HEARING DATE:** July 21, 2025 | **REPORTER:** Ruth Levine | **CLERK:** Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:12 am | | | Court in session all parties present outside the presence of the prospective jurors. | |
| | | 9:20 am | | | Court in recess. | |
| | | 9:44 am | | | All parties present and 43 prospective jurors present. Roll taken of prospective jurors. Court welcomes prospective jurors. | |
| | | 9:55 am | | | 8 prospective jurors seated. Voir dire begins. | |
| | | 11:03 am | | | 8 members sworn as jurors. | |
| | | 11:05 am | | | Court in recess. | |
| | | 11:41 am | | | Court in session all parties and jury present. Court pre-instructs the jury. | |
| | | 12:07 pm | | | Plaintiff's opening statement. | |
| | | 12:33 pm | | | Flo opening statement. | |
| | | 1:05 pm | | | Meta opening statement. | |
| | | 1:35 pm | | | Court in recess | |
| | | 2:03 am | | | Court in session out of the presence of the jury. | |
| | | 2:10 pm | | | Plaintiff calls Sarah Wellman – direct examination. | |
| 611a | | | | | | LC |
| 611b | | | | | | LC |
| 611c | | | | | | LC |
| 611d | | | | | | LC |
| 611e | | | | | | LC |
| 611f | | | | | | LC |
| 611g | | | | | | LC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 611h | | | | | | LC |
| 611i | | | | | | LC |
| 611j | | | | | | LC |
| 611k | | | | | | LC |
| 611l | | | | | | LC |
| 611m | | | | | | LC |
| 611n | | | | | | LC |
| 611o | | | | | | LC |
| 611q | | | | | | LC |
| 611r | | | | | | LC |
| 611s | | | | | | LC |
| | | 2:32 pm | | | Jury in recess. | |
| | | 2:38 pm | | | Court in recess | |
| | | | | | Plaintiff has 728 Minutes Left. Defendant has 750 Minutes left | |