**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case No.  3:21-cv-00757-JD

Case Name:  FRASCO V. FLO HEALTH, INC.

Date: July 22, 2025                                        Time: 5 Hours & 44  Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK                          **Court Reporter**:  Ruth Levine

**COUNSEL FOR PLTF**:          Michael Canty / Carol Villegas / Christian Levis / Diana Zinser

**COUNSEL FOR DEFT**:          Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth
McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie
Jones / Theodore Yale

Trial Began:  July 21, 2025                          Further Trial:  July 23, 2025

**TRIAL MOTIONS HEARD**:                    **DISPOSITION:**

1. _____          _____

2. _____          _____

3. _____          _____

**OTHER:**

See Trial Sheet Attached.

The motion papers handed to Ms. Clark in connection with the request for a witness to testify remotely are
stricken and will not be filed for failure to comply with the Court's pretrial order.  Dkt. No. 692 at 3.

**VERDICT:**

_____

_____

**DISPOSITION OF EXHIBITS:**

_____

_____