UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:21-cv-00757-JD
Case Name: Frasco v. Flo Health, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | DEFENSE ATTORNEYS: Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale | PLAINTIFF ATTORNEYS: Michael Canty / Carol Villegas / Christian Levis / Diana Zinser |
|---|---|---|
| JUERY TRIAL HEARING DATE: July 22, 2025 | REPORTER: Ruth Levine | CLERK: Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:07 AM | | | Court in session all parties present outside the presence of the jury. | |
| | | 9:11 AM | | | Court in session all parties and jury present. Cont'd direct of Ms. Wellman. | |
| | | | | | Witness shown exhibit 611 | |
| 50 | | | 7/22/25 | 7/22/25 | Email from Flo to Sarah Wellman re Important legal notice for users who used the app between June 30, 2016, and February 23, 2019, regarding our recent settlement with the FTC | LRC |
| 66 | | | 7/22/25 | 7/22/25 | Flo Privacy Policy, effective as of July 16, 2018 | LRC |
| | | 9:28 AM | | | Cross-examination by Flo of Ms. Wellman | |
| | | | | | Witness shown 611d, | |
| | 29 | | 7/22/25 | 7/22/25 | OwHealth, Inc. Privacy Policy, effective as of May 25, 2018 | LRC |
| | 30 | | 7/22/25 | 7/22/25 | Flo Terms of Service, effective as of June 22, 2018 | LRC |
| | 55 | | 7/22/25 | 7/22/25 | Indiegogo's Privacy Policy Effective Date: 1/1/2023 | LRC |
| | | 9:58 AM | | | Cross-examination by Meta of Ms. Wellman | |
| | 70 | | 7/22/25 | 7/22/25 | "Facebook Data Policy, date of last revision April 19, 2018 " | LRC |
| | 26 | | 7/22/25 | | Email with subject line: Important updates on Google Analytics Data Retention and the General Data Protection Regulation (GDPR) | |
| | | | | | Witness shown exh. 50 | |
| | | 10:11 AM | | | Re-direct of Ms. Wellman | |
| | | 10:13 AM | | | Direct examination of Jennifer Chen | |
| | | 10:21 AM | | | Cross examination by Flo of Jennifer Chen | |

| | 44 | | 7/22/25 | 7/22/25 | Flo Welcome Screen | LRC |
|---|---|---|---|---|---|---|
| | 132 | | 7/22/25 | 7/22/25 | OwHealth, Inc. Privacy Policy, effective as of March 14, 2017 | LRC |
| | 93 | | 7/22/25 | 7/22/25 | Flo Privacy Policy (archived), effective as of December 21, 2016 | LRC |
| | 133 | | 7/22/25 | 7/22/25 | OwHealth, Inc. Terms of Service, published March 13, 2017 (and in effect through July 11, 2017) | LRC |
| | | 10:46 AM | | | Cross examination by Meta of Jennifer Chen | |
| | | 10:47 AM | | | Re-direct of Jennifer Cross | |
| | | | | | Witness shown exhibit 132 | |
| | | 10:52 AM | | | Court in recess | |
| | | 11:24 AM | | | Autumn Meigs direct examination. | |
| | | 11:29 AM | | | Cross examination by Flo of Ms. Meigs | |
| | | | | | Witness shown exhibit 44, | |
| | | 11:47 AM | | | Cross examination by Meta of Ms. Meigs | |
| | | 11:50 AM | | | Re direct of Ms. Meigs | |
| | | 11:51 AM | | | Direct examination of Tesha Gamino | |
| | | 11:58 AM | | | Cross examination by Flo of Ms. Gamino | |
| | | | | | Witness shown exhibit 29 | |
| | | 12:21 AM | | | Cross examination by Meta of Ms. Gamino | |
| | | 12:28 AM | | | Re direct of Ms. Gamino | |
| | | 12:31 AM | | | Direct examination of Erica Frasco | |
| 610s | | | 7/22/25 | 7/22/25 | Tell the app about your cycle | LRC |
| 610t | | | 7/22/25 | 7/22/25 | How Can We Help You? | LRC |
| 610u | | | 7/22/25 | 7/22/25 | How Can We Help You? | LRC |
| 610v | | | 7/22/25 | 7/22/25 | Select | LRC |
| 610w | | | 7/22/25 | 7/22/25 | When Did Your Last Period Start? | LRC |
| 610x | | | 7/22/25 | 7/22/25 | On average, how long is your cycle? | LRC |
| 610y | | | 7/22/25 | 7/22/25 | On average, how long is your cycle? | LRC |
| 610z | | | 7/22/25 | 7/22/25 | On average, how long is your cycle? | LRC |
| 610aa | | | 7/22/25 | 7/22/25 | On average how long is your cycle | LRC |
| 610ab | | | 7/22/25 | 7/22/25 | What Year Were You Born? | LRC |
| 610ac | | | 7/22/25 | 7/22/25 | What Year Were You Born? | LRC |
| 610ad | | | 7/22/25 | 7/22/25 | Predicting Your Cycles | LRC |
| 610ae | | | 7/22/25 | 7/22/25 | Get Reminders About Your Cycle | LRC |
| 610ag | | | 7/22/25 | 7/22/25 | Ovaluation in 4 days | LRC |
| 610ai | | | 7/22/25 | 7/22/25 | Cycles predictions will be more accurate if you log symptoms and other health parameters regularly | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 610aj | | | 7/22/25 | 7/22/25 | Cycles predictions will be more accurate if you log symptoms and other health parameters regularly | LRC |
| 610ak | | | 7/22/25 | 7/22/25 | June Calendar | LRC |
| | | 12:40 PM | | | Flo cross of Ms. Frasco | |
| | 147 | | 7/22/25 | 7/22/25 | Flo Health Privacy Policy, effective as of August 28, 2017 | LRC |
| | | 12:52 PM | | | Court in recess | |
| | | 1:20 PM | | | Court in session out of the presence of the jury. | |
| | | 1:37 PM | | | Court in session all parties and jury present | |
| | | 1:40 pm | | | Flo cont'd cross of Ms. Frasco | |
| | | | | | Witness shown exhibit 29 | |
| | 189 | | 7/22/25 | 7/22/25 | Flo app Terms of Service, published July 11, 2017 and in effect through November 15. | LRC |
| | | 2:02 PM | | | Meta cross examination. | |
| | | 2:03 PM | | | Re direct of Ms. Frasco | |
| | | | | | Witness shown exhibit 147 | |
| | | 2:11 PM | | | Direct examination Serge Egelman, Ph.D | |
| | | | | | Witness qualified as an expert. | |
| 768 | | | 7/22/25 | | Expert Rebuttal Report of S. Egelman, Ph.D. | |
| 604A | | | 7/22/25 | 7/22/25 | Tell the app about your cycle | LRC |
| 604B | | | 7/22/25 | 7/22/25 | How Can We Help You? | LRC |
| 604C | | | 7/22/25 | 7/22/25 | When Did Your Last Period Start? | LRC |
| 604D | | | 7/22/25 | 7/22/25 | On average  how long is your period? | LRC |
| 604E | | | 7/22/25 | 7/22/25 | On average, how long is your cycle? | LRC |
| 604F | | | 7/22/25 | 7/22/25 | What Year Were You Born? | LRC |
| 604G | | | 7/22/25 | 7/22/25 | Calendar – June | LRC |
| 604H | | | 7/22/25 | 7/22/25 | Cycles predictions will be more accurate if you log symptoms and other health parameters regularly | LRC |
| 604I | | | 7/22/25 | 7/22/25 | Cycles predictions will be more accurate if you log symptoms and other health parameters regularly | LRC |
| 605A | | | 7/22/25 | 7/22/25 | 4. apk | LRC |
| 611V | | | 7/22/25 | 7/22/25 | Flo Welcomes You! How can we help? | LRC |
| 611W | | | 7/22/25 | 7/22/25 | What is your pregnancy week? | LRC |
| 611Y | | | 7/22/25 | 7/22/25 | What Year Were You Born? | LRC |
| 628A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |
| 628B | | | 7/22/25 | 7/22/25 | Not on list | LRC |
| 615A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |
| 618A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 614A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |
| 627A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |
| 630A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |
| 642A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |
| 594A | | | 7/22/25 | 7/22/25 | Flo Source Code | LRC |
| 674A | | | 7/22/25 | 7/22/25 | Screen Shot of Source Code from Egelman Report | LRC |
| | | 2:37 PM | | | Jury at recess court in session out of the presence of the jury. | |
| | | 2:45 PM | | | Court in recess. | |
| | | | | | Plaintiff has 637 minutes left | |
| | | | | | Defendant has 607minutes left | |