UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case No.  3:21-cv-00757-JD

Case Name:  <u>FRASCO V. FLO HEALTH, INC.</u>

Date: July 23, 2025                                     Time: 6 Hours & 4 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK                        **Court Reporter**: Ruth Levine

**COUNSEL FOR PLTF**:    Michael Canty / Carol Villegas / Christian Levis / Diana Zinser

**COUNSEL FOR DEFT**:    Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale

Trial Began:  July 21, 2025                     Further Trial:  July 24, 2025

**TRIAL MOTIONS HEARD**:                    **DISPOSITION:**

1.

2.

3.

**OTHER:**

<u>See Trial Sheet Attached.</u>

**VERDICT:**

**DISPOSITION OF EXHIBITS:**