UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:21-cv-00757-JD
Case Name: Frasco v. Flo Health, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | DEFENSE ATTORNEYS: Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale | PLAINTIFF ATTORNEYS: Michael Canty / Carol Villegas / Christian Levis / Diana Zinser |
|---|---|---|
| JUERY TRIAL HEARING DATE: July 23, 2025 | REPORTER: Ruth Levine | CLERK: Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:09 am | | | Court in session out of the presence of the jury, | |
| | | 9:15 am | | | Court in session all parties and jury present. | |
| | | | | | Cont'd direct of Dr. Egelman | |
| 226A4 | | | 7/23/25 | 7/23/25 | Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiffs' Interrogatory Nos. 1, 9, and 11, dated January 30, 2023 | LRC |
| | | 10:10 AM | | | Cross-examination of Dr. Egelman | |
| | 198 | | 7/23/25 | 7/23/25 | OwHealth, Inc. Terms of Service, for use of the Flo mobile application | LRC |
| | 537 | | 7/23/25 | 7/23/25 | AppCensus Terms of Service | LRC |
| | | 10:58 AM | | | Jury in recess. | |
| | | 11:02 AM | | | Court in recess | |
| | | 11:30 AM | | | Court in session out of the presence of the jury. | |
| | | 11:36 AM | | | Court in session all parties and jury present. | |
| | | | | | Cross examination by Meta of Dr. Egelman | |
| | 1271 | | 7/23/25 | 7/23/25 | **Preliminary Jury Instruction -** Instruction No. 10 | LRC |
| | | 12:56 PM | | | Court in recess. | |
| | | 1:20 PM | | | Court in session. | |
| | 1273 | | 7/23/25 | | Demonstrative | |
| | 771 | | 7/23/25 | 7/23/25 | List of invoices from S. Egeleman | LRC |
| | | 1:44 PM | | | Re-direct of Dr. Egelman | |
| | | | | | Witness shown demonstrative 1273 | |
| | | 1:58 PM | | | Flo call Chris Karkanias | |

|  |  |  |  |  | Witness shown demonstrative. |  |
|  |  | 2:15 PM |  |  | Jury excused for the day. |  |
|  |  | 2:28 PM |  |  | Court in session out of the presence of the jury. |  |
|  |  | 2:55 PM |  |  | Mr. Karkanias qualified as an expert outside the presence of the jury. |  |
|  |  | 3:13 PM |  |  | Court in recess. |  |
|  |  |  |  |  | Plaintiff has 568 minutes left. |  |
|  |  |  |  |  | Defendant has 418 minutes left. |  |