UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case No.  3:21-cv-00757-JD

Case Name:  FRASCO V. FLO HEALTH, INC.

Date: July 24, 2025                                    Time: 6 Hours & 48 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK                              **Court Reporter**: Ruth Levine

**COUNSEL FOR PLTF**:        Michael Canty / Carol Villegas / Christian Levis

**COUNSEL FOR DEFT**:        Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale

Trial Began: July 21, 2025                              Further Trial: July 30, 2025

**TRIAL MOTIONS HEARD**:                       **DISPOSITION:**

1. 

2. 

3. 

**OTHER:**

See Trial Sheet Attached.

**VERDICT:**



**DISPOSITION OF EXHIBITS:**