UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:21-cv-00757-JD
Case Name: Frasco v. Flo Health, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | DEFENSE ATTORNEYS: Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale | PLAINTIFF ATTORNEYS: Michael Canty / Carol Villegas / Christian Levis / Diana Zinser |
|---|---|---|
| JUERY TRIAL HEARING DATE: July 24, 2025 | REPORTER: Ruth Levine | CLERK: Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:09 AM | | | Court in session out of the presence of the jury. | |
| | | 9:13 AM | | | Flo's cont'd direct examination of Mr. Karkanias. | |
| | 1274 | | X | | Demonstrative | |
| | | 9:51 AM | | | Cross examination of Mr. Karkanias. | |
| | | | | | Witness shown exh. 226A4 | |
| | | 10:13 AM | | | Flo re-direct examination of Mr. Karkanias | |
| | | 10:20 AM | | | Meta direct examination of Georgios Zervas, PH.D | |
| | 603A | | X | X | 2. apk | LRC |
| | 1241 | | X | X | APK for Flo App version 4.15.1 (uses Facebook SDK 4.38.1) | LRC |
| | 1246 | | X | X | AppEventsLogger.java directory of Facebook SDK 4.27.0 code available at https://github.com/facebook/facebook-android-sdk/blob/sdk-version-4.27.0/facebook-core/src/main/java/com/facebook/appevents/AppEventsLogger.java | LRC |
| | 1247 | | X | X | Entirety of Facebook SDK 4.38.1 code available at https://github.com/facebook/facebook-android-sdk/blob/sdk-version-4.38.1/ | LRC |
| | 1276 | | X | X | NOT LISTED | LRC |
| | | 11;01 AM | | | Court in recess | |
| | | 11:27 AM | | | Court in session out of the presence of the jury. | |
| | | 11:38 AM | | | Meta cont'd direct of Dr. Zervas | |
| | 1275 | | X | | Demonstrative. | |
| | | 12:27 PM | | | Cross examination of Dr. Zervas | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 12:58 PM | | | Court in recess | |
| | | 1:22 PM | | | Court back in session out of the presence of the jury. | |
| | | 1:26 PM | | | Cont'd cross examination of Dr. Zervas | |
| 110 | | | X | | Summary of App Events Sent from the Flo Health App (App ID 1478610232441385) to Facebook (December 9, 2017 through December 4, 2019), as of December 4, 2019 | |
| | | 1:49 PM | | | Meta re-direct of Dr. Zervas | |
| | | 1:51 PM | | | Court reads jury questions and witness rsponds. | |
| | | 1:56 PM | | | Plaintiff calls Stephen Satterfield direct examination. | |
| 106 | | | X | X | E-mail from Caitlin O'Neill (US Public Policy) to Chris Herndon, Steve Satterfield, Anjali Dahiya re ROUGH NOTES - E&C phone briefing | LRC |
| 1260 | | | X | X | Chat log between Cecilia Zappala, Steve Satterfield, et al. | LRC |
| 1264 | | | X | X | Email from Rob Sherman to Steve Satterfield re Bullets | LRC |
| 383 | | | X | X | Email from M. Shaternik to Flo fwd: Important notice from Facebook Integrity team | LRC |
| | | 3:05 PM | | | Court in recess | |
| | | 3:13 PM | | | Court in session all parties and jury present. Cont'd direct of Mr. Satterfield. | |
| 536 | | | X | X | Email from Facebook to Flo re Important notice from Facebook Integrity team | LRC |
| 652 | | | X | | Internal Facebook chat | |
| | | | | | Witness shown exhibit 50 | |
| | | 3:23 PM | | | Meta cross examination of Mr. Satterfield | |
| | 1256 | | X | X | Compilation of Facebook Platform Policies effective March 25, 2015, effective May 26, 2016, effective October 27, 2017 and effective February 4, 2019 | LRC |
| | 1223 | | X | X | Facebook Business Tools Terms & Precursors Compilation | LRC |
| | 1224 | | X | X | Terms of Service & Precursor Compilation (Facebook) | LRC |
| | 1226 | | X | X | Data Policy Compilation (Facebook) | LRC |
| | | 3:58 PM | | | Court in recess. | |
| | | | | | Plaintiff has 421 minutes remaining | |
| | | | | | Defendant has 253 minutes remaining | |