| | |
|---|---|
| James M. Wagstaffe (SBN 95535) **ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP** P.O. Box 3835 San Luis Obispo, CA 93403-3835 Telephone: 805-543-0990 Facsimile: 805-543-0980 wagstaffe@ammcglaw.com | Christian Levis (*pro hac vice*) **LOWEY DANNENBERG, P.C.** 44 South Broadway, Suite 1100 White Plains, NY 10601 Telephone: (914) 997-0500 Facsimile: (914) 997-0035 clevis@lowey.com afiorilla@lowey.com |
| *Counsel for Plaintiffs Erica Frasco and Sarah Wellman* | *Co-Lead Class Counsel* |
| Carol C. Villegas (*pro hac vice*) **LABATON KELLER SUCHAROW LLP** 140 Broadway New York, NY 10005 Telephone: (212) 907-0700 Facsimile: (212) 818-0477 cvillegas@labaton.com mcanty@labaton.com | Diana J. Zinser (*pro hac vice*) **SPECTOR ROSEMAN & KODROFF, P.C.** 2001 Market Street, Suite 3420 Philadelphia, PA 19103 Telephone: (215) 496-0300 Facsimile: (215) 496-6611 dzinser@srkattorneys.com jkodroff@srkattorneys.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FLO HEALTH, INC., GOOGLE, LLC, META PLATFORMS, INC., and FLURRY, INC., <br><br> Defendants. | Civil Case No. 3:21-cv-00757-JD <br><br> **EIGHTH JOINT STATUS REPORT REGARDING CLASS NOTICE** <br><br> Date: July 28, 2025 <br> Judge: Hon. James Donato <br> Courtroom: 11 – 19th Floor, SF |

Pursuant to the Court's June 2, 2025 Order, ECF No. 619, the Parties in the above-captioned action submit the eighth weekly Joint Status Report regarding the status of the notice to the certified classes.

The Parties confirm that all elements of the notice plan have been implemented. The details of the notice plan implementation can be found in the Declaration of Justin Parks of A.B. Data on Implementation of Notice Plan, attached as **Exhibit 1.**

Dated: July 28, 2025

/s/ Diana J. Zinser
Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500

Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

*/s/ Christopher Chorba*
**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503

Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.395.5942
Facsimile: 415.395.8095

**LATHAM & WATKINS LLP**
Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290

EIGHTH JOINT STATUS REPORT REGARDING CLASS NOTICE
No. 3:21-cv-00757

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Defendant Facebook, Inc.)*

/s/ Brenda R. Sharton
Brenda R. Sharton (*pro hac vice*)
**DECHERT LLP**
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

**DECHERT LLP**
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*