Brenda R. Sharton (*Admitted Pro Hac Vice*)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA  02110-2600
Telephone:  (617) 728-7100
Facsimile:  (617) 275-8374
brenda.sharton@dechert.com

Benjamin M. Sadun (Bar No. 287533)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA  90071-2032
Telephone:  (213) 808-5700
Facsimile:  (213) 808-5760
benjamin.sadun@dechert.com

Theodore E. Yale (*Admitted Pro Hac Vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone:  (215) 994-4000
Facsimile:  (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant Flo Health, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**FLO'S RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY DETERMINATION REGARDING THE AUTHENTICITY AND ADMISSIBILITY OF CERTAIN DOCUMENTS**<br><br>CONSOLIDATED COMPLAINT FILED: September 2, 2021<br><br>Dept.: Courtroom 11 – 19th Floor<br>Judge: Honorable James Donato |

Before the start of trial, on July 12, 2025, Plaintiffs filed a motion seeking to pre-admit 16 documents. ECF No. 709. On July 18, 2025, before Flo had an opportunity to respond, the Court issued an Order providing:

> ORDER: For Dkt. No. 709, all parties are advised that objections to authenticity of a document will count against the objecting party's trial time if the Court determines they are not well taken. Signed by Judge James Donato on 7/18/2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jdlc1, COURT STAFF) (Filed on 7/18/2025)

ECF No. 726.

Flo understands the Order to have resolved Plaintiffs' Motion. Separately, Plaintiffs' Motion has also been mooted by developments and further orders during trial. *See, e.g.*, Trial Tr. at 737:14-16 (excluding Exhibit 321). To the extent any further briefing would assist the Court, Flo will provide it at the Court's specific direction.

DATED: July 28, 2025                                    Respectfully submitted,


/s/ *Brenda R. Sharton*
Brenda R. Sharton (*Admitted Pro Hac Vice*)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA 02110-2605
Telephone: (617) 728-7100
Facsimile: (617) 275-8374
brenda.sharton@dechert.com

Benjamin M. Sadun (Bar No. 287533)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
benjamin.sadun@dechert.com

Theodore E. Yale (*Admitted Pro Hac Vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000

Facsimile: (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant Flo Health, Inc.*