UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:21-cv-00757-JD
Case Name: Frasco v. Flo Health, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | DEFENSE ATTORNEYS: Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale | PLAINTIFF ATTORNEYS: Michael Canty / Carol Villegas / Christian Levis / Diana Zinser |
|---|---|---|
| JURY TRIAL HEARING DATE: July 30, 2025 | REPORTER: Ruth Levine | CLERK: Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:14 am | | | Court in session out of the presence of the jury. | |
| | | 9:25 am | | | Cont'd Meta direct of Mr. Satterfield | |
| | | | | | Witness shown exhibit 1226 | |
| | | 9:39 am | | | Re-direct of Mr. Satterfield | |
| | | | | | Witness shown exhibit 1226 | |
| | | 9:53 am | | | Plaintiff calls Tobias Wooldridge direct examination. | |
| 226A | | | X | X | Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiffs' Interrogatory Nos. 1, 9, and 11, dated January 30, 2023 | LRC |
| 110A | | | X | X | Summary of App Events Sent from the Flo Health App (App ID 1478610232441385) to Facebook (December 9, 2017 through December 4, 2019), as of December 4, 2019 | LRC |
| 111R | | | X | X | Meta Quip, "The Journey of an Ads Ranking Model" (Revision 721 03277) | LRC |
| 235 | | | X | X | "Signals FYI . . . # Data Retention & Controls Update 5/4 Here is an overview of various offsite data retention and controls related work streams to be aware of. . ." | LRC |
| 104R | | | X | X | Defendant Meta Platforms, Inc.'s Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, dated October 31, 2022 | LRC |
| 374 | | | X | | Email from D. Yuan to A. Bui re [taska] T27878617: [Risk] PII/other sensitive data being sent via signals by advertisers a/c priv | |
| | | | | | | |
| | | 10:31 AM | | | Meta cross examination of Tobias Wooldridge | |
| | 110 | | X | X | Summary of App Events Sent from the Flo Health App (App ID 1478610232441385) to Facebook (December 9, | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 2017 through December 4, 2019), as of December 4, 2019 | |
| | 404 | | X | X | Mobile App Custom Audiences Created by Flo Health from June 2016 to June 2021 | LRC |
| | 426 | | X | X | Meta, "Facebook Meta App Events," https://developers.facebook.com/docs/app-events/reference, accessed April 20, 2023 | LRC |
| | 426A | | X | X | Meta, "Facebook Meta App Events," https://developers.facebook.com/docs/app-events/reference, accessed April 20, 2023 | LRC |
| | 627A | | X | X | Screen Shot of Source Code from Egelman Report | LRC |
| | 104(6) | | X | X | NO DESCRIPTION | LRC |
| | 104(6B) | | X | X | NO DESCRIPTION | LRC |
| | 1271 | | X | X | NO DESCRIPTION | LRC |
| | 1241 | | X | X | APK for Flo App version 4.15.1 (uses Facebook SDK 4.38.1) | LRC |
| | 1247 | | X | X | Entirety of Facebook SDK 4.38.1 code available at https://github.com/facebook/facebook-android-sdk/blob/sdk-version-4.38.1/ | LRC |
| | | | | | Witness shown exhibit 235 | |
| | | 11:00 AM | | | Court in recess | |
| | | 11:33 AM | | | Court in session out of the presence of the jury. | |
| | | 11:35 AM | | | Meta cont'd cross of Tobias Wooldridge | |
| | | | | | Witness shown exhibit 627A, 426, 426A, 404, 1271, 111R,110A-1 | |
| | | 12:21 PM | | | Re-direct of Tobias Wooldridge. Witness shown exhibit 226A | |
| | | 12:39 PM | | | Meta Re-cross of Tobias Woolridge. | |
| | | | | | Witness shown exhibit 226A | |
| | | 12:43 PM | | | Plaintiffs play deposition of Roman Bugaev | |
| | | 12:54 PM | | | Plaintiff calls Dr. Jennifer Golbeck, Ph.D | |
| 2050 | | | | X | Demonstrative | |
| | | 1:05 PM | | | Court in recess | |
| | | 1:27 PM | | | Court in session all parties and jury present. Cont'd direct of Dr. Jennnifer Golbeck. | |
| | | | | | Witness shown exhibit 111R, 226A, 1271, | |
| | | 2:02 PM | | | Meta cross examination of Dr. Jennifer Golbeck | |
| | | 2:12 PM | | | Flo cross examination of Dr. Jennifer Golbeck | |
| | | 2:13 PM | | | Re-direct Dr. Golbeck. Plaintiff rests. | |
| | | | | | Court in recess | |
| | | 2:33 PM | | | Court in session out of the presence of the jury. Defendant Flo moves for dismissal of CMIA claims. | |

|  |  | 2:50 PM |  |  | Court in recess |  |
|--|--|--|--|--|--|--|
|  |  |  |  |  | Plaintiff has 294 minutes left. |  |
|  |  |  |  |  | Defendants have 150 minutes left. |  |