James M. Wagstaffe (SBN 95535)
ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Local Counsel for the Class*

Carol C. Villegas (*pro hac vice*)
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com

*Co-Lead Class Counsel*

[*Additional Counsel on signature page*]

Brenda R. Sharton (*pro hac vice*)
DECHERT LLP
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

Benjamin Sadun (SBN 287533)
DECHERT LLP
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., et al.,<br><br>Defendants. | Case No. 3:21-CV-00757-JD<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY DEADLINES AND VACATE TRIAL AS TO FLO HEALTH, INC.**<br><br>Court:    Courtroom 11, 19th Floor, SF<br>Judge:   Hon. James Donato |

Plaintiffs and Flo Health, Inc. ("Flo") hereby provide notice that they have reached an agreement in principle on the terms of a settlement that will resolve all claims against Flo.

Accordingly, Plaintiffs and Flo request that the Court stay the action as to Flo and vacate all deadlines as to Flo, including the remaining trial dates.

Dated: July 31, 2025

/s/ *Brenda R. Sharton*
Brenda R. Sharton (*pro hac vice*)
DECHERT LLP
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

DECHERT LLP
Benjamin Sadun (SBN 287533)
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

*Counsel for Defendant Flo Health, Inc.*

Dated: July 31, 2025

/s/ *Carol C. Villegas*
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100

|   |   |
|---|---|
| 1 | White Plains, New York 10601 |
| 2 | Telephone: (914) 997-0500 |
|   | Facsimile: (914) 997-0035 |
| 3 | clevis@lowey.com |
|   | afiorilla@lowey.com |
| 4 | *Co-Lead Class Counsel* |
| 5 | Diana J. Zinser (*pro hac vice*) |
|   | Jeffrey L. Kodroff (*pro hac vice*) |
| 6 | **SPECTOR ROSEMAN & KODROFF, P.C.** |
| 7 | 2001 Market Street, Suite 3420 |
|   | Philadelphia, PA 19103 |
|   | Telephone: (215) 496-0300 |
| 8 | Facsimile: (215) 496-6611 |
|   | dzinser@srkattorneys.com |
| 9 | jkodroff@srkattorneys.com |
| 10 | *Co-Lead Class Counsel* |

White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI GLIMSTAD LLP**

745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759
kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Telephone: (614) 504-3350
Facsimile: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Carol C. Villegas, attest that the concurrence in the filing of this document has been obtained.

        */s/ Carol C. Villegas*
        Carol C. Villegas