**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Kristin Sheffield-Whitehead (Bar No. 304635)
kristin.whitehead@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
andrew.clubok@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: +1.714.540.1235

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: +1.415.393.8200
Facsimile: +1.415.393.8306

*Attorneys for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

[Additional Counsel Listed Below]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., et al.,<br><br>Defendants. | Case No. 3:21-CV-00757-JD<br><br>**META PLATFORMS, INC.'S NOTICE OF WITHDRAWAL OF STATUTE OF LIMITATIONS DEFENSE** |

**NOTICE OF WITHDRAWAL OF STATUTE OF LIMITATIONS DEFENSE**

Meta Platforms, Inc. ("Meta") hereby withdraws its statute of limitations defense. Accordingly, jury instructions Nos. 18 and 19 (*see* Dkt. 741 at 20-21) and question Nos. 1 and 2 on the verdict form (*see* Dkt. 742 at 2-3) should be omitted. Plaintiffs' counsel indicated that they do not oppose Meta's withdrawal of its statute of limitations defense and the deletion of the corresponding instructions and questions.

DATED: July 31, 2025            /s/ *Andrew B. Clubok*

LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Nicholas Rosellini
*nick.rosellini@lw.com* (Bar No. 316080)
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: +1.714.540.1235

Elizabeth K. McCloskey (SBN 268184)
Abigail A. Barrera (SBN 301746)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: +1.415.393.8200
*emccloskey@gibsondunn.com*
*abarrera@gibsondunn.com*

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*