UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FLO HEALTH, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 21-cv-00757-JD<br><br>**VERDICT FORM** |

Following the conference with the parties, and Meta's notice of withdrawal of the statute of limitations affirmative defense, Dkt. No. 743, the Court will use this verdict form.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICA FRASCO, et al.,

        Plaintiffs,

  v.

FLO HEALTH, INC., et al.,

        Defendants.

Case No. 21-cv-00757-JD

**VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the instructions provided throughout the form. Your verdict must be unanimous.

We, the jury, return these answers as our verdict in this case:

### **CALIFORNIA INVASION OF PRIVACY ACT (CIPA)**

**Question No. 1**:

Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Meta intentionally eavesdropped on and/or recorded their conversation by using an electronic device?

        ____ YES    ____ NO

    **If you answered "Yes" to Question 1, then continue to Question 2.**

    **If you answered "No" to Question 1, then stop here, answer no further questions, and have the presiding juror sign and date this form.**

2

**Question No. 2**:

Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that they had a reasonable expectation that the conversation was not being overheard and/or recorded?

    ____ YES  ____ NO

**If you answered "Yes" to Question 2, then continue to Question 3.**

**If you answered "No" to Question 2, then stop here, answer no further questions, and have the presiding juror sign and date this form**.

**Question No. 3**:

Did Meta have the consent of all parties to the conversation to eavesdrop on and/or record it?

    ____ YES  ____ NO

**If you answered "Yes" to Question 3, then go to the bottom of the form.**

**If you answered "No" to Question 3, then go to the bottom of the form.**

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____   Signed:

                       _____

3