**LATHAM & WATKINS LLP**
Andrew B. Clubok (pro hac vice)
andrew.clubok@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
Kristin Sheffield-Whitehead (SBN 304635)
kristin.whitehead@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-5942

Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

**GIBSON, DUNN & CRUTCHER LLP**
Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200

*Counsel for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLO HEALTH, INC., et al.,<br><br>Defendants. | Case No. 3:21-CV-00757-JD<br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS**<br><br>Judge: Hon. James Donato<br>Ctrm: 11 – 19th Floor, SF |

1   In compliance with Local Rule 5-1(g)(1)(A), Plaintiffs and Defendant Meta Platforms, Inc.
2   ("Meta") (collectively the "Parties") certify that the exhibits listed in Exhibit A are true and correct
3   copies of the admitted exhibits that were submitted to the jury in the above-caption matter.

4   Dated:  August 1, 2025

5   /s/ Carol C. Villegas                              By: /s/ Melanie M. Blunschi
    Carol C. Villegas (*pro hac vice*)                 **LATHAM & WATKINS LLP**
6   Michael P. Canty (*pro hac vice*)                  Melanie M. Blunschi (SBN 234264)
    Jake Bissell-Linsk (*pro hac vice*)                melanie.blunschi@lw.com
7   Danielle Izzo (*pro hac vice*)                     Kristin Sheffield-Whitehead (SBN 304635)
    Gloria J. Medina (*pro hac vice*)                  kristin.whitehead@lw.com
8   **LABATON KELLER SUCHAROW LLP**                    505 Montgomery Street, Suite 2000
    140 Broadway                                       San Francisco, CA 94111-6538
9   New York, NY 10005                                 Telephone:  415.395.5942
    Telephone: (212) 907-0700
10  Facsimile: (212) 818-0477                          Andrew B. Clubok (pro hac vice)
    cvillegas@labaton.com                              andrew.clubok@lw.com
11  mcanty@labaton.com                                 555 Eleventh Street NW, Suite 1000
    jbissell-linsk@labaton.com                         Washington, D.C. 20004
12  dizzo@labaton.com                                  Telephone: 202.637.2200
    gmedina@labaton.com
13                                                     Michele D. Johnson (SBN 198298)
    Co-Lead Class Counsel                              michele.johnson@lw.com
14                                                     650 Town Center Drive, 20th Floor
    Christian Levis (*pro hac vice*)                   Costa Mesa, CA 92626
15  Amanda Fiorilla (*pro hac vice*)                   Telephone:  714.540.1235
    **LOWEY DANNENBERG, P.C.**
16  44 South Broadway, Suite 1100                      **GIBSON, DUNN & CRUTCHER LLP**
    White Plains, New York 10601                       Elizabeth K. McCloskey (SBN 268184)
17  Telephone: (914) 997-0500                          EMcCloskey@gibsondunn.com
    Facsimile: (914) 997-0035                          Abigail A. Barrera (SBN 301746)
18  clevis@lowey.com                                   ABarrera@gibsondunn.com
    afiorilla@lowey.com                                One Embarcadero Center, Suite 2600
19                                                     San Francisco, CA 94111-3715
    Co-Lead Class Counsel                              Telephone: 415.393.8200
20
    Diana J. Zinser (*pro hac vice*)                   Christopher Chorba (SBN 216692)
21  Jeffrey L. Kodroff (*pro hac vice*)                333 South Grand Avenue
    **SPECTOR ROSEMAN & KODROFF,**                     Los Angeles, CA 90071
22  **P.C.**                                           Telephone: 213.229.7503
    2001 Market Street, Suite 3420                     CChorba@gibsondunn.com
23  Philadelphia, PA 19103
    Telephone: (215) 496-0300                          *Counsel for Defendant Meta Platforms, Inc.*
24  Facsimile: (215) 496-6611                          *(formerly known as Facebook, Inc.)*
    dzinser@srkattorneys.com
25  jkodroff@srkattorneys.com

26  Co-Lead Class Counsel

27  James M. Wagstaffe (SBN 95535)
    **ADAMSKI MOROSKI MADDEN**
28  **CUMBERLAND & GREEN LLP**

P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759
kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Telephone: (614) 504-3350
Facsimile: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

2

JOINT CERTIFICATION OF COUNSEL
REGARFING ADMITTED EXHIBIT
CASE NO. 3:21-CV-00757-JD

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED: August 1, 2025                    <u>/s/ *Melanie M. Blunschi*</u>
                                          Melanie M. Blunschi