# Exhibit A

Admitted Trial Exhibit List
**Frasco v. Flo Health, Inc., et al. (Case No. 3:21-cv-00757-JD)**

| Exhibit No. | Bates No. / Title | Date Introduced | Trial Transcript Page | Introduced By | Witness at Introduction | Description |
|---|---|---|---|---|---|---|
| Ex. 0029 | FLO-00000160 | 7/22/2025 | 198 | Flo | Wellman (Cross) | Flo Health Privacy Policy Effective May 25, 2018 |
| Ex. 0030 | | 7/22/2025 | 196 | Flo | Wellman (Cross) | Flo Health Terms of Service Effective June 22, 2018 |
| Ex. 0044 | FLO-00000212 | 7/22/2025 | 237 | Flo | Chen (Cross) | Screenshot of Flo Health App - Welcome / How Can We Help You |
| Ex. 0050 | FLO-WELLMAN-0000450 | 7/22/2025 | 180 | Plaintiffs | Wellman (Direct) | July 2, 2021 Email from Flo to S. Wellman |
| Ex. 0055 | | 7/22/2025 | 210 | Flo | Wellman (Cross) | Indiegogo Privacy Policy Effective January 1, 2023 |
| Ex. 0066 | FLO-00000152 | 7/22/2025 | 184 | Plaintiffs | Wellman (Direct) | Flo Health Privacy Policy Effective July 16, 2018 |
| Ex. 0070 | META-FRASCO-0000002715 | 7/22/2025 | 216 | Meta | Wellman (Cross) | Facebook Data Policy, Last Revised April 19, 2018 |
| Ex. 0093 | FLO-00002816 | 7/22/2025 | 242 | Flo | Chen (Cross) | Flo Health Privacy Policy Effective December 21, 2016 |
| Ex. 0104-R | | 7/30/2025 | 947 | Plaintiffs | Wooldridge (Direct) | Meta's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, dated October 31, 2022 |
| Ex. 0106 | META-FRASCO-0000006340 | 7/24/2025 | 823 | Plaintiffs | Satterfield (Direct) | February 28, 2019 Email from Catlin O'Neill to Chris Herndon and Steve Satterfield, with CC to Anjali Dahiya |
| Ex. 0110 | META-FRASCO-0000001167 | 7/30/2025 | 972 | Meta | Wooldridge (Cross) | Summary of App Events Sent from the Flo Health App (App ID 14786102324441385) to Facebook (December 9, 2017 through December 4, 2019), as of December 4, 2019 |
| Ex. 0110-A | | 7/30/2025 | 947 | Plaintiffs | Wooldridge (Direct) | Excerpt of Summary of App Events Sent from the Flo Health App to Facebook (December 9, 2017 through December 4, 2019), as of December 4, 2019 |
| Ex. 0111-R | META-FRASCO-0000019555 | 7/30/2025 | 947 | Plaintiffs | Wooldridge (Direct) | The Journey Of An Ads Ranking Model |
| Ex. 0132 | FLO-00000183 | 7/22/2025 | 239 | Flo | Chen (Cross) | Flo Health Privacy Policy Effective March 14, 2017 |
| Ex. 0133 | FLO-00000285 | 7/22/2025 | 244 | Flo | Chen (Cross) | Flo Health Terms of Service Effective March 13, 2017 |
| Ex. 0147 | FLO-00000172 | 7/22/2025 | 337 | Flo | Frasco (Cross) | Flo Health Privacy Policy Effective August 28, 2017 |
| Ex. 0189 | FLO-00104564 | 7/22/2025 | 359 | Flo | Frasco (Cross) | Flo Health Terms of Service Published July 11, 2017 |
| Ex. 0198 | | 7/23/2025 | 484 | Flo | Egelman (Cross) | Flo Health Terms of Use Effective June 22, 2018 |
| Ex. 0226-A | | 7/23/2025 | 459 | Plaintiffs | Egelman (Direct) | Excerpt of Meta's Supplemental Responses and Objections to Plaintiffs' Interrogatory Nos. 1, 9, and 11, dated January 30, 2023 |
| Ex. 0235 | META-FRASCO-0000028530 | 7/30/2025 | 947 | Plaintiffs | Wooldridge (Direct) | May 4, 2018 Post by Charlotte Narvaez Titled Signals FYI |
| Ex. 0383 | FLO-00094771 | 7/24/2025 | 858 | Plaintiffs | Satterfield (Direct) | December 19, 2018 Email from Facebook Integrity Team to Maksim Shatemik |
| Ex. 0404 | META-FRASCO-0000001217 | 7/30/2025 | 972 | Plaintiffs | Wooldridge (Direct) | Mobile App Custom Audiences Created by Flo Health from June 2016 to June 2021 |

1

**Admitted Trial Exhibit List**
**Frasco v. Flo Health, Inc., et al. (Case No. 3:21-cv-00757-JD)**

| Exhibit No. | Bates No. / Title | Date Introduced | Trial Transcript Page | Introduced By | Witness at Introduction | Description |
|---|---|---|---|---|---|---|
| Ex. 0426 | | 7/30/2025 | 972 | Plaintiffs | Wooldridge (Direct) | Facebook App Events Reference |
| Ex. 0426-A | | 7/30/2025 | 972 | Plaintiffs | Wooldridge (Direct) | Summary Table from Ex. 426 of Standard App Events Offered by Facebook |
| Ex. 0488 | FLO-00072812 | 7/30/2025 | 1093 | Plaintiffs | Golbeck (Re-Direct) | April 3, 2019 Google notification from Kate Romanovskaia to r_bugaev@flo.health re Post mortem for WSJ |
| Ex. 0536 | FLO-00072710 | 7/24/2025 | 870 | Plaintiffs | Satterfield (Direct) | January 6, 2019 Email from Facebook Integrity Team to Victor Patrick |
| Ex. 0537 | | 7/23/2025 | 487 | Flo | Egelman (Cross) | AppCensus Terms of Service dated August 2, 2023 |
| Ex. 0594-A | | 7/22/2025 | 396 | Plaintiffs | Egelman (Direct) | Excerpt of Flo App source code produced by Flo (Kotlin) |
| Ex. 0603-A | | 7/24/2025 | 703 | Meta | Zervas (Direct) | Screenshot from an earlier version of the Flo App |
| Ex. 0604-A | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - Tell the app about your cycle so it can adjust for you |
| Ex. 0604-B | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - Welcome / How Can We Help You |
| Ex. 0604-C | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - When did your last period start |
| Ex. 0604-D | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - On average how long is your period |
| Ex. 0604-E | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - On average how long is your cycle |
| Ex. 0604-F | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - What year were you born |
| Ex. 0604-G | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - Calendar / Ovulation in 6 days |
| Ex. 0604-H | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - Lifestyle / Sex and Sex Drive / How are you - With Selections |
| Ex. 0604-I | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - Lifestyle / Sex and Sex Drive / How are you |
| Ex. 0605-A | | 7/22/2025 | 392 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - Welcome / How Can We Help You |
| Ex. 0610-S | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Tell the app about your cycle so it can adjust for you |
| Ex. 0610-T | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Welcome / How Can We Help You |
| Ex. 0610-U | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Welcome / How Can We Help You / I just want to track my cycle |
| Ex. 0610-V | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - When did your last period start |
| Ex. 0610-W | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - When did your last period start / June 15 Selected |

Admitted Trial Exhibit List
**Frasco v. Flo Health, Inc., et al. (Case No. 3:21-cv-00757-JD)**

| Exhibit No. | Bates No. / Title | Date Introduced | Trial Transcript Page | Introduced By | Witness at Introduction | Description |
|---|---|---|---|---|---|---|
| Ex. 0610-X | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - On average how long is your period |
| Ex. 0610-Y | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - On average how long is your period / 4 days selected |
| Ex. 0610-Z | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - On average how long is your cycle |
| Ex. 0610-AA | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - On average how long is your cycle / 27 says selected |
| Ex. 0610-AB | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - What year were you born |
| Ex. 0610-AC | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - What year were you born / 2003 Selected |
| Ex. 0610-AD | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Predicting your cycles |
| Ex. 0610-AE | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Get reminders about your cycle |
| Ex. 0610-AG | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Calendar / Ovulation in 4 days |
| Ex. 0610-AI | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Lifestyle / Sex and Sex Drive / How are you |
| Ex. 0610-AJ | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Log Symptoms / Log vaginal discharge Other / Notes |
| Ex. 0610-AK | | 7/22/2025 | 323 | Plaintiffs | Frasco (Direct) | Screenshot of Flo Health App - Calendar / With dates selected |
| Ex. 0611-A | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Opening Logo Screen |
| Ex. 0611-B | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Welcome / How Can We Help You |
| Ex. 0611-C | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Welcome / How Can We Help You |
| Ex. 0611-D | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Welcome / I want to get pregnant |
| Ex. 0611-E | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Period Calendar |
| Ex. 0611-F | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Period Calendar / Date Selected |
| Ex. 0611-G | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - How long is your period |
| Ex. 0611-H | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - How long is your period / 5 Days Selected |
| Ex. 0611-I | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - How long is your cycle |
| Ex. 0611-J | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - How long is your cycle / 27 Days Selected |
| Ex. 0611-K | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - What year were you born |

**Admitted Trial Exhibit List**
**Frasco v. Flo Health, Inc., et al. (Case No. 3:21-cv-00757-JD)**

| Exhibit No. | Bates No. / Title | Date Introduced | Trial Transcript Page | Introduced By | Witness at Introduction | Description |
|---|---|---|---|---|---|---|
| Ex. 0611-L | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - What year were you born / 2003 Selected |
| Ex. 0611-M | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Predicting your cycle |
| Ex. 0611-N | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Get reminders about your cycle |
| Ex. 0611-O | | 7/21/2025 | 152 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Period in 10 days / low chance of getting pregnant |
| Ex. 0611-Q | | 7/21/2025 | 158 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Weight / Sleep / Water / Sex and Sex Drive / How are you |
| Ex. 0611-R | | 7/21/2025 | 158 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Log vaginal discharge / Other / Notes |
| Ex. 0611-S | | 7/21/2025 | 158 | Plaintiffs | Wellman (Direct) | Screenshot of Flo Health App - Calendar / With dates selected |
| Ex. 0611-V | | 7/22/2025 | 393 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - Welcome / How Can We Help You |
| Ex. 0611-W | | 7/22/2025 | 393 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - What is your pregnancy week |
| Ex. 0611-Y | | 7/22/2025 | 393 | Plaintiffs | Egelman (Direct) | Screenshot of Flo Health App - What year were you born |
| Ex. 0614-A | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0615-A | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0618-A | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0627-A | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0628-A | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0628-B | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0630-A | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0642-A | | 7/22/2025 | 395 | Plaintiffs | Egelman (Direct) | Excerpt of Dr. Egelman's network transmission logs |
| Ex. 0674-A | | 7/22/2025 | 396 | Plaintiffs | Egelman (Direct) | Excerpt of Flo App source code produced by Dr. Egelman (Java) |
| Ex. 0771 | | 7/23/2025 | 582 | Meta | Egelman (Cross) | Chart of Egelman Invoices |
| Ex. 1046 | META-FRASCO-0000001217 | 7/30/2025 | 972 | Plaintiffs | Wooldridge (Direct) | Facebook Inc.'s Response to Interrogatory 1(c) |
| Ex. 1046-B | | 7/30/2025 | 972 | Plaintiffs | Wooldridge (Direct) | Facebook Inc.'s Response to Interrogatory 1(e) |
| Ex. 1223 | Various Nonsequential | 7/24/2025 | 885 | Meta | Satterfield (Cross) | Compilation of Facebook Business Tools Terms & Precursors |
| Ex. 1224 | Various Nonsequential | 7/24/2025 | 898 | Meta | Satterfield (Cross) | Compilation of Facebook Terms of Service & Precursors |
| Ex. 1226 | Various Nonsequential | 7/24/2025 | 900 | Meta | Satterfield (Cross) | Compilation of Facebook Data Policies |
| Ex. 1241 | | 7/24/2025 | 703 | Meta | Zervas (Direct) | APK file of version 4.6.0 of the Flo App |
| Ex. 1246 | | 7/24/2025 | 703 | Meta | Zervas (Direct) | Excerpt of the Facebook SDK for Android (AppEventsLogger.java) |

4

**Admitted Trial Exhibit List**
**Frasco v. Flo Health, Inc., et al. (Case No. 3:21-cv-00757-JD)**

| Exhibit No. | Bates No. / Title | Date Introduced | Trial Transcript Page | Introduced By | Witness at Introduction | Description |
|---|---|---|---|---|---|---|
| Ex. 1247 | | 7/24/2025 | 703 | Meta | Zervas (Direct) | Excerpt of the Facebook SDK for Android (top level menu) |
| Ex. 1256 | Various Nonsequential | 7/24/2025 | 882 | Meta | Satterfield (Cross) | Compilation of Facebook Platform Polices |
| Ex. 1260 | META-FRASCO-0000006275 | 7/24/2025 | 823 | Plaintiffs | Satterfield (Direct) | February 27, 2019 Message summary from Cecilia Zappala to Thomas Van der Valk, Anjali Dahiya, Anton'Maria Battesti, Steve Satterfield, and Cecilia Zappala |
| Ex. 1264 | META-FRASCO-0000406618 | 7/24/2025 | 823 | Plaintiffs | Satterfield (Direct) | March 24, 2019 Email from Rob Sherman to Steve Satterfield and Anna Van Hollen |
| Ex. 1271 | | 7/23/2025 | 510 | Meta | Egelman (Cross) | Preliminary Jury Instruction No. 10 re Custom App Event names at issue in this lawsuit |
| Ex. 1276 | | 7/24/2025 | 703 | Meta | Zervas (Direct) | Screenshot of Flo Health App - Lifestyle / Did you have sex / How are you / Log symptoms |