Pages 1 - 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

ERICA FRASCO, et al.,              )
individually and on behalf of      )
all others similarly situated,     )
                                   )
          Plaintiffs,              )
                                   )
VS.                                )     NO. 3:21-CV-00757 JD
                                   )
FLO HEALTH, INC., META             )
PLATFORMS, INC.,                   )
                                   )
          Defendants.              )
_____)

San Francisco, California

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:
For Plaintiffs:

        LOWEY DANNENBERG, P.C.
        44 South Broadway, Suite 1100
        White Plains, New York 10601
BY:  **CHRISTIAN LEVIS, ATTORNEY AT LAW**

        SPECTOR ROSEMAN & KODROFF, P.C.
        Two Commerce Square
        2001 Market Street, Suite 3420
        Philadelphia, Pennsylvania 19103
BY:  **DIANA J. ZINSER, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported by:  Ruth Levine Ekhaus, RDR, RMR, FCRR, CCG
        CSR No. 12219, Official  United States Reporter

**APPEARANCES**:   (CONTINUED)

For Plaintiff:

      LABATON KELLER SUCHAROW LLP
      140 Broadway
      New York, New York 10005
    BY:  **CAROL C. VILLEGAS, ATTORNEY AT LAW**
      **MICHAEL P. CANTY, ATTORNEY AT LAW**
      **GLORIA J. MEDINA, ATTORNEY AT LAW**

For Defendant Flo Health, Inc.:

      DECHERT LLP
      US Bank Tower
      633 West 5th Street, Suite 4900
      Los Angeles, California 90071-2032
    BY:  **BENJAMIN M. SADUN, ATTORNEY AT LAW**
      **ALLISON OZUROVICH, ATTORNEY AT LAW**

      DECHERT LLP
      Cira Centre
      2929 Arch Street
      Philadelphia, Pennsylvania 19104-2808
    BY:  **CLARE P. POZOS, ATTORNEY AT LAW**

      DECHERT, LLP
      One International Place
      100 Oliver Street
      Boston, Massachusetts 02210
    BY:  **BRENDA R. SHARTON, ATTORNEY AT LAW**

For Defendant Meta Platforms, Inc.:

      LATHAM & WATKINS
      555 Eleventh Street, NW, Suite 1000
      Washington, D.C. 20004
    BY:  **ANDREW B. CLUBOK, ATTORNEY AT LAW**

      LATHAM & WATKINS LLP
      650 Town Center Drive, 20th Floor
      Costa Mesa, California 92626
    BY:  **MICHELE D. JOHNSON, ATTORNEY AT LAW**

      LATHAM & WATKINS LLP
      505 Montgomery Street, Suite 2000
      San Francisco, California 94111
    BY:  **MELANIE M. BLUNSCHI, ATTORNEY AT LAW**

   (APPEARANCES CONTINUED ON FOLLOWING PAGE)

**APPEARANCES**:   (CONTINUED)

                              GIBSON, DUNN & CRUTCHER LLP
                              One Embarcadero Center, Suite 2600
                              San Francisco, California 94111-3715
                         BY:  **ELIZABETH K. McCLOSKEY, ATTORNEY AT LAW**
                              **ABIGAIL A. BARRERA, ATTORNEY AT LAW**


**Also Present:  Anjali Dahiya**

## I N D E X

Monday, July 21, 2025 - Volume 1

Tuesday, July 22, 2025 - Volume 2

Wednesday, July 23, 2025 - Volume 3

Thursday, July 24, 2025 - Volume 4

Wednesday, July 30, 2025 - Volume 5

Thursday, July 31, 2025 - Volume 6

Friday, August 1, 2025 - Volume 7

|                                              | PAGE | VOL. |
|----------------------------------------------|------|------|
| Jury Voir Dire                               | 17   | 1    |
| Preliminary Jury Instructions                | 79   | 1    |
| Opening Statement by Ms. Villegas            | 98   | 1    |
| Opening Statement by Ms. Sharton             | 110  | 1    |
| Opening Statement by Ms. Johnson             | 130  | 1    |
| Jury Question                                | 822  | 4    |
| Plaintiffs Rest                              | 1101 | 5    |
| Rule 50 Motion                               | 1102 | 5    |
| In camera proceedings  (Redacted)            | 1112 | 6    |
| Defendant Rests                              | 1133 | 6    |
| Charging Conference                          | 1139 | 6    |
| Preliminary Jury Instructions                | 1169 | 7    |
| Closing Argument by Mr. Canty                | 1185 | 7    |
| Closing Argument by Ms. Johnson              | 1211 | 7    |
| Rebuttal Closing Argument by Mr. Canty       | 1240 | 7    |
| Verdict                                      | 1247 | 7    |

| PLAINTIFFS' WITNESSES                        | PAGE | VOL. |
|----------------------------------------------|------|------|
| **WELLMAN, SARAH**                           |      |      |
| (SWORN)                                      | 153  | 1    |
| Direct Examination by Mr. Canty              | 154  | 1    |
| **WELLMAN, SARAH (RECALLED)**                |      |      |
| (PREVIOUSLY SWORN)                           | 186  | 2    |
| Direct Examination by Mr. Canty              | 186  | 2    |
| Cross-Examination by Ms. Sharton             | 200  | 2    |
| Cross-Examination by Ms. Johnson             | 224  | 2    |
| Redirect Examination by Mr. Canty            | 234  | 2    |

**I N D E X**

| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **CHEN, JENNIFER** | | |
| (SWORN) | 236 | 2 |
| Direct Examination by Ms. Villegas | 237 | 2 |
| Cross-Examination by Ms. Pozos | 242 | 2 |
| Cross-Examination by Ms. Johnson | 267 | 2 |
| Redirect Examination by Ms. Villegas | 268 | 2 |
| | | |
| **MEIGS, AUTUMN** | | |
| (SWORN) | 273 | 2 |
| Direct Examination by Mr. Canty | 273 | 2 |
| Cross-Examination by Ms. Pozos | 278 | 2 |
| Cross-Examination by Ms. McCloskey | 292 | 2 |
| Redirect Examination by Mr. Canty | 296 | 2 |
| | | |
| **GAMINO, TESHA** | | |
| (SWORN) | 297 | 2 |
| Direct Examination by Mr. Canty | 297 | 2 |
| Cross-Examination by Ms. Sharton | 302 | 2 |
| Cross-Examination by Ms. McCloskey | 322 | 2 |
| Redirect Examination by Mr. Canty | 327 | 2 |
| | | |
| **FRASCO, ERICA** | | |
| (SWORN) | 330 | 2 |
| Direct Examination by Ms. Villegas | 330 | 2 |
| Cross-Examination by Ms. Pozos | 337 | 2 |
| Cross-Examination by Ms. McCloskey | 380 | 2 |
| Redirect Examination by Ms. Villegas | 382 | 2 |
| | | |
| **EGELMAN, SERGE** | | |
| (SWORN) | 390 | 2 |
| Direct Examination by Mr. Levis | 390 | 2 |
| | | |
| **EGELMAN, SERGE (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 426 | 3 |
| Direct Examination by Mr. Levis | 426 | 3 |
| Cross-Examination by Mr. Sadun | 470 | 3 |
| Cross-Examination by Mr. Clubok | 517 | 3 |
| Redirect Examination by Mr. Levis | 597 | 3 |
| | | |
| **SATTERFIELD, STEPHEN** | | |
| (SWORN) | 825 | 4 |
| Direct Examination by Mr. Canty | 825 | 4 |
| Cross-Examination by Ms. McCloskey | 888 | 4 |

**I N D E X**

| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **SATTERFIELD, STEPHEN (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 930 | 5 |
| Cross-Examination by Ms. McCloskey | 930 | 5 |
| Redirect Examination by Mr. Canty | 942 | 5 |
| | | |
| **WOOLDRIDGE, TOBIAS** | | |
| (SWORN) | 954 | 5 |
| Direct Examination by Mr. Canty | 955 | 5 |
| Cross-Examination by Mr. Clubok | 980 | 5 |
| Redirect Examination by Mr. Canty | 1038 | 5 |
| Redirect Examination by Mr. Clubok | 1052 | 5 |
| | | |
| **BUGAEV, ROMAN** | | |
| By Videotaped Deposition (not reported) | 1056 | 5 |
| | | |
| **GOLBECK, JENNIFER** | | |
| (SWORN) | 1056 | 5 |
| Direct Examination by Ms. Villegas | 1057 | 5 |
| Cross-Examination by Ms. Blunschi | 1092 | 5 |
| Cross-Examination by Mr. Sadun | 1099 | 5 |
| Redirect Examination by Ms. Villegas | 1100 | 5 |

| DEFENDANTS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **KARKANIAS, CHRIS** | | |
| (SWORN) | 605 | 3 |
| Direct Examination by Mr. Sadun | 606 | 3 |
| | | |
| **KARKANIAS, CHRIS** | | |
| (SWORN) | 639 | 3 |
| Voir Dire Examination by Ms. Sharton | 639 | 3 |
| Voir Dire Examination by Mr. Levis | 644 | 3 |
| | | |
| **KARKANIAS, CHRIS (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 664 | 4 |
| Direct Examination by Mr. Sadun | 664 | 4 |
| Cross-Examination by Mr. Levis | 687 | 4 |
| Redirect Examination by Mr. Sadun | 705 | 4 |
| | | |
| **ZERVAS, GEORGIOS** | | |
| (SWORN) | 710 | 4 |
| Direct Examination by Mr. Clubok | 710 | 4 |
| Cross-Examination by Mr. Levis | 781 | 4 |
| Redirect Examination by Mr. Clubok | 820 | 4 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| A | | 160 | 1 |
| B | | 160 | 1 |
| C | | 160 | 1 |
| D | | 160 | 1 |
| E | | 160 | 1 |
| F | | 160 | 1 |
| G | | 160 | 1 |
| H | | 160 | 1 |
| I | | 160 | 1 |
| J | | 160 | 1 |
| K | | 160 | 1 |
| L | | 160 | 1 |
| M | | 160 | 1 |
| N | | 160 | 1 |
| O | | 160 | 1 |
| Q | | 166 | 1 |
| R | | 166 | 1 |
| S | | 166 | 1 |
| 29 | | 212 | 2 |
| 30 | | 212 | 2 |
| 44 | | 246 | 2 |
| 50 | | 190 | 2 |
| 55 | | 219 | 2 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 66 | | 193 | 2 |
| 70 | | 225 | 2 |
| 93 | | 250 | 2 |
| 104R | | 955 | 5 |
| 106 | | 832 | 4 |
| 110A | | 955 | 5 |
| 110 | | 980 | 5 |
| 111R | | 955 | 5 |
| 132 | | 248 | 2 |
| 133 | | 252 | 2 |
| 147 | | 346 | 2 |
| 189 | | 367 | 2 |
| 198 | | 492 | 3 |
| 226 A4 | | 468 | 3 |
| 226A | | 955 | 5 |
| 235 | | 955 | 5 |
| 383 | | 871 | 4 |
| 404 | | 980 | 5 |
| 426 | | 980 | 5 |
| 426A | | 980 | 5 |
| 488 | | 1101 | 5 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 536 | | 880 | 4 |
| 537 | | 496 | 3 |
| 594 A | | 404 | 2 |
| 603A | | 711 | 4 |
| 604 A | | 400 | 2 |
| 604 B | | 400 | 2 |
| 604 C | | 400 | 2 |
| 604 D | | 400 | 2 |
| 604 E | | 400 | 2 |
| 604 F | | 400 | 2 |
| 604 G | | 400 | 2 |
| 604 H | | 400 | 2 |
| 604 I | | 400 | 2 |
| 605 A | | 401 | 2 |
| 610 S | | 332 | 2 |
| 610 T | | 332 | 2 |
| 610 U | | 332 | 2 |
| 610 V | | 332 | 2 |
| 610 W | | 332 | 2 |
| 610 X | | 332 | 2 |
| 610 Y | | 332 | 2 |

## I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 610 Z | | 332 | 2 |
| 610 AA | | 332 | 2 |
| 610 AB | | 332 | 2 |
| 610 AC | | 332 | 2 |
| 610 AD | | 332 | 2 |
| 610 AE | | 332 | 2 |
| 610 AF | | 332 | 2 |
| 610 AG | | 332 | 2 |
| 610 AH | | 332 | 2 |
| 610 AI | | 332 | 2 |
| 610 AJ | | 332 | 2 |
| 610 AK | | 332 | 2 |
| 611 V | | 401 | 2 |
| 611 W | | 401 | 2 |
| 611 Y | | 401 | 2 |
| 615 A | | 403 | 2 |
| 618 A | | 403 | 2 |
| 627 A | | 403 | 2 |
| 627A | | 980 | 5 |
| 628 A | | 403 | 2 |
| 628 B | | 403 | 2 |

## I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 630 A | | 403 | 2 |
| 641 A | | 403 | 2 |
| 642 A | | 403 | 2 |
| 674 A | | 404 | 2 |
| 771 | | 591 | 3 |
| 1046 | | 980 | 5 |
| 1046B | | 980 | 5 |
| 1223 | | 893 | 4 |
| 1224 | | 906 | 4 |
| 1226 | | 908 | 4 |
| 1241 | | 711 | 4 |
| 1246 | | 711 | 4 |
| 1247 | | 711 | 4 |
| 1256 | | 890 | 4 |
| 1260 | | 832 | 4 |
| 1264 | | 832 | 4 |
| 1271 | | 980 | 5 |
| 1276 | | 711 | 4 |