**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case No.  3:21-cv-00757-JD

Case Name:  FRASCO V. FLO HEALTH, INC.

Date: July 31, 2025                          Time:  1 Hours & 12 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK                     **Court Reporter**: Ruth Levine

**COUNSEL FOR PLTF**:          Michael Canty / Carol Villegas / Christian Levis / Diana Zinser

**COUNSEL FOR DEFT**:          Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth
McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie
Jones / Theodore Yale

Trial Began:  July 21, 2025                   Further Trial:  August 1, 2025

**TRIAL MOTIONS HEARD**:                     **DISPOSITION:**

1.  _____              _____

2.  _____              _____

3.  _____              _____

**OTHER:**

See Trial Sheet Attached.

The Court is advised that plaintiffs and defendant Flo Health have settled.  All trial dates and deadlines are vacated as to Flo.

Charge conference held at which the Court accepted in main part the parties' revisions to the proposed final jury instructions and proposed verdict form.

The transcript of the sealed hearing at the trial on July 31, 2025, may not be released to the public but may only be released to the parties.

**VERDICT:**

_____

**DISPOSITION OF EXHIBITS:**