**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:21-cv-00757-JD
Case Name: Frasco v. Flo Health, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | DEFENSE ATTORNEYS: Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale | PLAINTIFF ATTORNEYS: Michael Canty / Carol Villegas / Christian Levis / Diana Zinser |
|---|---|---|
| **JURY TRIAL HEARING DATE:** July 31, 2025 | **REPORTER:** Ruth Levine | **CLERK:** Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:06 AM | | | Court in session out of the presence of the jury. | |
| | | 9:12 AM | | | Court in recess | |
| | | 9:34 AM | | | Court in session out of the presence of the jury. | |
| | | 9:42 AM | | | Court in session all parties and jury present. | |
| | | 9:43 AM | | | Defendant rests. | |
| | | 9:45 AM | | | Court in recess for jury. | |
| | | | | | Defendant Metta moves for a Rule 50 motion – Denied | |
| | | 9:50 AM | | | Court in recess. | |
| | | 1:41 PM | | | Court in session out of the presence of the jury, Court finalizes jury instructions and verdict form with the parties. | |
| | | 2:09 PM | | | Court in recess | |