UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case No.  3:21-cv-00757-JD

Case Name:  <u>FRASCO V. FLO HEALTH, INC.</u>

Date:  August 1, 2025                                      Time: 2 Hours & 13 Minutes

**The Honorable James Donato**

**Clerk**:  LISA R. CLARK                    **Court Reporter**:  Ruth Levine

**COUNSEL FOR PLTF**:       Michael Canty / Carol Villegas / Christian Levis / Diana Zinser

**COUNSEL FOR DEFT**:       Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale

Trial Began:  July 21, 2025                        Further Trial

**TRIAL MOTIONS HEARD**:                    **DISPOSITION:**

1.

2.

3.

**OTHER:**

See Trial Sheet Attached.

As discussed on the record, defendant Meta Platform, Inc.'s post-trial motions are due no later than August 11, 2025.  Plaintiffs' opposition is due no later than August 21, 2025.

**VERDICT:**

Verdict for the Plaintiffs – See separately filed verdict

**DISPOSITION OF EXHIBITS:**