**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:21-cv-00757-JD
Case Name: Frasco v. Flo Health, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | DEFENSE ATTORNEYS: Andrew Clubok / Michele Johnson / Melanie Blunschi / Elizabeth McCloskey / Brenda Sharton / Benjamin Sadun / Allison Ozurovich / Julie Jones / Theodore Yale | PLAINTIFF ATTORNEYS: Michael Canty / Carol Villegas / Christian Levis / Diana Zinser |
|---|---|---|
| **JURY TRIAL HEARING DATE:** August 1, 2025 | **REPORTER:** Ruth Levine | **CLERK:** Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:09 am |  |  | Court in session out of the presence of the jury. |  |
|  |  | 9:13 am |  |  | Court instructs the jury. |  |
|  |  | 9:41 am |  |  | Plaintiffs'11:13 closing argument. |  |
|  |  | 10:17 am |  |  | Defendants closing argument |  |
|  |  | 11:03 am |  |  | Plaintiffs' rebuttal argument |  |
|  |  | 11:13 am |  |  | Court in recess jury deliberating. |  |
|  |  | 2:35 am |  |  | Court in session all parties and jury present. |  |
|  |  | 2:36 am |  |  | Court reads verdict into the record. |  |
|  |  |  |  |  | Jury is polled and the verdict is unanimous. |  |
|  |  | 2:43 pm |  |  | Jury excused. |  |
|  |  | 2:45 pm |  |  | Court advises parties regarding post motion practices. |  |
|  |  | 2:48 pm |  |  | Court in recess. |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |