| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 07/2024) | TRANSCRIPT ORDER Please use one form per court reporter. Please read instructions on next page. CJA Counsel should NOT use this form. CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher. | COURT USE ONLY DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Melody Yaghoubzadeh | **2a. CONTACT PHONE NUMBER** (310) 819-3482 | **3. CONTACT EMAIL ADDRESS** melody.yaghoubzadeh@blbglaw.com |
| **1b. ATTORNEY NAME (if different)** Jorge Tenreiro | **2b. ATTORNEY PHONE NUMBER** (212) 554-1398 | **3. ATTORNEY EMAIL ADDRESS** Jorge.Tenreiro@blbglaw.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)** Bernstein Litowitz Berger & Grossmann LLP 1251 Avenue of the Americas, New York, NY 10020 | **5. CASE NAME** Frasco v. Flo Health, Inc. | **6. CASE NUMBER** 3:21-cv-00757 |
| **7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→** ☐ FTR Ruth Levine Ekhaus | **8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL     ☐ CRIMINAL     ☐ In forma pauperis (NOTE: Court order for transcripts must be ☒ NON-APPEAL     ☒ CIVIL     attached) CJA: Do not use this form; use Form AUTH24 in eVoucher. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 07/24/2025 | JD | Trial | Meta cross of Mr. Satterfield (3:23pm) | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| 07/30/2025 | JD | Trial | Meta's direct of Mr. Satterfield (9:25am) | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). **11. SIGNATURE** s/ Jorge Tenreiro | **12. DATE** 08/05/2025 |
|---|---|

Clear Form                                                                                                  Save as new PDF