**LATHAM & WATKINS LLP**
Andrew B. Clubok (pro hac vice)
*andrew.clubok@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Melanie M. Blunschi (SBN 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (SBN 304635)
*kristin.whitehead@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-5942

Michele D. Johnson (SBN 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

**GIBSON, DUNN & CRUTCHER LLP**
Elizabeth K. McCloskey (SBN 268184)
*EMcCloskey@gibsondunn.com*
Abigail A. Barrera (SBN 301746)
*ABarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

[Additional Counsel Listed Below]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>   vs.<br><br>FLO HEALTH, INC., et al.,<br><br>                    Defendants. | Case No.  3:21-CV-00757-JD<br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS**<br><br>Judge:  Hon. James Donato<br>Ctrm:    11 – 19th Floor, SF |

In compliance with Local Rule 5-1(g), Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") (collectively the "Parties") certify that the exhibits listed below and attached hereto (and, due to the size of the exhibits, to the related docket entries) are true and correct copies of the admitted exhibits that were submitted to the jury in the above-captioned matter.

| Exhibit No. | Description | Date Introduced |
|---|---|---|
| Ex. 0029 | Flo Health Privacy Policy Effective May 25, 2018 | July 22, 2025 |
| Ex. 0030 | Flo Health Terms of Service Effective June 22, 2018 | July 22, 2025 |
| Ex. 0044 | Screenshot of Flo Health App - Welcome / How Can We Help You | July 22, 2025 |
| Ex. 0050** | July 2, 2021 Email from Flo to S. Wellman | July 22, 2025 |
| Ex. 0055 | Indiegogo Privacy Policy Effective January 1, 2023 | July 22, 2025 |
| Ex. 0066 | Flo Health Privacy Policy Effective July 16, 2018 | July 22, 2025 |
| Ex. 0070 | Facebook Data Policy, Last Revised April 19, 2018 | July 22, 2025 |
| Ex. 0093 | Flo Health Privacy Policy Effective December 21, 2016 | July 22, 2025 |
| Ex. 0104-R** | Meta's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, dated October 31, 2022 | July 30, 2025 |
| Ex. 0106** | February 28, 2019 Email from Catlin O'Neill to Chris Herndon and Steve Satterfield, with CC to Anjali Dahiya | July 24, 2025 |
| Ex. 0110*** | Summary of App Events Sent from the Flo Health App (App ID 1478610232441385) to Facebook (December 9, 2017 through December 4, 2019), as of December 4, 2019 | July 30, 2025 |
| Ex. 0110-A* | Excerpt of Summary of App Events Sent from the Flo Health App to Facebook (December 9, 2017 through December 4, 2019), as of December 4, 2019 | July 30, 2025 |
| Ex. 0111-R** | The Journey Of An Ads Ranking Model | July 30, 2025 |
| Ex. 0132 | Flo Health Privacy Policy Effective March 14, 2017 | July 22, 2025 |
| Ex. 0133 | Flo Health Terms of Service Effective March 13, 2017 | July 22, 2025 |
| Ex. 0147 | Flo Health Privacy Policy Effective August 28, 2017 | July 22, 2025 |
| Ex. 0189 | Flo Health Terms of Service Published July 11, 2017 | July 22, 2025 |
| Ex. 0198 | Flo Health Terms of Use Effective June 22, 2018 | July 23, 2025 |
| Ex. 0226-A** | Excerpt of Meta's Supplemental Responses and Objections to Plaintiffs' Interrogatory Nos. 1, 9, and 11, dated January 30, 2023 | July 23, 2025 |
| Ex. 0235 | May 4, 2018 Post by Charlotte Narvaez Titled Signals FYI | July 30, 2025 |
| Ex. 0383-R** | December 19, 2018 Email from Facebook Integrity | July 24, 2025 |

| Exhibit No. | Description | Date Introduced |
|---|---|---|
| | Team to Maksim Shatemik | |
| Ex. 0404 | Mobile App Custom Audiences Created by Flo Health from June 2016 to June 2021 | July 30, 2025 |
| Ex. 0426 | Facebook App Events Reference | July 30, 2025 |
| Ex. 0426-A | Summary Table from Ex. 426 of Standard App Events Offered by Facebook | July 30, 2025 |
| Ex. 0488 | April 3, 2019 Google notification from Kate Romanovskaia to r_bugaev@flo.health re Post mortem for WSJ | July 30, 2025 |
| Ex. 0536 | January 6, 2019 Email from Facebook Integrity Team to Victor Patrick | July 24, 2025 |
| Ex. 0537 | AppCensus Terms of Service dated August 2, 2023 | July 23, 2025 |
| Ex. 0594-A* | Excerpt of Flo App source code produced by Flo (Kotlin) | July 22, 2025 |
| Ex. 0603-A | Screenshot from an earlier version of the Flo App | July 24, 2025 |
| Ex. 0604-A | Screenshot of Flo Health App - Tell the app about your cycle so it can adjust for you | July 22, 2025 |
| Ex. 0604-B | Screenshot of Flo Health App - Welcome / How Can We Help You | July 22, 2025 |
| Ex. 0604-C | Screenshot of Flo Health App - When did your last period start | July 22, 2025 |
| Ex. 0604-D | Screenshot of Flo Health App - On average how long is your period | July 22, 2025 |
| Ex. 0604-E | Screenshot of Flo Health App - On average how long is your cycle | July 22, 2025 |
| Ex. 0604-F | Screenshot of Flo Health App - What year were you born | July 22, 2025 |
| Ex. 0604-G | Screenshot of Flo Health App - Calendar / Ovulation in 6 days | July 22, 2025 |
| Ex. 0604-H | Screenshot of Flo Health App - Lifestyle / Sex and Sex Drive / How are you - With Selections | July 22, 2025 |
| Ex. 0604-I | Screenshot of Flo Health App - Lifestyle / Sex and Sex Drive / How are you | July 22, 2025 |
| Ex. 0605-A | Screenshot of Flo Health App - Welcome / How Can We Help You | July 22, 2025 |
| Ex. 0610-S | Screenshot of Flo Health App - Tell the app about your cycle so it can adjust for you | July 22, 2025 |
| Ex. 0610-T | Screenshot of Flo Health App - Welcome / How Can We Help You | July 22, 2025 |
| Ex. 0610-U | Screenshot of Flo Health App - Welcome / How Can We Help You / I just want to track my cycle | July 22, 2025 |

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS
CASE NO. 3:21-CV-00757-JD

| Exhibit No. | Description | Date Introduced |
|---|---|---|
| Ex. 0610-V | Screenshot of Flo Health App - When did your last period start | July 22, 2025 |
| Ex. 0610-W | Screenshot of Flo Health App - When did your last period start / June 15 Selected | July 22, 2025 |
| Ex. 0610-X | Screenshot of Flo Health App - On average how long is your period | July 22, 2025 |
| Ex. 0610-Y | Screenshot of Flo Health App - On average how long is your period / 4 days selected | July 22, 2025 |
| Ex. 0610-Z | Screenshot of Flo Health App - On average how long is your cycle | July 22, 2025 |
| Ex. 0610-AA | Screenshot of Flo Health App - On average how long is your cycle / 27 says selected | July 22, 2025 |
| Ex. 0610-AB | Screenshot of Flo Health App - What year were you born | July 22, 2025 |
| Ex. 0610-AC | Screenshot of Flo Health App - What year were you born / 2003 Selected | July 22, 2025 |
| Ex. 0610-AD | Screenshot of Flo Health App - Predicting your cycles | July 22, 2025 |
| Ex. 0610-AE | Screenshot of Flo Health App - Get reminders about your cycle | July 22, 2025 |
| Ex. 0610-AG | Screenshot of Flo Health App - Calendar / Ovulation in 4 days | July 22, 2025 |
| Ex. 0610-AI | Screenshot of Flo Health App - Lifestyle / Sex and Sex Drive / How are you | July 22, 2025 |
| Ex. 0610-AJ | Screenshot of Flo Health App - Log Symptoms / Log vaginal discharge Other / Notes | July 22, 2025 |
| Ex. 0610-AK | Screenshot of Flo Health App - Calendar / With dates selected | July 22, 2025 |
| Ex. 0611-A | Screenshot of Flo Health App - Opening Logo Screen | July 21, 2025 |
| Ex. 0611-B | Screenshot of Flo Health App - Welcome / How Can We Help You | July 21, 2025 |
| Ex. 0611-C | Screenshot of Flo Health App - Welcome / How Can We Help You | July 21, 2025 |
| Ex. 0611-D | Screenshot of Flo Health App - Welcome / I want to get pregnant | July 21, 2025 |
| Ex. 0611-E | Screenshot of Flo Health App - Period Calendar | July 21, 2025 |
| Ex. 0611-F | Screenshot of Flo Health App - Period Calendar / Date Selected | July 21, 2025 |
| Ex. 0611-G | Screenshot of Flo Health App - How long is your period | July 21, 2025 |
| Ex. 0611-H | Screenshot of Flo Health App - How long is your period / 5 Days Selected | July 21, 2025 |
| Ex. 0611-I | Screenshot of Flo Health App - How long is your cycle | July 21, 2025 |

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS
CASE NO. 3:21-CV-00757-JD

| Exhibit No. | Description | Date Introduced |
| --- | --- | --- |
| Ex. 0611-J | Screenshot of Flo Health App - How long is your cycle / 27 Days Selected | July 21, 2025 |
| Ex. 0611-K | Screenshot of Flo Health App - What year were you born | July 21, 2025 |
| Ex. 0611-L | Screenshot of Flo Health App - What year were you born / 2003 Selected | July 21, 2025 |
| Ex. 0611-M | Screenshot of Flo Health App - Predicting your cycle | July 21, 2025 |
| Ex. 0611-N | Screenshot of Flo Health App - Get reminders about your cycle | July 21, 2025 |
| Ex. 0611-O | Screenshot of Flo Health App - Period in 10 days / low chance of getting pregnant | July 21, 2025 |
| Ex. 0611-Q | Screenshot of Flo Health App - Weight / Sleep / Water / Sex and Sex Drive / How are you | July 21, 2025 |
| Ex. 0611-R | Screenshot of Flo Health App - Log vaginal discharge / Other / Notes | July 21, 2025 |
| Ex. 0611-S | Screenshot of Flo Health App - Calendar / With dates selected | July 21, 2025 |
| Ex. 0611-V | Screenshot of Flo Health App - Welcome / How Can We Help You | July 22, 2025 |
| Ex. 0611-W | Screenshot of Flo Health App - What is your pregnancy week | July 22, 2025 |
| Ex. 0611-Y | Screenshot of Flo Health App - What year were you born | July 22, 2025 |
| Ex. 0614-A* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0615-A* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0618-A* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0627-A* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0628-A* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0628-B* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0630-A* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0642-A* | Excerpt of Dr. Egelman's network transmission logs | July 22, 2025 |
| Ex. 0674-A* | Excerpt of Flo App source code produced by Dr. Egelman (Java) | July 22, 2025 |
| Ex. 0771 | Chart of Egelman Invoices | July 23, 2025 |
| Ex. 1046** | Facebook Inc.'s Response to Interrogatory 1(c) | July 30, 2025 |
| Ex. 1046-B** | Facebook Inc.'s Response to Interrogatory 1(e) | July 30, 2025 |
| Ex. 1223 | Compilation of Facebook Business Tools Terms & Precursors | July 24, 2025 |
| Ex. 1224 | Compilation of Facebook Terms of Service & Precursors | July 24, 2025 |

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS
CASE NO. 3:21-CV-00757-JD

| Exhibit No. | Description | Date Introduced |
|---|---|---|
| Ex. 1226 | Compilation of Facebook Data Policies | July 24, 2025 |
| Ex. 1241*** | APK file of version 4.6.0 of the Flo App | July 24, 2025 |
| Ex. 1246* | Excerpt of the Facebook SDK for Android (AppEventsLogger.java) | July 24, 2025 |
| Ex. 1247* | Excerpt of the Facebook SDK for Android (top level menu) | July 24, 2025 |
| Ex. 1256 | Compilation of Facebook Platform Polices | July 24, 2025 |
| Ex. 1260** | February 27, 2019 Message summary from Cecilia Zappala to Thomas Van der Valk, Anjali Dahiya, Anton'Maria Battesti, Steve Satterfield, and Cecilia Zappala | July 24, 2025 |
| Ex. 1264** | March 24, 2019 Email from Rob Sherman to Steve Satterfield and Anna Van Hollen | July 24, 2025 |
| Ex. 1271 | Preliminary Jury Instruction No. 10 re Custom App Event names at issue in this lawsuit | July 23, 2025 |
| Ex. 1276 | Screenshot of Flo Health App - Lifestyle / Did you have sex / How are you / Log symptoms | July 24, 2025 |

* The Court admitted portions of certain exhibits.  For these exhibits, which include Exhibits 0110-A[1], 0594-A, 0614-A, 0615-A, 0618-A, 0627-A, 0628-A, 0628-B, 0630-A, 0642-A, 0674-A, 1246, and 1247, the Parties have filed only the portions that were admitted into evidence.

** The Court admitted certain exhibits in redacted form.  For these exhibits, which include Exhibits 0050, 0104-R, 0106, 0111-R, 0226-A, 0383-R, 1046, 1046-B, 1260, and 1264, the Parties have filed only the redacted forms that were admitted into evidence.

*** Exhibits 0110 and 1241 could not be filed electronically in their native form.  Copies of these exhibits in their native forms are being maintained in the case file in the Clerk's office.

[1] In addition to Exhibit 0110-A, Exhibit 0110 was also admitted into evidence in full.

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS
CASE NO. 3:21-CV-00757-JD

Dated:  August 11, 2025

*/s/ Thomas G. Hoffman, Jr.*
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
Thomas G. Hoffman , Jr.
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com
thoffman@labaton.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990

By: */s/ Melanie M. Blunschi*

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
Kristin Sheffield-Whitehead (SBN 304635)
kristin.whitehead@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  415.395.5942

Andrew B. Clubok (pro hac vice)
andrew.clubok@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  714.540.1235

**GIBSON, DUNN & CRUTCHER LLP**
Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

Christopher Chorba (SBN 216692)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7503
CChorba@gibsondunn.com

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

6

Fax: 805-543-0980
wagstaffe@ammcglaw.com
*Counsel for Plaintiffs Erica Frasco and
Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A.
MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and
Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759
kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Telephone: (614) 504-3350
Facsimile: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and
Autumn Meigs*

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS
CASE NO. 3:21-CV-00757-JD

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.


DATED: August 11, 2025                                    /s/ Melanie M. Blunschi
                                                         Melanie M. Blunschi

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS
CASE NO. 3:21-CV-00757-JD