LATHAM & WATKINS LLP
Melanie M. Blunschi (SBN 234264)
  melanie.blunschi@lw.com
Kristin Sheffield-Whitehead (SBN 304635)
  kristin.whitehead@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.395.5942

Michele D. Johnson (SBN 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235

Andrew B. Clubok (pro hac vice)
  andrew.clubok@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

GIBSON, DUNN & CRUTCHER LLP
Elizabeth K. McCloskey (SBN 268184)
  emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
  abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

*Counsel for Defendant Meta Platforms, Inc.
(formerly known as Defendant Facebook, Inc.)*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANSCISO DIVISION**

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., et al.,<br><br>Defendants. | CASE NO. 3:21-cv-00757-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING REMEDY HEARING**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. James Donato |

Plaintiffs Sarah Wellman, Jennifer Chen, and Tesha Gamino ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on August 4, 2025, the jury reached a verdict in favor of Plaintiffs (Dkt. 756);

**WHEREAS**, on August 27, 2025, the Court set a remedy hearing for October 2, 2025, and required the Parties to file a joint proposal for statutory damages to be awarded, a claims procedure, and injunctive relief as warranted (the "Joint Proposal") by September 25, 2025 (Dkt. 770);

**WHEREAS**, the Yom Kippur holiday begins at sundown on October 1, 2025, and ends at sundown on October 2, 2025, and therefore conflicts with the scheduled hearing;

**WHEREAS**, counsel for the Parties have conferred and respectfully submit that, because multiple counsel and client representatives observe Yom Kippur, good cause exists to continue the remedy hearing;

**WHEREAS**, counsel for the Parties further agree that additional time to work together regarding the Joint Proposal would be beneficial, such that the Parties can narrow any disputes as much as possible;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. The Parties shall file the Joint Proposal no later than October 23, 2025; and
2. The remedy hearing shall be continued to October 30, 2025 at 10:00 a.m.

Dated: September 10, 2025              Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Melanie M. Blunschi*
  Melanie M. Blunschi (SBN 234264)
   melanie.blunschi@lw.com
  Kristin Sheffield-Whitehead (SBN 304635)
   kristin.whitehead@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111-6538

|   |   |
|---|---|
| 1 | Telephone: 415.395.5942 |
| 2 | Michele D. Johnson (SBN 198298) |
|   | michele.johnson@lw.com |
| 3 | 650 Town Center Drive, 20th Floor |
|   | Costa Mesa, CA 92626 |
| 4 | Telephone: 714.540.1235 |
| 5 | Andrew B. Clubok (pro hac vice) |
|   | andrew.clubok@lw.com |
| 6 | 555 Eleventh Street NW, Suite 1000 |
|   | Washington, D.C. 20004 |
| 7 | Telephone: 202.637.2200 |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
|   | Elizabeth K. McCloskey (SBN 268184) |
| 9 | EMcCloskey@gibsondunn.com |
|   | Abigail A. Barrera (SBN 301746) |
| 10 | ABarrera@gibsondunn.com |
|   | One Embarcadero Center, Suite 2600 |
| 11 | San Francisco, CA 94111-3715 |
| 12 | Telephone: 415.393.8200 |
| 13 | *Counsel for Defendant Meta Platforms, Inc.* |
|   | *(formerly known as Defendant Facebook, Inc.)* |
| 14 |   |
| 15 | LABATON KELLER SUCHAROW LLP |
| 16 |   |
|   | By */s/ Carol C. Villegas* |
| 17 | Carol C. Villegas (*pro hac vice*) |
|   | Michael P. Canty (*pro hac vice*) |
| 18 | Danielle Izzo (*pro hac vice*) |
|   | Jake Bissell-Linsk (*pro hac vice*) |
| 19 | 140 Broadway |
|   | New York, NY 10005 |
| 20 | Tel: (212) 907-0700 |
| 21 | Fax: (212) 818-0477 |
|   | cvillegas@labaton.com |
| 22 | mcanty@labaton.com |
|   | dizzo@labaton.com |
| 23 | jbissell-linsk@labaton.com |
| 24 |   |
| 25 | *Interim Co-Lead Counsel for Plaintiffs and the Class* |
| 26 |   |
| 27 | SPECTOR ROSEMAN & KODROFF, P.C. |
|   | Diana J. Zinser (*pro hac vice*) |
| 28 | Jeffrey L. Kodroff (*pro hac vice*) |

2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

LOWEY DANNENBERG, P.C.
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
James M. Wagstaffe (SBN 95535)
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: (805) 543-0990
Fax: (805) 543-0980
wagstaffe@wvbrlaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

LAW OFFICES OF RONALD A. MARRON
Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

3

STIP. AND [PROPOSED] ORDER CONTINUING REMEDY HEARING
CASE NO. 3:21-CV-00757-JD

WILLIAMS LAW FIRM

Kent Morgan Williams (*pro hac vice*)
1632 Homestead Trail
Long Lake, MN 55356
Tel: (612) 940-4452
williamslawmn@gmail.com

HARRIS LEGAL ADVISORS LLC
William Darryl Harris, II (*pro hac vice*)
3136 Kingsdale Center, Suite 246
Columbus, Ohio 43221
Tel: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

Hon. James Donato
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Continuing Remedy Hearing. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED: September 10, 2025         */s/ Melanie M. Blunschi*
                                  Melanie M. Blunschi