| | |
|---|---|
| James M. Wagstaffe (SBN 95535)<br>**ADAMSKI MOROSKI MADDEN**<br>**CUMBERLAND & GREEN LLP**<br>P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Telephone: 805-543-0990<br>Facsimile: 805-543-0980<br>wagstaffe@ammcglaw.com<br><br>*Counsel for Plaintiffs Erica Frasco and Sarah Wellman* | Christian Levis (*pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>*Co-Lead Class Counsel* |
| Carol C. Villegas (*pro hac vice*)<br>**LABATON KELLER SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>cvillegas@labaton.com<br>mcanty@labaton.com<br><br>*Co-Lead Class Counsel* | Diana J. Zinser (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>dzinser@srkattorneys.com<br>jkodroff@srkattorneys.com<br><br>*Co-Lead Class Counsel* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, META PLATFORMS, INC., and FLURRY, INC.,<br><br>Defendants. | Civil Case No. 3:21-cv-00757-JD<br><br>**NOTICE OF FILING – NOTICE OF SETTLEMENT AGREEMENTS WITH GOOGLE LLC AND FLO HEALTH, INC.**<br><br>Judge: Hon. James Donato |

Plaintiffs Tesha Gamino, Madeline Kiss, Erica Frasco, Leah Ridgway, Autumn Meigs, Justine Pietrzyk, Sarah Wellman, and Jennifer Chen (collectively, "Plaintiffs"), through their undersigned counsel, hereby submit:

1. Exhibit 1 - Stipulation and Agreement of Settlement as to Flo Health, Inc.
2. Exhibit 2 - Class Action Settlement and Release Agreement as to Google LLC

Dated: September 23, 2025
Respectfully submitted,

/s/ *Diana J. Zinser*
Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**

44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Telephone: 805-543-0990
Facsimile: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759
kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Telephone: (614) 504-3350
Facsimile: (614) 340-1940

will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*