# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: September 30, 2025      Judge: Hon. James Donato

Time: 38 Minutes

Case No.      **C-21-757 JD**
Case Name      **Erica Frasco et al. v. Flo Health, Inc. et al.**

Attorneys for Plaintiffs: Michael Canty, Christian Levis, Carol Villegas, Jake Bissell-Linsk, and Diana J. Zinser

Attorneys for Defendants: Christopher Chorba, Andrew Clubok, Michele Johnson, Gary Feinerman, Benjamin Sadun and Melanie M. Blunschi

Deputy Clerk: Alexis Solorzano Rodriguez      Court Reporter: Kendra Steppler

## PROCEEDINGS

Hearing re Remedies -- Held

## NOTES AND ORDERS

Flo represents that it will voluntarily produce user data to plaintiffs. Plaintiffs and Meta will meet and confer regarding the data and possible cross-checks and sampling to be conducted by Meta to confirm class membership. The Court's expectation is that the parties will work cooperatively on these issues.

Plaintiffs will revise the claim form and discuss the notice plan further with Meta as discussed on the record.

Following these processes, plaintiffs will file a proposed order for the Court's consideration to approve the claims procedure and relief to be awarded to the class on the jury's verdict.