Brenda R. Sharton (*Admitted Pro Hac Vice*)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA 02110-2600
Telephone: (617) 728-7100
Facsimile: (617) 275-8374
brenda.sharton@dechert.com

Benjamin M. Sadun (Bar No. 287533)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
benjamin.sadun@dechert.com

Theodore E. Yale (*Admitted Pro Hac Vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant Flo Health, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., APPSFLYER, INC., and FLURRY, INC.,<br><br>Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**FLO HEALTH, INC.'S MOTION FOR BRENDA R. SHARTON TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND [PROPOSED] ORDER**<br><br>Date: November 6, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 11 – 19th Floor<br>Judge: Honorable James Donato |

Pursuant to Paragraph 6 of the Standing Order for Civil Cases before Judge James Donato, Defendant Flo Health, Inc. ("Flo") and Brenda R. Sharton, lead counsel for Flo, hereby submit the following Motion for Brenda R. Sharton to Appear Telephonically at the upcoming November 6, 2025 hearing on Plaintiffs' Motion for Preliminary Approval of Class Settlement (ECF No. 784). In support of this Motion, Flo and Ms. Sharton state as follows:

1. Ms. Sharton is, and has been, lead counsel for Flo throughout this litigation.

2. Ms. Sharton resides in Boston, Massachusetts.

3. On September 29, 2025, Plaintiffs filed a Motion for Preliminary Approval of Class Settlement (ECF No. 784) and set the hearing date as November 6, 2025 at 10:00 a.m.

4. After Plaintiffs filed their Motion and the hearing date was set, Ms. Sharton suffered the death of a close family member. The funeral and related services will occur later this week on the East Coast, where she will deliver a eulogy. Because of this unavoidable family commitment and the high risk of flight delays caused by the ongoing government shutdown, Ms. Sharton respectfully requests permission to appear remotely for the November 6 hearing.

5. Ms. Sharton's colleague and co-counsel of record, Benjamin Sadun, will attend the hearing in person on behalf of Flo.

WHEREFORE, Flo and Ms. Sharton respectfully request leave for Ms. Sharton to participate in the November 6, 2025 hearing telephonically (or via an alternative remote platform of the Court's choice).

DATED: November 3, 2025

Respectfully submitted,

/s/ *Brenda R. Sharton*

Brenda R. Sharton (*Admitted Pro Hac Vice*)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA 02110-2605
Telephone: (617) 728-7100
Facsimile: (617) 275-8374
brenda.sharton@dechert.com

Benjamin M. Sadun (Bar No. 287533)
DECHERT LLP

US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
benjamin.sadun@dechert.com

Theodore E. Yale (*Admitted Pro Hac Vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant Flo Health, Inc.*

**[PROPOSED] ORDER**

Defendant Flo Health, Inc.'s Motion for Brenda R. Sharton to Appear Telephonically at the hearing on Plaintiffs' Motion for Preliminary Approval of Class Settlement on November 6, 2025, at 10:00 a.m. is GRANTED.

**IT IS SO ORDERED.**

Dated: November ___, 2025

HON. JAMES DONATO
United States District Judge

**CERTIFICATE OF SERVICE**

On November 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.

*/s/ Brenda R. Sharton*
Brenda R. Sharton