1  James M. Wagstaffe (SBN 95535)
   **ADAMSKI MOROSKI MADDEN**
2  **CUMBERLAND & GREEN LLP**
   P.O. Box 3835
3  San Luis Obispo, CA 93403-3835
   Telephone: 805-543-0990
4  Facsimile: 805-543-0980
   wagstaffe@ammcglaw.com
5

6  *Counsel for Plaintiffs Erica Frasco*
   *and Sarah Wellman*
7

8  Carol C. Villegas (*pro hac vice*)
   **LABATON KELLER SUCHAROW LLP**
9  140 Broadway
   New York, NY 10005
10 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
11 cvillegas@labaton.com
   mcanty@labaton.com
12

13 *Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, META PLATFORMS, INC., and FLURRY, INC.,<br><br>Defendants. | Civil Case No. 3:21-cv-00757-JD<br><br>**NOTICE OF FILING – PROPOSED PRELIMINARY APPROVAL ORDER FOR SETTLEMENTS WITH GOOGLE LLC AND FLO HEALTH, INC. AND PROPOSED REVISED CLAIM FORM**<br><br>Judge: Hon. James Donato<br>Date: December 4, 2025<br>Time: 10:00 AM<br>Courtroom: 11 – 19th Floor,<br>San Francisco Courthouse |

Plaintiffs Tesha Gamino, Madeline Kiss, Erica Frasco, Leah Ridgway, Autumn Meigs, Justine Pietrzyk, Sarah Wellman, and Jennifer Chen (collectively, "Plaintiffs"), through their undersigned counsel, hereby submit:

1. **Exhibit 1** - [Proposed] Order Preliminarily Approving Proposed Class Action Settlements with Google LLC and Flo Health, Inc. and Providing for Notice, in connection with motion filed on September 29, 2025 (ECF No. 784).

2. **Exhibit 2** - Proposed Claim Form in connection with the proposed settlements, revised in light of the Court's instruction during the September 30, 2025 Remedies Hearing (ECF No. 791).

3. **Exhibit 3** - Redline comparison of revised Claim Form to version filed on September 29, 2025 (ECF No. 784-4).

Dated: November 24, 2025

Respectfully submitted,

/s/ *Carol C. Villegas*
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Telephone: 805-543-0990
Facsimile: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759
kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)

|   |   |
|---|---|
| 1 | **HARRIS LEGAL ADVISORS LLC** |
| 2 | 3136 Kingsdale Center, Suite 246 |
|   | Columbus, OH 43221 |
| 3 | Telephone: (614) 504-3350 |
|   | Facsimile: (614) 340-1940 |
| 4 | will@harrislegaladvisors.com |
| 5 | *Counsel for Plaintiffs Leah Ridgway and Autumn Meigs* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 24, 2025

/s/ *Carol Villegas*
Carol Villegas