# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

---

Date: December 4, 2025                                           Judge: Hon. James Donato

Time: 23 Minutes

Case No.       **3:21-cv-00757-JD**
Case Name      **Frasco v. Flo Health, Inc.**

Attorney(s) for Plaintiff(s):   Diana Zinser/Amanda Fiorilla/Daniel Izzo/Carol Villegas/
                                Jake Bissell Linsk
Attorney(s) for Defendant(s):   Abbey Barrera/Jason Kim/Ben Hur/Tiffany Lin/
                                Simona Agnolucci/Benjamin Sadun/Brenda Sharton/
                                Chris Chorba

Deputy Clerk: Lisa R. Clark                                      Court Reporter: Lee-Anne Shortridge

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The Court approves the parties' request for AB Data to be permitted to share data received from Flo with Meta and Claim Score for the purpose of enriching the user data and improving the proposed notice plan. The parties will submit a proposed order for the Court's consideration.

In addition to these "enriching" efforts, the parties will also discuss with Meta the use of jewel notices to consumers via Facebook and other methods of making the notice program more robust. The Court expects there will be a far-reaching social media campaign. For Flo's objection to providing notice via TikTok, Flo is directed to file by January 16, 2025, a statement explaining the reason for the objection. The statement may be filed provisionally under seal and the Court will decide if maintaining the sealing is warranted.

In addition to improving the notice plan, any revised settlements must also provide at least 60 days between the filing of a fees motion and the opt-out/objections deadline.

The Court declines to grant preliminary approval for the proposed class settlements in their current form. The motion is terminated, Dkt. No. 784, and the parties may file a revised motion after they have undertaken the efforts described above.