**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:     202.637.2200

Michele D. Johnson (SBN 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:     714.540.1235

Melanie M. Blunschi (SBN 234264)
*melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:     415.395.5942

*Attorneys for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
*cchorba@gibsondunn.com*
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7396

Elizabeth K. McCloskey (SBN 268184)
*EMcCloskey@gibsondunn.com*
Abigail A. Barrera (SBN 301746)
*ABarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     415.393.8200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ERICA FRASCO, et al., | CASE NO. 3:21-cv-00757-JD (consolidated) |
| Plaintiffs, | **NOTICE OF META'S FILING OF PROPOSED ORDER AND STATEMENT RE: LETTER FROM MICHAEL P. CANTY RE: META'S ENHANCEMENT OF THE FLO DATA** |
| v. | |
| FLO HEALTH, INC., GOOGLE, LLC, FACEBOOK, INC., and FLURRY, INC., | |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

On December 4, 2025, the Court held a hearing on the motion for preliminary approval of settlements between Plaintiffs and Defendants Google, LLC and Flo Health, Inc.  At that hearing, the Court ordered A.B. Data to share data it received from Flo with Meta so Meta could try to enrich that data.  Dec. 4, 2025 Hr'g. Tr. at 13:15-19.

Plaintiffs represented to the Court that they did not need "anything more specific" than the Court's statement at the hearing ordering A.B. Data to share the data with Meta, but Meta requested a written order and the Court granted Meta's request.  *Id.* at 16:1-16; Dkt. 811 (directing the parties to "submit a proposed order for the Court's consideration").

Plaintiffs' counsel's letter is unequivocally false.  On December 5, the day after the hearing, Meta sent counsel for Plaintiffs and Flo a simple, one-page proposed order directing A.B. Data to share Flo's data with Meta and proposed filing it that day.  But counsel for Plaintiffs and Flo requested additional time to review the draft.  On December 9, counsel for Flo sent an entirely new proposed order containing numerous detailed technical requirements that it sought to impose on Meta, without regard to their feasibility.  And on December 12, Plaintiffs piled on with numerous additional technical requirements, and sought unnecessarily detailed information regarding Meta's process for attempting to identify and match Flo's data to Meta's data, in a five-page proposed order. As Meta has repeatedly sought to explain, both Flo's and Plaintiffs' proposals include provisions that are unduly burdensome or are not technically feasible (let alone reasonable or proportional).

Meta conferred with counsel for Plaintiffs and Flo on December 9, December 10, and December 16, and has been actively engaging with their proposals in an attempt to reach agreement on reasonable, proportional, and technically feasible provisions.  Counsel for Meta also conferred with its client to ensure that it had the technical ability to fulfill several of the requests from Plaintiffs and Flo.  To that end, Meta sent a revised proposal to counsel for Plaintiffs and Flo on December 22, which reflected compromises on several issues, streamlined the proposal by incorporating provisions from the Protective Order in this case (Dkt. 112) to avoid reinventing the wheel, and modified certain provisions so the process would be technically feasible and account for how Meta's systems actually work.

1    Meta offered to confer further with counsel for Plaintiffs and Flo, and remains available to do

2    so.  Nevertheless, and despite Plaintiffs' prior statement to the Court that they didn't need *any* written

3    order beyond the Court's statements at the hearing, Plaintiffs unilaterally filed their Proposed Order

4    without further notice and without responding to Meta's offer to confer further.

5    Therefore, Meta respectfully submits the attached Proposed Order Regarding Class

6    Information, attached hereto as **Exhibit 1**.  This Proposed Order is already reflective of significant

7    compromise between the parties.  Meta maintains that the parties are not at an impasse on this

8    agreement and that Plaintiffs prematurely involved the Court in this matter unnecessarily.

9    Meta requests the Court enter its version of the Proposed Order, or order the parties to confer

10   in good faith and submit a joint order.

11

12   Dated: December 23, 2025                      */s/ Christopher Chorba*

13                                                 **GIBSON, DUNN & CRUTCHER LLP**
                                                   Christopher Chorba (SBN 216692)
14                                                 *cchorba@gibsondunn.com*
                                                   333 South Grand Avenue
15                                                 Los Angeles, CA 90071-3197
                                                   Telephone:  213.229.7396
16
                                                   Elizabeth K. McCloskey (SBN 268184)
17                                                 *EMcCloskey@gibsondunn.com*
                                                   Abigail A. Barrera (SBN 301746)
18                                                 *ABarrera@gibsondunn.com*
                                                   One Embarcadero Center, Suite 2600
19                                                 San Francisco, CA 94111-3715
                                                   Telephone:    415.393.8200
20
                                                   **LATHAM & WATKINS LLP**
21                                                 Andrew B. Clubok (*pro hac vice*)
                                                   *andrew.clubok@lw.com*
22                                                 555 Eleventh Street NW, Suite 1000
                                                   Washington, D.C. 20004
23                                                 Telephone:    202.637.2200

24                                                 Michele D. Johnson (SBN 198298)
                                                   *michele.johnson@lw.com*
25                                                 650 Town Center Drive, 20th Floor
                                                   Costa Mesa, CA 92626
26                                                 Telephone:    714.540.1235

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Melanie M. Blunschi (SBN 234264)
*melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:    415.395.5942

*Counsel for Defendant Meta Platforms, Inc.*

NOTICE OF META'S FILING OF PROPOSED ORDER AND STATEMENT
RE: LETTER FROM MICHAEL P. CANTY - CASE NO. 3:21-CV-00757-JD