**LATHAM & WATKINS LLP**
Andrew B. Clubok (pro hac vice)
*andrew.clubok@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Melanie M. Blunschi (SBN 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (SBN 304635)
*kristin.whitehead@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-5942

Michele D. Johnson (SBN 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
*CChorba@gibsondunn.com*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7503

Elizabeth K. McCloskey (SBN 268184)
*EMcCloskey@gibsondunn.com*
Abigail A. Barrera (SBN 301746)
*ABarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., et al.,<br><br>Defendants. | CASE NO. 3:21-cv-00757-JD (consolidated)<br><br>**DECLARATION OF CHRISTOPHER CHORBA REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF CHRISTOPHER CHORBA REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-00757-JD

I, Christopher Chorba, hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in this case.  I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2.    I submit this declaration under Local Rule 79-5(f)(3) regarding plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Dkt. No. 822.

3. Meta does not seek to seal any information contained in the documents that were filed provisionally under seal at Dkt. No. 822.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 27th day of March 2026 in Los Angeles, California.

By:  /s/ *Christopher Chorba*____
        Christopher Chorba

*Attorney for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

Gibson, Dunn & Crutcher LLP

1
DECLARATION OF CHRISTOPHER CHORBA REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-00757-JD