**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
andrew.clubok@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

*Attorneys for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

**DECHERT LLP**
Brenda R. Sharton (*pro hac vice*)
Benjamin M. Sadun (SBN 287533)
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
brenda.sharton@dechert.com

*Counsel for Defendant Flo Health, Inc.*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
cvillegas@labaton.com
mcanty@labaton.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

**SPECTOR ROSEMAN & KODROFF, P.C.**
Diana J. Zinser (*pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
dzinser@srkattorneys.com

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICA FRASCO, et al.,<br><br>     Plaintiffs,<br><br> v.<br><br>FLO HEALTH, INC., GOOGLE, LLC, META PLATFORMS, INC., and FLURRY, INC.,<br><br>     Defendants. | Case No. 3:21-cv-00757-JD (consolidated)<br><br>**JOINT NOTICE OF [PROPOSED] ORDER REGARDING CLASS INFORMATION AND WITHDRAWAL OF PREVIOUSLY PROPOSED ORDERS**<br><br>Judge:   Hon. James Donato<br>Court:   Courtroom 11 – 19th Floor |

The hearing on plaintiffs' motion for preliminary approval of settlements with defendants Google, LLC and Flo Health, Inc. was held on December 4, 2025. During that hearing, the Court ordered A.B. Data to share data it received from Flo with defendant Meta Platforms, Inc., so that Meta could try to enrich that data. Dec. 4, 2025 Hr'g. Tr. at 13:15-19. The next day, on December 5, 2025, the Court entered a Minute Entry stating, in relevant part: "The Court approves the parties' request for AB Data to be permitted to share data received from Flo with Meta and Claim Score for the purpose of enriching the user data and improving the proposed notice plan. The parties will submit a proposed order for the Court's consideration." Dkt. 811.

On December 23, 2025, plaintiffs and Meta filed separate proposed orders. *See* Dkt. 815-1 (plaintiffs' proposed order); Dkt. 816-1 (Meta's proposed order).

Since then, plaintiffs, Flo, and Meta have engaged in robust, good-faith meet-and-confer efforts to resolve the differences in their prior submissions and have now reached an agreement on the submission of a joint proposed order for this Court's consideration, filed concurrently herewith as Exhibit A.

The parties hereby withdraw their prior submissions on this issue and respectfully request that the Court disregard those submissions and instead enter the joint proposed order reflected in Exhibit A.

DATED: April 16, 2026             /s/ Christopher Chorba

**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7503
Facsimile: 213.229.6503

**GIBSON, DUNN & CRUTCHER LLP**
Elizabeth K. McCloskey (SBN 268184)
EMcCloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
ABarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  415.395.5942

**LATHAM & WATKINS LLP**
Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  714.540.1235

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Defendant Facebook, Inc.)*

*/s/    Brenda R. Sharton*
**DECHERT LLP**
Brenda R. Sharton (*pro hac vice*)
Benjamin M. Sadun (SBN 287533)
One International Place
100 Oliver Street
Boston, MA 02110
Tel: (617) 728-7100
brenda.sharton@dechert.com

*Counsel for Defendant Flo Health, Inc.*

*/s/    Christian Levis*
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jake Bissell-Linsk (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
Gloria J. Medina (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
jbissell-linsk@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Co-Lead Class Counsel*

3

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Co-Lead Class Counsel*

Diana J. Zinser (*pro hac vice*)
Jeffrey L. Kodroff (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.** 2001
Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611 dzinser@srkattorneys.com
jkodroff@srkattorneys.com

*Co-Lead Class Counsel*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: 805-543-0990
Fax: 805-543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah Wellman*

Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 220-2759 kent.williams@sirillp.com

William Darryl Harris, II (*pro hac vice*)

4

**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Telephone: (614) 504-3350
Facsimile: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*

JOINT NOTICE OF [PROPOSED] ORDER REGARDING CLASS INFORMATION
CASE NO. 3:21-CV-00757-JD

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.


Dated: April 16, 2026                    GIBSON, DUNN & CRUTCHER LLP


                                         /s/   Christopher Chorba
                                              Christopher Chorba

JOINT NOTICE OF [PROPOSED] ORDER REGARDING CLASS INFORMATION
CASE NO. 3:21-CV-00757-JD