# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  April 16, 2026                                                    Judge:  Hon. James Donato

Time:  23 Minutes

Case No.        **3:21-cv-00757-JD**
Case Name       **Frasco v. Flo Health, Inc.**

Attorney(s) for Plaintiff(s):        Ronald Marron/Christian Levis/Michael Canty/
                                     Diana Zinser/Jake Bissell-Linsk/William Harris/
                                     Amanda Fiorilla/Danielle Izzo
Attorney(s) for Defendant(s):        Christopher Chorba/Melanie Blunschi/
                                     Abigail Barrera/Brenda Sharton/Benjamin Sadun/Ben Hur/
                                     Tiffany Lin

Deputy Clerk:  Lisa R. Clark                                    Court Reporter:  Ruth Levine

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

For the Flo Health user data to be provided to Meta for additional "enriching" efforts (to identify class members and improve direct notice efforts), the Court will sign the parties' proposed order, Dkt. No. 826-1.

For plaintiffs' renewed motion for preliminary approval of the class settlements with Google and Flo, Dkt. No. 820, plaintiffs' request for Meta to provide jewel notices to Facebook users is deferred pending further proceedings.  Preliminary approval of the settlements will be granted with that modification and any other modifications to the notice plan as may be needed based on the additional enriching efforts to be undertaken by Meta.  Plaintiffs are directed to lodge by April 20, 2026 (via email to jdpo@cand.uscourts.gov), a revised preliminary approval order for the Court's signature.

For the class's claims against Meta, plaintiffs and Meta are directed to work together and to file expeditiously a proposed order regarding the notice plan and claims procedure to be utilized and relief to be awarded on the jury verdict.