# EXHIBIT E

Subject: Meta Judgment Claims
Preheader: Did you use the Flo App?

**Name:** XXXXXXXX                                    **Notice ID:** XXXXX
**Unique ID:** XXXXX
**PIN:** XXXXXXXXX

### You May Be Eligible For an Award of up to $5,000 If You Lived in California and Began Using the Flo App Anytime From November 1, 2016 to February 28, 2019

This is a court-authorized notice. Records show that you may be able to claim money as a result of a verdict against Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Meta") in a class action lawsuit. Generally, you are included as a member of the Class if you began using the Flo Period and Ovulation Tracker app (the "Flo App") in California between November 1, 2016 and February 28, 2019, inclusive; you lived in California during that time; *and* you entered menstruation and/or pregnancy information into the Flo App during that time.

A jury found that Meta  intentionally eavesdropped on and/or recorded Flo App users' menstruation and/or pregnancy information.

Members of the Class may be eligible for $5,000, minus deductions for costs and attorneys' fees. You may be eligible to receive a payment. If you are eligible and want to participate, click the button below to submit a claim **no later than [DATE]**.

**Submit a Claim**

If you are a member of the Class, you can now submit a Claim Form to ask for a payment.  You do not need to appear in Court to receive your payment.  However, you need to submit a timely Claim Form to receive your payment.

For more information:
**Visit:** [Website]
**Email:** [Email Address]
**Call:** [Phone Number]
**Write to:** XXXXXXXXX, P.O. Box 173XXX, Milwaukee, WI 53217