**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., META PLATFORMS, INC., GOOGLE, LLC, and FLURRY, INC.,<br>Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**[PROPOSED] PARTIAL FINAL JUDGMENT**<br><br>Judge: Hon. James Donato |

In accordance with the jury's verdict dated August 4, 2025 (ECF No. 756) and Rule 58 of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED, AND DECREED as follows:

Partial Final judgment is entered for 222,115 Class members against Meta Platforms, Inc. ("Meta") on these Class members' claims under Section 632 of the California Invasion of Privacy Act ("CIPA"). In accordance with the jury's verdict, Meta must pay $5,000 of statutory damages under CIPA for each of these 222,115 Class members, totaling $1,110,575,000.

This judgment also accrues post-judgment interest as provided by federal law. Pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until this judgment is satisfied in full, Meta must also pay post-judgment interest at the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this Final Judgment. Interest shall be computed daily to the day of payment and shall be compounded annually.

This document constitutes a separate document containing a final judgment under Rule 58(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

Dated: ____________________ ____________________________________

HONORABLE JAMES DONATO

UNITED STATES DISTRICT JUDGE