***Frasco et al. v. Flo Health, Inc. et al., No. 3:2021-cv-00757-JD (N.D. Cal.)***

**CLAIM FORM**

***Instructions.*** You may be eligible ~~to recover up to $5,000 in statutory damages~~for compensation as a result of a verdict entered against Meta Platforms, Inc. ("Meta") in this Action.

To submit a claim for payment: (1) provide your contact information, (2) sign and answer the questions listed below in the affirmation, **under penalty of perjury**, and (3) select how you would like to be paid if you are eligible. You must submit your claim either online using the website www.XXXX.com OR by completing and mailing this form to:

**c/o A.B. Data**
**P.O. Box 173XXX**
**Milwaukee, WI 53217**

All claims must be submitted on or before [DEADLINE].[1] Mailed claims must be postmarked on or before this date. A random sample of submitted claims will be subject to an enhanced verification process, which may include being required to provide additional documentation in support of the submitted claim. If you have any questions, you should contact the Administrator for further instructions.

**Please list your current contact information below:**

| Claimant First Name | | Claimant Last Name |
|---|---|---|
| Claimant Street Address | | |
| City | State | ZIP Code |
| Claimant Email Address | | |
| Claimant Mobile Phone (You may be contacted if further information is required.) | | |

[1] Submission of a c~~C~~laim does not guarantee that you will share in the proceeds of the verdict in this litigation. Your claim may be rejected through the claims process approved in this Action.

**Class Member Affirmation:** ~~By submitting this claim you affirm to the best of your knowledge, that:~~

I ~~was~~ am a woman who was a California resident and in the State of California when I filled out ~~began using~~ the Flo App's onboarding survey ~~to track my menstruation (period) and/or pregnancy information~~ between November 1, 2016 and February 28, 2019.[2]

My date of birth is: ________________________________________

My address at the time I filled out the Flo App's onboarding survey was:

________________________________________________

________________________________________________

________________________________________________

___ [check to confirm] I have attached supporting documentation, such as a lease or utility bill, showing proof of my California residency at the time I filled out the Flo App's onboarding survey.

At the time I filled out the Flo App's onboarding survey, I:

Had a Facebook account with the user ID: ________________________________________

Had an Instagram account with the username: _____________________________________

____ [Check to confirm] Did **not** have a Facebook or Instagram account

I declare under penalty of perjury that the foregoing is true and correct.

~~**BY SIGNING BELOW AND SUBMITTING THIS CLAIM FORM, I STATE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746.**~~

**IT IS A SERIOUS FEDERAL CRIME TO SUBMIT A FALSE CLAIM FORM AND SIGN UNDER PENALTY OF PERJURY, PUNISHABLE UNDER 18 U.S.C. § 1621 BY FINE AND/OR 5 YEARS OF IMPRISONMENT.**

Signature: ______________________ Date: ______

[2] I acknowledge and consent to ~~address verification solely for the purpose of~~ use of the information provided for the purpose of facilitating verif~~ying~~ication of my claim. This verification may be conducted through secure third-party validation services, and any ~~addresses~~ information obtained or used for verification purposes will not be stored, shared, or used for any other purpose beyond the compliance and verification requirements in this case.

## <u>PAYMENT METHOD AND NOTIFICATIONS</u>

**All information about payments will be sent to you digitally.** Please ensure you provide a current, valid email address and mobile phone number with your claim submission. If the email address or mobile phone number you include with your submission becomes invalid for any reason, it is your responsibility to provide accurate contact information to the Administrator to receive a reissued payment.

When you receive the email and/or mobile phone text notifying you of your payment, you will be provided with the option to receive your payment via direct deposit or electronic payment or by requesting a paper check.

By submitting this claim, you agree to receive automated emails and/or text messages from the Administrator at the email and/or phone number you have provided regarding anything related to this case.

***XXXX***
**c/o A.B. Data**
**P.O. Box 173XXX**
**Milwaukee, WI 53217**

**<u>QUESTIONS?</u>** Please visit [WEBSITE], email [EMAIL ADDRESS], or call 1-800-XXXX