# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 29, 2026 Judge: Hon. James Donato

Time: 28 Minutes

Case No. 3:21-cv-00757-JD
Case Name Frasco v. Flo Health, Inc.

**Attorneys for Plaintiffs:** Carol Villegas, Michael Canty, Christian Lewis, Diana Zinser, William Harris, Ronald Marron, Jak Bissell-Linsk, Danielle Izzo

**Attorneys for Defendant Meta Platforms:** Andrew Clubok, Christopher Chorba, Matthew Buongiorno, Melanie Blunschi, Abigail Barrera

**Attorney for Defendant Flo Health:** Benjamin Sadun

**Attorneys for Defendant Google:** Tiffany Lin, Yongbin Chang

**Attorney for Defendant Flurry:** Hak Stepanyan

Deputy Clerk: Tracy Geiger Court Reporter: Jennifer Coulthard

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

For the proposed classwide settlements with defendants Flurry, Google, and Flo Health, the motion for final approval, Dkt. No. 842, and motion for fees, expenses, and service awards, Dkt. No. 843, are taken under submission. Class counsel will lodge an updated, proposed final approval order with express dates by November 3, 2026, for the Court's consideration.

For the class's CIPA § 632 claim against Meta which has been resolved by jury verdict, Dkt. No. 756, the pending motions, Dkt. Nos. 844, 845, 846, 858, indicate a breakdown in the parties' ability to work together. They are denied.

All that remains for the class's CIPA claim against Meta is to determine a notice plan and claims procedure. The parties are in agreement that class members should be compensated $5,000 each, pursuant to California Penal Code § 637.2. *See* Dkt. No. 845; Dkt. No. 850.

To that end, the parties are directed to exchange by November 13, 2026, the following items:

- Plaintiffs will produce to Meta the underlying Covalynt data and results supporting the 222,115 "known Flo users." *See* Dkt. No. 846.

- Meta will produce to plaintiffs user data resulting from a search of IDFA and AAID values for the class period. This will happen irrespective of claims of prior production.

- All parties and counsel are advised that gamesmanship of any sort with the productions will result in sanctions, including professional conduct sanctions up to and including disbarment from practice in this District.

On November 23, 2026, the parties will report to the Court's jury room by 9:00 a.m. for an in-person conference re the notice plan and claims procedure to be used. The following individuals are ordered to be present: lead class counsel Carol Villegas; a senior representative of Covalynt who has familiarity with the relevant data and analysis; attorney Christopher Chorba on behalf of Meta; and Meta engineer Maggie Ji. Others may be included as the parties determine will be useful. No later than November 16, 2026, the parties will exchange detailed proposals in writing for notice and claims procedure.

Unless a resolution is reached that can be memorialized on the record, the parties will confer until 5:00 p.m. on November 23, and must be prepared to return to continue conferring on November 24 and 25. The Court will be available to resolve disputes as warranted.

The Court expects that a final judgment on the class's claim against Meta will be entered by January 2027 at the latest.