Christian Levis (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com

*Co-Lead Counsel for Plaintiffs and the Class*

Diana J. Zinser (pro hac vice)
**SPECTOR CALDES & CORRIGAN, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611
dzinser@scc.law

*Co-Lead Counsel for Plaintiffs and the Class*

*Carol C. Villegas (pro hac vice)*
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com

*Co-Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA FRASCO, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLO HEALTH, INC., META PLATFORMS, INC., GOOGLE, LLC, and FLURRY, INC.,<br><br>Defendants. | Case No.: 3:21-cv-00757-JD<br><br>**NOTICE OF VIOLATION OF OCTOBER 30, 2026 ORDER**<br><br>Judge: Hon. James Donato |

Plaintiffs write to alert the Court of Meta Platforms, Inc.'s ("Meta's") continued violation of its orders concerning production of Class Member information. *See* ECF No. 827 (April 16, 2026 Order Regarding Class Information); ECF No. 870 (October 30, 2026 Order). The Court's October 30, 2026 Order directed Plaintiffs and Meta to produce certain data by November 13, 2026 to facilitate an in-person conference in the Court's jury room regarding the entry of final judgment and the claims process. Specifically, the October 30, 2026 Order directed (1) Plaintiffs to "produce to Meta the underlying Covalynt data and results supporting the 222,115 'known Flo users[,]'" and (2) Meta to "produce to plaintiffs user data resulting from a search of IDFA and AAID values for the class period." ECF No. 870 at 2.

Plaintiffs completed the required production of Covalynt's results and all data associated with Class Members on November 10, 2026, four days before the deadline.

Meta still has not produced the data required by the October 30, 2026 Order. On November 13, 2026, Meta sent Plaintiffs a letter confirming that it did not conduct "a search of IDFA and AAID values for the Class Period." *See* ECF No. 870 at 2. Rather, Meta took the account IDs that it previously identified during the search it conducted this past summer and provided a limited set of additional information about ***those*** users. Specifically, Meta pulled device IDs associated with only those specific accounts from a limited set of product data stores accessible though DYI/DYD, a publicly available tool that allows individual Facebook users to download data associated with their account from the website.

Like Meta's prior search, this was designed *not* to identify additional Flo users. As Plaintiffs explained in their Motion to Enforce the Court's April 16, 2026 Order Regarding Class information (ECF No. 858), Meta's prior search was inadequate because it queried only *post-class period data*, i.e., IDFA/AAID values collected <u>after August 2024</u>, and IP addresses from <u>45 days in 2026</u> (*id.* at 1-2), that was unlikely to identify Class Members. By limiting its search in this instance to the account IDs returned by this flawed process, Meta has plainly violated the Court's October 30, 2026 Order to "produce to plaintiffs user data resulting from a search of IDFA and AAID values for the class period." ECF No. 870 at 2.

This is exactly the kind of "gamesmanship" the Court warned would "result in sanctions." ECF No. 870 at 2. Meta and its Counsel continued disregard for this Court's orders is a transparent effort to frustrate Class Members' ability to receive the recovery they are due warrants such relief.

Dated: November 16, 2026

*/s/ Christian Levis*
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
dizzo@labaton.com

Diana J. Zinser (*pro hac vice*)
Jeffrey J. Corrigan (*pro hac vice*)
**SPECTOR CALDES & CORRIGAN, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
dzinser@scc.law
jcorrigan@scc.law

*Co-Lead Counsel for Plaintiffs and the Class*

James M. Wagstaffe (SBN 95535)
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
P.O. Box 3835
San Luis Obispo, CA 93403-3835
Tel: (805) 543-0990
Fax: (805) 543-0980
wagstaffe@ammcglaw.com

*Counsel for Plaintiffs Erica Frasco and Sarah*

*Wellman*
Ronald A. Marron (SBN 175650)
Alexis M. Wood (SBN 270200)
Kas L. Gallucci (SBN 288709)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs Jennifer Chen and Tesha Gamino*

Kent Morgan Williams (pro hac vice)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (772) 783-8436
kent.williams@sirillp.com

William Darryl Harris, II (pro hac vice)
**HARRIS LEGAL ADVISORS LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Tel: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com

*Counsel for Plaintiffs Leah Ridgway and Autumn Meigs*