# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 23, 2026 Judge: Hon. James Donato

Time: 26 Minutes

Case No. **3:21-cv-00757-JD**
Case Name **Frasco v. Flo Health, Inc.**

Attorney(s) for Plaintiff(s): Michael Canty/Carol Villegas/Christian Levis/ Diana Zinser/Jake Bissell- Linsk/Bryan Heller – Data Scientist

Attorney(s) for Defendant(s): Melanie Blunschi/Chris Chorba/Andy Clubok/Abbey Barrera/ Matt Buongiorno/Nick Rosellini/Nikki Sokol – General Counsel Meta/Carrie Bodner – General Counsel Meta/Maggie Ji – Data Scientis/Daneil Deisenrothe – Data Scientist/Joselito Samoy – Data Scientist

Deputy Clerk: Lisa R. Clark Court Reporter: Kelly Shainlane

## PROCEEDINGS

Settlement Conference -- Held.

## NOTES AND ORDERS

Plaintiffs are directed to produce by November 24, 2026, the sources used by Covalynt to identify class members under the highest level of confidentiality. Defendant Meta is directed to "validate" those sources by December 15, 2026. The parties are directed to file a joint stipulation detailing the agreement on the notice plan and claims procedure discussed at the hearing by December 3, 2026. The Court reserves the possibility of auditing the claims for a later date.